Attorney General
State of Delaware
Dover, De. 19901

08 - 1 7 1 -

W. Brown
#4 New Castle Court
Ocean View, De. 19970
302 537 4233

Ref: Complaint against the Town of Ocean View, De.

Sir:

I find it necessary to bring to your attention events I believe to be in violation of ethics and election fraud (If that is as I believe it is).

In April of 2005 the Town of Ocean View held its mayoral election. Several events happened prior to that event as well as on that day that I feel raises questions. Approximately two months before the election date the town placed a notice stating that all applicants for the position as mayor had a specified time to place their names on the ballot. Nothing was said about registration. About one month prior to the election one article appeared in the local newspaper from one of the councilmen (Not the town) under letter to the editor stating that as a reminder anyone wishing to vote had to be registered, and by the way, registration is over.

The town has a statute, which states that you must be a town resident for 6 months prior to voting. On Election Day many people were turned away without their right to vote being honored. The town failed to make it known to the residents in a proper and timely manner exactly what the requirements are. No mailings were sent out. Several people were incensed to learn that they are taxed but not allowed to vote as they failed to register, or did not do so on time. Others who are registered with the county/state were not properly informed that Ocean View requires you to specifically register with them, and were also turned away. The "Snow Bird" population returning was ignorant of the vote requirements and was denied. "Did you ever hear of the Boston Tea Party" was mentioned several times.

The real vicious insult was, for many people, that even though they fulfilled the requirement to live in the town for 6 months prior, they were still denied the right by the stated fact that voter registration was closed 1 month prior to voting. "Correct me if I am wrong" said one irate citizen, "But that would mean, in fact, 7 months of prior residence". The fact that even lifelong residents were denied the ability to register right up to the point of voting is contrary to the intent of election laws and citizenship in general. The statute is blatantly an attempt to limit the vote to those select few who are reminded.

The second and third violation is, at the least, ethics (I was also told fraud). During the November 2005 town meeting one councilman made a motion to give the town's employees a Christmas gift. Discussion of prior years Christmas gifts followed. The decision was reached to give a dollar amount, and voted on by the town council exclusively. At first, I believed it to be money from the councilmen's

personal account. I later learned the funds came from the public account. Are monetary gifts from public figures to people from public accounts proper?

During the March 2006 town meeting the question of building a new police station was brought forth. The Civilian Auxiliary Patrol (CAP) had met that afternoon. During the presentation to convince the council to build a new police station several residents spoke on the need for the more expensive Vs the not so expensive station. Most of these residents who spoke in favor of the new station are members of CAP. The vote was not placed before the towns' residents as a whole, but was instead decided by the council.

As Two of the Five council members are also members of CAP, would you state a problem exists? At the least they should have excused themselves as they have a conflict of interest. They should have placed this question to the towns' citizens for their thoughts. Many believe this council has repeatedly demonstrated not only a lack of ethics, but also criminal behavior.

As you will learn should this be followed up on, I was the candidate for mayor whose people (About one hundred) were turned away. The town started counting the number of people turned away about two hours after the polls were open. I have deliberately waited these several months for the one fact that I did not want this to be construed as sour grapes.

A legitimate complaint exists. The actions are as stated. I do have other complaints not mentioned here (malfeasance & Color of Law violations).

This is a big step for me. As opposed to sitting passively I have called for your help about this wrongdoing. What does the state say?

Sincerely,
W. Brown

Attorney General                          W. Brown
State of Delaware                         #4 New Castle Court
Dover, De. 19901                          Ocean View, De. 19970

Ref: Complaint against the Town of Ocean View, De.
     Part Two

Sir:

Since my previous letter to you complaining about the illegal actions on the part
of the Ocean View Town Council, two more violations have occurred.

Mr. Thomas is a new addition to the council as of early April, and is not
involved in the previous wrong doings.

As you will see from the attached newspaper articles, town letters, and personal
conversations, one of the town council members (Mr. William Wickmann)
knowingly violated no less than four (4) town ordinances with his actions (And
very possibly committed crimes). After speaking with Mr. Roy Thomas (A town
councilman), as I understand this, Mr. Wickmann took it upon himself to spend
$17,000. Without permission, and then conspired with the mayor and another
council member in an attempt to cover up the matter.

After learning that Mrs. Kathy Roth (Town Manager) had informed Mr. Thomas
about the event. Mr.'s Wickmann, Amendt, and mayor Merideth informed Mrs.
Roth that she was in danger of loosing her job should she continue speaking of
the matter. Next the town council conspired to whitewash the event. The town
attorney stated the matter could be addressed after the event in an attempt to fool
the town's citizens. I noticed in the Delaware Constitution that this misbehavior
is applicable to article 15, section 6.

The entire wiring (Connection to a generator) of a manufactured triple wide
trailer (Wiring already in place) should not cost in excess of $1,000, not the
amount they paid. It is not 3 singles joined, but one trailer that happens to be 3
wide.

                                        Sincerely,
                                        W. Brown

Dear News Journal Investigative Reporter,

I find the need to tell you something of Lower, Slower Delaware. Specifically the town of Ocean View, which has been suffering with what can only amount to a criminal town council.

This was a sleepy little town until the developers found it, at least during the winter. We had two police officers, two clerks working part time, two-road crew, a part time building inspector, and a town manager. Our winter population was slightly more than 600 people. This was in the early 1990's. First the developer wet the financial appetite of the town council where they could not bring themselves to say no to the offer of a few million in transfer taxes. The money was to be put away for a rainy day. By and large this started the trend toward "Big Government", but it would take several years and retiree's from the City to really create the unethical, lack of integrity town council we now suffer with. Thanks to their greed, we went from 3 houses per acre to 6 (7 thousand square foot lots), 8 if the houses are connected.

Right after the turn into a new century a town council composed of New Jersey and Maryland big city retirees showed up, ran for office, and have not stopped attempting to turn us into the Washington-Baltimore of the eastern shore. They started by rewriting the town charter, stating it was ancient, and passing it with a council only vote. Imagine the congress of the U.S. rewriting the constitution and voting without you, the resident, on adopting it. This type of government is an oligarchy, you know, dictatorship by council. The Town Charter is the constitution, the founding document of that town. It cannot be abandoned, especially by a vote of the town council only. It is wrong on so many levels including it violates the constitution (Marbury Vs Madison). Marbury Vs Madison also stated that those performing actions contrary to the constitution forfeit their positions even as they are performing said action.

They gave themselves the power to decide all issues without a public vote, and the town (Corporation) attorney helped them do it (He is neck deep with them). Next they started municipal improvements. The town manager left, the building inspector left, first the police chief left, followed by the remaining officer, and one of the clerks left. They were replaced with eight more police officers (Some of those have since left and were replaced); a new police chief, four more clerks (including The mayors next door neighbor), a new town manager (Who has since left after threats to her life and has been replaced), and we are on our second building inspector. Taxes went up for then no apparent reason. We now know the rainy day money was spent and they were trying to replace it. At least 4 violations of USC title 18 occurred almost every day.

One of the first major improvements was when the mayor needed a new water well (He complained at a public meeting that his water system was so bad he used 40 bags of salt per year). Instead of replacing his well, he and the council decided it was a moneymaking opportunity, so they attempted to sell a "Public" water system as the way to go. They attempted to sell the idea based first on money (They said that based on their

research it would only cost about 2 million dollars), then on quality, and finally security. It was decided to take a consensus vote on should the town pursue "Public " water.

The vote was in 2002. If you do the math you will see it would cost less to drill new wells for all those who need them than what they want to do, but then the council would not control the water system. Quality is what comes from the ground with only chlorine added (Their "purification" system does not remove anything). Basically what the well owners have now. Security is a joke of a thought. Three towns in the neighborhood all had poisoned (Trimethynolchloride, a cleaning compound) water from "Public" systems. Real terrorists would have a field day. All of our water comes from the same aquifer. The only difference is how deep the well shaft goes and who pumps it.

Normally only the residents get to vote (Yes, it is wrong. As the Boston Tea party illustrates, if you pay a tax, you get a vote). This time all taxpayers voted. The local vote was against the water. The out of town absentee ballot (Question-Was it stuffed?) voted for the water. The vote was more of a question of who wants water, with nothing about anything being mandatory. Paying for the public water was between a bond issue, stock issue, or both, with the resident public in the drivers seat. If the public (read resident citizen) owned the stock, they control the price through a resident owned water commission. Several citizens started working toward that end, but the council placed roadblocks in the way. So for 2 years nothing was accomplished.

In 2004, the council instead approached the US government for a loan. At this time it became the Corporation of Ocean View water system. The residents, who would ultimately pay for it, were cut out. The town council is the corporation, and they set the rate. Money that had previously come in either disappeared or was spent on unaccountable items. It would be several years (2007) before the water system was built. The original cost of 2 million dollars in 2002, the 4 plus million dollars borrowed in 2004, would end up being closer to 7 million due to the delay. More on this later.

Along the way the police department spent some millions of dollars as the single biggest budget item. New town hall, new equipment, they never stopped. They bought property adjacent to the town hall for about 575 thousand dollars, and then demolished a 100-year-old house. Better deals were adjacent or nearby, but they had to have those 2 specific lots, which were owned by a friend of a friend, a politician's cousin or something like that. Later they sold the second 100-year-old house after the residents complained. Among their unethical actions they voted to give the employees and volunteers a $100 dollar Christmas bonus from the public money. Next came the council only vote for a 15 thousand square feet police station. A building 100 feet by 60 feet equals 6ooo square feet. Two stories tall is 12,000 square feet. This is 15,000 square feet! Only two officers work at a time, and they belong on the street patrolling. Some millions of dollars for that, all without a single residents vote.

A jail facility is included with this new building. This means a corrections officer to watch any arrestee will be needed. Actually it means several due to days off, sick time, vacation, etc. Despite conflicts of interest, that did not stop some council members from

voting for the construction. Again, who authorized all this illegal construction? Not the resident! Currently it is next to empty, and the council is renting out space in this unneeded, unwanted elephant. Why so big? I guess someone wants to start a kingdom, visions of grandeur. They talk, but all I hear is hot air excuses.

As if that were not enough, the police chief has asked the council to purchase 40 lockers at the cost of 40 thousand dollars (a thousand dollars per locker?). The council has 5 members, including the mayor who is the councilman at large and the chairman. At least two of the members also belong to the Citizens On Patrol program the Ocean View police chief set up which has about 25 members. Anytime a police question arises they vote yes rather than see it as a conflict of interest. They also want to spend 10 thousand dollars to purchase a display case for their new lobby. Cars, uniforms, equipment, et cetera have also been purchased.

It is believed that the town council spent some of the water money on starting the construction of the police station. The most unethical council member, (The PC) deciding on his own, purchased a 17 thousand dollar generator, followed by the mentioned cover-up. Then, the police commissioner met an electrician while at a friend's party and was quoted the price of 3 thousand dollars to wire it to the trailer the police were renting (at 2 thousand dollars per month). Both costs were more than is right or proper. It needs mentioning the police already had a building of their own. While in need of repair it did work until a larger, newer building could be built. 3000 square feet would have been more than enough for 2 officers per shift.

The final figure for the electrician was about 8 thousand dollars. What happened to the agreed upon 3 thousand? Upon inspection by the county it was discovered it was totally mis-wired and had to be done over for another 8 thousand dollars. The PC did not hire a bonded person, just a friend of a friend. All this on land the town does not own and for a rented trailer.

Another thrill packed story was the towns plan to acquire the local school as a source of revenue. Indian River School District has an elementary school building located partially in Ocean View and partially in Millville. The town is in dire straights where money was concerned even though they always deny it. Actions speak loudly, and the council was raising every penny it could from everywhere it could, even where it did not have a right it would tell you to pay up or else.

You know the story. The money is here, no, it's here. Oh, there it is. Bouncing books, which set today? We thought when the state auditor left after telling the town to get their books in order, and said he would be back in 6 months, that they had finally been exposed. However, when the auditor did return the town had the money where it was supposed to be.

The police chief got his orders. Every day he would stand in the lobby talking to the parents who dropped off their children. He spoke with the teachers as well. His message

was simple. Since only a part of the building was inside the town limit, they, the Ocean View police, cannot respond in the event of a terrorist attack.

I can tell you that keeping them away would be the problem, so why the lie. He deliberately scared as many parents and teachers as he could. Your child is not safe. Yet there he stood even as he told the parents and staff. Do you know of any police officer who would not respond? They would come from all over. Now I know the chief. He is personable and has a following. Others call him something else. He likes his name in print, and is always being awarded the good guy medals, and has no problem applying for or spending grant money (ex. Your recent article), or any money. But you have to listen. Example. A typical statement I heard at a town meeting went something like this. "For a fact, definitely, no doubt about it, it's a good possibility that might be true".

So the IRSD petitioned the town of Millville for release, the town of Ocean View to be annexed. The council said okay. Now as fate would have it the building was about to be refurbished. It was built in the 1930's, and needed help. The school district had a construction firm ready to go. The architect plans were in. The IRSD was only a month from starting work on the building when it asked to be, and was admitted into the town. The town immediately asked the district for architectural fees of $365 thousand dollars. As they were now in the town, IRSD could not proceed without the council's approval (another falsehood). They complained. The answer was To Bad, So Sad, Pay or Go Away. It took Ruth Ann personally calling the mayor with threats before the council reduced the fee to a mere 65 thousand. Of course the police do come around, once a week now and then. Stay an hour more or less, and leave. The police chief sure can talk the blarney. Even though I made a stink at the time, I never heard a word. My source was a principle and a school board member. I think as part of the agreement to pay, the school board had to remain quiet. You didn't hear about the principle from me, and I did not see it in the paper.

Eventually the town council split into factions. A council seat was up for grabs. The town is divided into 4 districts with one councilman each, and a councilman at large (The mayor). Due to a conflict between the written word verses the map depiction of the district boundaries, people could run or not depending on whom you listened to. It was decided by the council to disregard the written description and go with the map. Obviously another unethical action. Previously one of the council members had been censured for using town money illegally, and attempting to cover it up, complete with threats. The member whose term was up was the member who started the censure motion (The illegal generator expenditure and attempted cover-up).

Over the months words led to words, with a result that the ex-members wife is arrested for defending herself against physical abuse when a supporter of the most unethical council member confronted her, invading her space. You know, in her face. She backed him up by pushing him away. This 70 year old person filed assault charges claiming he was punched in his pacemaker. As the most unethical member is the unofficial police commissioner the officer listened to one side instead of two. To help clarify things, the

mayor is then quoted as complaining to the press that the residents complain too much. How dare they not like Tammany Hall, Ocean View style?

Everything I have said can be proven, and is public record as the local papers have published what the public knows. The council, however, also meets in executive session. As I always tell people, research it for your self, feel free to correct me if the facts warrant. But I do know a little of the constitution, and I know all of what they are doing is contrary to it. Article 4, section, 4 states We are a REPUBLIC, and every other type of government is not constitutional (Therefore null and void). The case and code quoted, Supreme court decisions, and the knowledge that no one can sign a contract for you to which you are bound (That would be bondage), especially when you tell them not to (UCC). Included in the council's display of criminal conspiracy (18,241) is intent to extort as well as deny our rights, and use their office for the purpose of forcing us to comply with their wishes (Color of law, 242) (Which would also forfeit them from their office the moment they made an unconstitutional action).

The council has recently placed an article stating they now need to float a bond issue for 800 thousand dollars for the purpose of helping with the corporations' water system. Where did the money go this time? It cannot be that they now want to keep the water truly public. If that were true they missed the boat. They do tell the residents that they have to use the corporations water or ELSE! They went so far as to state the resident also has to rent the water meter from the town. So they passed an illegal ordinance stating just that. Of course they blame good old Uncle Sam as demanding the residents hook up. Where did it say the fed has that right?

Wait, as I look at my copy of the constitution, it says the fed does not have that right simply because I am a member of we, the people (Chisholm Vs Georgia). And those who wrote the constitution were very careful about what was authorized, and that was not authorized. Also, what happened with your right to pick a business of your choice? Despite letters to the governor and attorney general nothing has been done. Or more correctly stated it was decided to do nothing.

And this is what we know, and not all of that. The tip of the iceberg. I can only wonder what we do not know. I do know the office staff is afraid to talk. The facts, as I understand them, point to a town council that reeks of RICO violations as well as constitutional violations (Miranda Vs Arizona).

Please, feel free to come look, research, and then write.

Cc:
All rights reserved

Sincerely,
Wally Brown

Dear Editor:

Tomorrow is Election Day for the Town of Ocean View.  Over the last month I
believe I have made my position clear.  No taxation without the accompanying
right to vote.  The Constitution of the United States is to be the Supreme
Document by which all governmental decisions are to be made.  A Code of
Ethics is to be adopted.  All employees, appointees, elected officials, and
volunteers are to take an oath of office in which they accept the constitution just
as the President of the United States does.

Fiscal responsibility is of equal importance.  It all to often seems that may not
be the case.  The residents always have the right of a vote on expenditures over
$50 Thousand dollars.  All of the Town's administration works for us, the
taxpayer, not the other way around.   Growth must be paced by the
infrastructure.  If the roads, etc. are inadequate, then no building until they are.  A
quarterly newsletter is a must.  Many people do not attend the meetings (Which I
can understand, having attended them).  This is OUR town.  If we do not
participate we get what we deserve.  VOTE!

The Wave reported I would vote for Mr. Merridth.  I AM voting for myself.
Previously I voted for him.  If you want the town to be responsive to you, the
taxpayer, Vote for Wally Brown.  If you want the status quo, vote for Mr.
Merrideth.  I have never said he was not a nice guy, just not doing the job to my
satisfaction.

Thank you to all for informing me of your complaints and desires.

Sincerely, Wally Brown

Dear Editor (& Ocean View Residents)

Lately I have come under attack from a small portion of residents who either like the "Status Quo" or are personal friends of the Mayor and or Town Board. Of the approximately 1,350 letters sent to Ocean view residents I have seen only a handful of letters stating I am wrong. Here I will address those letters with facts.

Andy & Barney: What the reader apparently did not grasp was my remembering a time when our town had "Old Fashioned Values", which is something we should strive to keep. I did not state we should go back there. The point was simple. I pointed to a more pleasant time as an example of something to cherish. Our police never took 40 minutes to respond. The state police only covered our area after midnight (Obviously he means then). All police calls are handled in a "Priority" order of life and death getting the number one spot while complaining about loud noise may take longer.

The second letter states I have misrepresented the facts and myself. How can that be? I got the facts from our various town officials. Why would they deliberately mislead me? As to attending our meetings I guess the writer doesn't remember me from the last monthly meeting, or the one three and five months ago. Every other one is not bad considering that the monthly town meeting normally has less than twelve residents attending. Rest assured I will be at every one as your mayor.

In my letter I stated I was dissatisfied with the town and mentioned how and why. Basically I stated I wanted the town spending less of our money, especially as they continue to do so without our permission. Further, I quoted those letters sent to repudiate my statements, using their own words as the proof of what I say. I also offered my opinions and asked why it might be necessary to do things without the residents vote.

I mentioned our founding document as it applies to "Government OF the People" as opposed to being dictated to. Was that what upset the nay Sayers? Most of you by now have a copy of the letter. As you read it where does it say anyone is a crook? I stated (And I believe rightly so) that the town is being mismanaged. Name-calling? Hate Mail? Mentioning common and often used sayings in speaking of what some people think is cause for others to think I mean them? Speaking my opinion freely causes them distress? Could it be I am right? You have the letter, read it, and decide for yourself. I even said they are nice people; it is the job that is being done that is causing us harm.

WHAT WOULD I ACCOMPLISH? When I asked the town authorities about several things I received answers I was not happy with (Unless I was mislead again). The town does not have a code of Ethics. The town has not recognized the Constitution as the over-riding document to be used in all

governing decisions (For example my favorite is the Bill of Rights number 9. To paraphrase It states that ALL of the rights enjoyed by our founding fathers shall Not be Diminished). The town's employees do not have rules and regulations. The town desperately needs ONE spokesperson for the town, so I would arrange for one. A newsletter informing ALL the residents of what is being considered and asking what they want to see happen. The town would NOT spend anything over $50 thousand without your (The residents) permission (Salaries aside). Unnecessary expenditures would have to follow guidelines. For example: The town wants to spend about $250 thousand for a garage. That is excessive. They never heard of General Steel ($45 thousand for a 60 x 100 foot building)? 3.8 Million for a new Police Station on land we do not own, (Fact! we can only use)? Proper division of effort. These are for starters.

I am asking for your vote. Inform the Town you are also not happy. April 9th is you chance to rubber stamp the current administration or Stand Up To It.

Sincerely,
Wally Brown

Dear Editor,

Below is a copy of a letter of some importance, which I have delivered to the council of the town of ocean view regarding their illegal attempt to raise property taxes. I believe numerous property owners in ocean view may be somewhat piqued at their dictatorial attitude. As it is both timely and of public importance, Please print it. Thank you.

Town of Ocean View
36 West Ave,
Ocean View, De. 19970

Dear Ocean View servants,

I have read the newspaper stating your desire to illegally raise property taxes.

To avoid future problems you need to know some facts. Property tax, as with income tax, is unconstitutional. Therefore illegal. They are Direct taxes, therefore, those demanding such a tax may be charged with a crime. It should not matter that "everybody does it". Those who do it are criminals, which is an indictment of government today.

Below are Supreme Court decisions verifying what I just said.

Pollock v Farmer's Loan and Trust Co., 157 US 429, 582 (1895)
"Nothing can be clearer than that what the constitution intended to guard against was the exercise by the general government of the power of *directly taxing persons and property within any state*..."

Brushaber v Union Pacific, 240 US 1, 12 (1916)
"...that all embracing character of the two great classifications, including, on the one hand, Direct taxes subject to apportionment, and on the other, excise, duties, and imposts subject to uniformity, held the law unconstitutional in substance for these reasons; concluding that the classification of Direct was adopted for the purpose of *rendering it impossible to burden by taxation accumulations of property, real or personal,...*"

Knowlton v Moore, 178 US 41, 47 (1900)
"Direct taxes bear upon (hurt) persons, *upon possessions and the enjoyment of rights.*"

Direct Tax: "Direct tax means a tax on *wages*, profits, interests, *rents*, royalties, and all other forms of income, *a tax on the ownership of real property*, or a social welfare charge."
Indirect Tax: "Indirect tax means a sales, excise, turnover, value added, franchise, stamp, (transfer?), inventory; or equipment tax or an import charge."

U.S. v Whitridge, 231 US 144, 147 (1913)
"...*not in any sense a tax upon property* or upon merely as income."

Stratton's Independence, 231 US 399, 417 (1913), and
Flint v Stone Tracy Co., 220 US 107, 165, 55 S.L. ed 107, 419, 31 Sup. Ct. Rep.
342, Ann. Cas. (1912) B 1312
"...in exercising the right to tax a legitimate subject of taxation, as a franchise
(213, u.s. 399, 417) or privilege, was not debarred by the constitution from
measuring the taxation by the total income (of the franchise) although derived in
part from *property which, considered by itself, was not taxable.*"

Redfield v Fisher, 135 Or. 180 292 P. 813, 819 (1930)
"The individual, unlike the corporation, cannot be taxed for the mere privilege of
existing. The corporation is an artificial entity which owes its existence and
charter powers to the state; *but the individuals rights to live and own property are
natural rights for the enjoyment of which a tax cannot be imposed.*

Doyle v Mitchel Bros., 247 US 179, 183 (1918)
"An examination of these and other provisions...make it plain that the legislative
purpose *was not to tax property*, or the mere *conversion of property* (to transfer,
buy, or sell), but to tax the conduct of the business of corporations..."

Jerome H. Sheip Co., v Amos, 100 Fla. 863, 130 So. 699, 705 (1930)
"A man is free to lay hand upon his own property. *To acquire and possess
property is a right, not a privilege...*"

Butchers Union v Crescent City, 111 US 746, 756 (1884)
"It has been well said that the property which every man has is his own labor, as
it is the original foundation of all other property, *so it is the most sacred and
inviolable.*"

The citizens have the right to work at a job; to *buy, own, and sell property.*
Rights guaranteed by the constitution cannot be taxed. Privilege can be taxed.
Property ownership is not a privilege.

Miranda v Arizona, 384 US 436, 491
"Where rights secured by the constitution are involved, *there can be no rule
making or legislation which would abrogate them.*"

McCulloch v Maryland, 4 Wheat 316.
"The views advanced herein are neither novel nor unsupported by authority. The
question of taxing power of the state has been considered by the Supreme Court.
The right of the state to impede or embarrass the constitutional operation of the
U. S. Government or *the rights which the citizen holds under it, has been
uniformly denied.*"

No state, or portion thereof, can act in contradiction to the rights of the citizen.

16 C.J.S. Constitutional Law, Section 202, p. 987
"Personal Liberty - - or the right to enjoyment of Life and Liberty - -  is one of the fundamental or natural rights, which has been protected by its inclusion as a guarantee in the various constitutions... *It is one of the most sacred and valuable rights, as sacred as the right to private property...and is regarded as inalienable*."
16 Am. Jur. (2ⁿᵈ), Constitutional Law, Section 70
"*No public policy of a state (County, city, town) can be allowed to override the positive guarantees of the U. S. Constitution.*"

A simple point often overlooked or forgotten is that the citizen is above the constitution. The various levels of government are all beneath the constitution. The constitution, created by the citizen, limits government; not government limiting the citizen.  *See Chisholm v Georgia*

These dozen or so court cases are but a fraction of those cases where some level of government has attempted to violate the constitutional ban on taxing income or property. *Citizens' rights are non-touchable!* Any one case, by itself, would be enough to close down the illegal attempts to extort money from property owners. For the first 100 years everybody knew it was illegal to do so. However, as time passed our elected illegally spent themselves into holes and needed to raise money. As many people no longer take the time to read the constitution it was easy for the elected to lie to the people, or otherwise have crooked judges say it was right to tax. It is NOT! Even the IRS is now facing just and proper challenges, and in fact has already been defeated very often.

Why the media never mentions their defeats is a question. The same with the states tax on income, and those on property. Transfer tax falls into that gray area where most cases said it is a Direct tax and one case said it is not. Both Redfield v Fischer and Doyle v Mitchell Bros., for example, state transfer tax is a Direct Tax and not collectable. Ethical and Honest people with good character would not resort to it when a question about it's legality exists.

Now look up United States Code title 18, section 241 (conspiracy to deny rights) and 242 (color of law). Under Title 42, section 1983, it says *"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any state (Or part thereof), ...subjects or causes to be subjected, any citizen of the U.S., or other person within the jurisdiction thereof to the deprivation of rights, privileges, or immunities secured by the constitution and laws, shall be liable to the party injured..."*

The states also have their version of these laws, i.e. extortion, misprision, as two examples. To insist that a property tax is demanded and must be paid is to violate the constitution. I voluntarily pay only because it has so far been within reason, although that limit is now reached. I am now reasserting my right.

However, you are now on notice that <u>any addition to any tax is unacceptable</u>. Where you have spent money without express permission, you solely are responsible to repay that amount, as well as return that amount already spent.

Remember, as I have stated many times, that <u>I RESERVE ALL MY RIGHTS</u>. To open publicly this can of worms the various levels of government have created would see many people charged with crimes by those they have stolen the money from. Regardless how basic the need to raise money is, <u>no one has the right to violate the rights of the citizens or the constitution</u>. I took cases from the years on both sides of the 16th amendment as well as property cases, which, by the way, was (A) not properly ratified, and (B), was written to tax corporations, not people. Further, should you be told we are within a state, and not restricted as the federal government is, therefore not subject to the restrictions set forth by the constitution, know this.

The constitution act of 1844 remedied that misunderstanding. Our founders, from all colonies, ratified the contract, then set forth the state constitutions to comply with the federal. In 1844 the congress, by request of the several states citizens, passed the constitution act mandating the states be bound equally with the federal government by the constitution. *Therefore the US constitution limits all government, down to the homeowners association. And it denies direct taxation! As stated in the Constitution – it shall be the Supreme Law of the land.*

Transfer Tax as an illegal tax:

| | |
|---|---|
| Pollack v Farmers | page 1 |
| Brushaber v Union Pacific | page 1 |
| Flint v Stone Tracy | page 2 |
| Redfield v Fisher | page 2 |
| Doyle v Mitchel Bros | page 2 |
| Jerome H. Sheip Co. v Amos | page 2 |
| McCullach V Maryland | page 2 |
| | |
| Property Tax as an illegal tax | all 12 cited cases |
| Income Tax as an illegal tax | all 12 cited cases |

Money is property, as are house, lands, goods, the ownership and possession of the same; Right to work, contract, travel, associate, and all un-enumerated rights enjoyed by our founders or associated with freedom from fear.

*So that the citizens of Ocean View can all share this knowledge (They also may have something to say), I have requested that the local papers print this information under "Letters to the Editor".*

Sincerely, Wally Brown

Published in the Coastal Point in November, 2007

Dear Editor:

At the last Ocean View town meeting you could have heard a pin drop as the Long Range Financial Planning Commission's report was read by it's chairman, Mr. Mitchell. In low voice barley audible Mr. Mitchell informed one and all of the monetary balance currently on hand (3.4 million), projected revenues (a few hundred thousand), town's excessive spending (almost 5 million), and the 1.4 million dollars the town would be in the red by the end of the year, with a continued decline of about 4 hundred thousand per year for the next 5 years.

Mr. Mitchell stated the findings were originally mentioned to the town in March 2005 (about the same time the Mayor's race was on) and the town council was telling one and all that the town was in "Great Shape". The major expense is, of course, not the wasted hundred thousand here, hundred thousand there, but the un-needed and overpriced 3.9 million construction cost of the new police station that is being shoved down the throats of the Ocean View taxpayer (Without a referendum) whether they like it or not.

The town council had just started to speak of the necessity of increasing property taxes (Which are, as you know, illegal) when Mr. Robert Thornton, the owner of 54 acres (the Silver Woods development just south of Bear Trap) came to the town councils rescue with the news that he was willing to allow the town to annex the development, which should generate 2 plus million in transfer taxes (Which are, as you know, illegal).

While I admit to being happy I was right in my March statement the town was headed for bankruptcy, I was sad it had to happen. Likewise I am happy Mr. Thornton is willing to help the town, but I cannot be happy when I know the town council will not have learned the lesson I learned in 9th grade economics. You cannot spend what you do not have! The town council will undoubtedly now continue to spend, spend, spend.

I feel it is time for all good people to come to the aid of our town. Lets start a petition with a dollar amount on spending the town cannot exceed (For example- never higher than 90 % of revenue), a balanced budget with the current tax fixed in place, and taxpayer approval for all construction. Remember, they work for us! If they refuse to implement the taxpayers (All of them) wishes as stated on the petition, a second one with their removal from office might be a good idea.

Thanks to Mr. Thornton we dodged immediate fiscal ruin. I hope he names a street after himself. The real problem still exists. And I believe the Councils attitude has not changed. We can still expect to be bankrupt within 6 years.

Sincerely,
Wally Brown

" AND THE TRUTH SHALL SET YOU FREE"

Dear Editor:

As the 4th of July approaches I wish to offer your readers a dose of truth. I mentioned in the other letter that the transfer and property taxes collected by the various levels of Government are illegal. I know you will get a heated letter stating I do not know what I am speaking about, I am full of it, and other harsh words. Some of your readers are aware I am researching the constitution and by necessity history for a book I want to write titled "Government Abuses of the Constitution."

Transfer Taxes.   Does anyone have the right to tell you where you can or cannot live? Is our community a restricted community denying entrance? If you do not pay us for the privilege to live here, then you cannot buy here? Is this still America? I am saddened to say we no longer live in the land of the FREE! By charging an illegal "Transfer Tax" we are being informed we DO NOT have the right as Americans to live where we want. There is a word that covers this. It is called Extortion! And it is a crime. To practice it, or conspire for it, is also a crime. Who wants to guess at our Founding Fathers thoughts on this tyranny?

Property Taxes.   Who owns your land, your house? The Bank? According to many elected, it is whichever level of government that taxes you on it. Land ownership in America is a thing of the past. Demanding property taxes is Extortion. Pay, or else!  Lets ask our forefathers what they think. They fought a revolution because...

Liberty! Freedom! No Taxes! (Except those specifically listed). Come and Go as they pleased, Live where they want, all without the Government saying things such as "You cannot own land". That is what they rebelled from, so how did it ever come to pass that every year we have to pay rent to the government for the right to call our land "Ours". To tax us, and then threaten to take our property away if we do not comply, is Extortion. If an individual did this they would go to jail. So our government is allowed to commit crimes? How did this ever happen? Who is in charge? And, Why are these tyrannical people elected?

Do you know the last words of the Pledge of Allegiance?  "With Liberty, and Justice for ALL!"  The Declaration of Independence was the document that stated we, as a people, were fed up with the tyrannies of the King (Think whichever level of government you wish) dictating to us and denying our Liberties (Freedoms).  "We hold these truths to be self evident: ...Among these (Implying many others not listed) are Life, Liberty, and the pursuit of Happiness..." The power to govern is derived from the governed.

Remember Lincoln? Four score and seven years ago.... Then it says "Conceived in LIBERTY."  Go ahead, look up the words.

Amendment 1 of the Constitution reiterates that the rights reserved to the people are not enumerated, but are nonetheless in force, and are not to be abridged. Our Freedoms include the Freedom from Fear, Freedom from persecution, Harassment. Are you ready to tell me as you drive along the road and see a roadblock ahead that several of your rights are not being violated (Movement, Harassment, fear, secure)? If our Government threatens us can we say we are secure? If our Government steals our inheritance, is that right?

The opening statement on the Constitution states "We, The People, in order to form a more perfect union, establish Justice, insure Domestic Tranquility, provide for the Common Defense, promote the General Welfare, and Secure the Blessings of LIBERTY to ourselves and our posterity..."

Do you know what is even scarier? Our elected do not care if our rights are being violated. In fact, some citizens want it that way. They cry that we are better protected. When we do not have the right to choose, or are threatened, harassed, scared, we are not better off.

Now this is easy to understand. 1. We, The People. (We are in charge and we decide). 2. Insure Domestic Tranquility. (Our choices are to be honored and upheld). 3. Secure Liberty (Freedom of Choice, Movement, Action, Freedom from fear)! Would we insure tranquility by stealing the people's rights? 4. Of the People. Government of the People. Again, our government is based on the people being the government, not the elected! Further - The Constitution as it was written calls for only two forms of taxation. A Tariff, and an Excise Tax (Similar to a sales tax). Congress could levy a capitation tax once every ten years in conjunction with the census. Are we Slaves? When we are told "We Must Pay", where is the choice? Justice, you ask? Is it justice when you lose your property for failing to comply with the demand of extortion? Is it justice to be dictated to and your wishes ignored? It is NOT Justice when you are told your Home is not your Castle. (As stated in the founding and practiced in American Juries Prudence.)

So what's the point? I wanted the oath of office for all elected, appointed, and volunteer to include the oath the president takes. It basically states, "I, (Your Name) do solemnly swear, that I will UPHOLD, PROTECT, and DEFEND the Constitution..." The point is NO ONE can usurp our rights!

As I have stated, every elected official who takes the oath of office IS guaranteeing to uphold and protect your LIBERTY. They cannot deviate! If they do they have forsaken the office and can no longer act as someone holding that office. Any law that is written, any tax that is collected, MUST first be scrutinized so it cannot violate our freedoms. Anyone that does not uphold your rights is guilty of committing the crime of Malfeasance as well as civil rights violations. Liberty is the word that means Freedom of Choice! Freedom of

Movement!  Freedom of Action!  Where to live without penalty, ownership of property (The constitution says we are to be safe in our persons and possessions) etc.  We like to say we are the "Land of the FREE…"  Sorry, according to many of the elected we are the "Land of the USED TO BE FREE!"

Okay, So how was government run?  Their "Elected" were their SERVANTS! They do NOT do their own will, their own decisions.  They implemented the decisions of the people who elected them (Government BY the PEOPLE).  They decided at town meetings, with the vote, a consensus.  They decided how much money to spend and how to spend it, not the servants.  They decided their future, not the servants.  Then sent a representative to the next level with instructions. It is we who decide.  It is our RIGHT to decide, not our servants to decide for us. For example, if we decide we will stick with a well and not go with town water, they must honor our choice.  Our servants have no choice but to make it happen. They cannot violate their oath, or our liberty.  If they refuse to do our bidding, they have committed a crime, and they are out.

So how did we end up with their attitude, their continual attempt to dictate? Just like most other things it happened slowly with bad laws from our servants, people acting for their own best interest, and no one challenged them.  It started over a hundred plus years ago, with corrupt judges thrown in.  The Civil Rights Act of 1968 has made it possible to correct some problems.  The answer is: We, The People need to elect only those who will obey and protect our rights.  Recall those who do not.  Bring lawsuits if necessary.  Demand our servants do our bidding, not what they think best.  Amend the Constitution to conform to it's intent such as eliminate the 16th and 17th amendments.  Place into being caps on spending.  The Senate votes itself a raise and a one million dollar per year pension?  The local level passes ordinances to limit your ability to vote?  Then lie to us saying "God Bless America, the Land of the FREE?

Start demanding your rights, or loose them forever.
Have a Happy, Healthy July 4th!

Sincerely,
Wally Brown

Dear Editor; July 19, 2006

I attended the Town of Ocean View meeting last night where I witnessed events that need discussion. First, I want to say "Thank You" to the paper for printing all the relevant information. The events of last night were necessary! We, the People are the rightful government. NO public servant has the authority to act unilaterally, or keep We, the People in the dark regarding the happenings they perform in our name. Their should never be secrets kept from us simply because no actions should ever be performed without our permission.

From the top...Mr. Wichmann acted without permission, and then events show what appears to be a cover up. Mrs. Roth acted properly in first not taking an active part in what she recognized as improper behavior, and again when she perceived she was being threatened. Mr. McGill and Thomas acted properly in notifying the entire council of Mr. Wichmann's actions, and the public of the now necessary actions needed to remedy the situation. As events unfolded it could be no other way than to censure Mr. Wichmann (As a parent will scold a child by saying "Do not do that again"). That it was public is a MUST!

Again, We, the People are the rightful government. Yes, Mr. Wichmann meant well. His actions accomplished many fruitful results (Ex. It got the public involved). What surprised me and seriously causes concern is the reaction of several residents from Mr. Wichmann's district. They stated it was a witch-hunt; they did not care what he did as long as he did it in their name, and further stated they were embarrassed that it became public.

We, the residents of ocean view suffer with a council that acts as an oligarchy instead of the Republic. We suffer from the council's spend, spend, spend attitude. We suffer from secret deals, and votes by the council to take actions without our permission (Ex. Construction of a new police station). This is dishonest government. Dishonest in that it circumvents rightful government. Here we witnessed an attempt to be honest and open and several citizens object? I applaud the efforts of all those who endeavored to act properly and were criticized for their efforts. I further remind those other citizens that when our servants act without our permission they often do so with results detrimental to our sovereignty.

Good government can only occur when our servants do what we tell them to do. No less, no more.

Wally Brown

# PROCLAMATION

Whereas:   We the citizens of Ocean View are the sole legally constituted authority, and

Whereas:   Those individuals we elect to represent us are legally bound to do our sole and explicit instructions, and

Whereas:   When those we elect follow their own thoughts and desires instead, and

Whereas:   Those individuals have acted solely for and on their own behalf, and

Whereas:   By their failure to follow and show obedience to their oath they have forfeited their elected positions, and

Whereas:   They no longer have a voice or say for those they were elected to serve,

Therefore:    Let it be known and understood that as those individuals are now private citizens, they and they alone are responsible for any and all obligations they have incurred regardless of who they may say they have acted for or on behalf of.

Let this truth be Proclaimed to one and all that these legal, true, and accurate facts are as stated.

Delivered to the Town of Ocean View, May, 2002.

February 24, 2006
Mr. Roy Thomas
Town of Ocean View
Long range financial Planning committee,

Dear Mr. Thomas,

I read in the Coastal Point where you listed the upcoming financial problems
we, the people of Ocean View are facing. The problem is greater than you
imagined. As you may recall, for about the last two years I have been researching
the constitution for a book I desire to write. Many setbacks have occurred. My
point is this. The town's council has been operating as an oligarchy.

Article 4, section 4 of the constitution clearly states that the type of government
the Federal, State, and local governments are to operate with and by is that of a
Republic. Last February I brought this information to the people of Ocean View
(Council included). The council has refused to conform to the duly constituted
form of government. Throughout the year I have often mentioned the
unconstitutionality of the town council. All I have accomplished is to acquire the
reputation as a pain in their collective rear ends.

Four weeks ago (A few days before the town meeting) I personally handed to
the town clerk the packet I have now mailed to you. At the following town
meeting the council again acted as though they had every right to make our
decisions for us. As they continue to commit malfeasance (By violating the oath
to uphold the constitution) further action will be necessary. I would like to not
have them go to jail, so I will personally sit with the mayor and ask him to
comply. I doubt that he will.

The Future. As I for one (Of many) (see attached reclaim notice) will insist that
I am a citizen of a Republic in which the town has no jurisdiction to force me to
comply with their decisions (as they are unilateral and not initiated by We, the
People) the town will be facing charges and investigation. In 1803 a gentleman
named Marbury was appointed Justice of the Peace. He immediately started
legislating from the bench. (He was also found to be surplus to the judgeship,
and was sacked). Mr. Madison sued him. It went to the Supreme Court. The
finding is this.

The Constitution is the Supreme and Only law of the land. ALL legislative and
administrative matters MUST adhere to the concepts of the constitution. As We,
the People are the government (A Republic - NOT the town council) it is up to us
to tell them what we want done. ANY action not in conformity with the
Constitution is NULL and VOID! To Wit: All the decisions made from my telling
them last year to date are null and void. For Example: The money borrowed for
the police station was borrowed by 5 people, Not the town. The Christmas bonus
was also both unethical (using public funds for personal actions) as well as null
and void where we are concerned. And so forth.

We are now at a budget crunch thanks to the Spend, Spend, Spend of this council. The problem now becomes both worse and better. As all property at the successful conclusion of the revolution, and continued through the ratification of the constitution by the several states was allodial, that status is also still with us as one of our sovereign rights. Allodial... From old England. The property you own is yours free and clear (Except any loans) from the center of the earth to the heavens above. "A man's Home is his Castle". One of the sovereign rights we as citizens of our republic have is that it Cannot be TAXED! No one can tell you what to do with it, or anything. I have voluntary paid property taxes for the last two years, since I realized this. I am not obligated to do so. And I tell everyone who feels as I do about their unconstitutional actions in this regard. Next...

United States Code, Title 18, Section 241 & 242 states... Any person (Group of people) who deliberately attempt to deny the sovereign rights of a citizen, either by conspiracy or through "Color of Law" (Write and enforce null and void decisions) is guilty of a felony... Would you say that is the town council? So how is that better? I have been insisting that all decisions be proposed by the citizens, voted on by the citizens, and only then acted upon by the council. We are the government! If we do not want a water treatment station, we say so. If we decide to raise and spend money (As long as our neighbors sovereign rights are not infringed upon, or they violate ours) then that is what is done. Where the town council spends our money without our say, they have really spent their own money, and they need to understand this. I realize I most likely have made you very uncomfortable with this knowledge. But it is "Our" money they continue to attempt to spend. And many people do not know the truth, and suffer as a result.

Please, do not take my word for any of this. Research it yourself. Realize exactly how wrongly treated and used you have been. Be indignant! Make them comply with right government as opposed to the current wrong government. Bear Trap Dunes alone has lots of power. My tiny West View has 56 lots. I govern west view according to the constitution. As a republic. I do as I am told while I am association president. As I live by this I expect the town council to do so also, as should all residents.

This letter is written to be an eye opener. Not that I am nuts (As many say), but as the light of truth. It is now in your hands. Do they spend us into bankruptcy? Continue to raise taxes so the other residents must suffer the burden, all because the current council are guilty of crimes, and do not want to comply as they know better? Where and when will our paradise lost be reclaimed?

Thanks for listening. I sincerely do hope you look into everything that I have said and then act to stop the council's madness. I alone am one voice. My friends add theirs. What say you?

Sincerely,
Wally Brown

Town of Ocean View                                    January 1, 2006
West Avenue
Ocean View, De. 19970

Dear Elected Servants,

As this is a new year we feel it is an excellent time to start over, to return the Government of Ocean View to the people. We realize you may think we are in error, and this may confirm your opinion. However, the truth is still the truth from wherever it comes.

As the elected employees of the town's government you have taken the oath of office to uphold the Constitution. As we have watched for some time now we have come to realize you do not know exactly what it is you are to uphold. This, plain and simple, is what you should be doing.

The Constitution starts with the opening statement, which is perhaps the most important part. It states that "We, The People..." Our government is Not placed in the hands of a few for the purpose of dictating to us. We do not elect dictators. We are a government "By the People". The people (In mass) are the government. That would be the citizens and taxpayers of Ocean View. WE (The Government) decide all issues, vote on all that is decided, and inform you, the elected servants, to have those voted results carried out.

We are a government "Of the People". Not of a few elected employees who decide among themselves what to do, make and second a motion, and vote among themselves. That is illegal for several reasons. That is oppressive dictatorship. That is failure to uphold the oath of office. That is usurping the authority of the true government (Your employer), which is "Of and By the People"! Your job is "For the People". All you do is act on the results of any vote decided by the people. Any other course of action violates the oath, makes Null and Void any decisions you have made, (As you have done so unilaterally and without consent) and removes you from the legal right to continue in office (Malfeasance).

Also missed is the phrase "Insure the fruits of Liberty..." Liberty means we are not fettered by the illegal decisions of the few who usurp our authority. It means we, the true government can live in freedom (You know, Freedom of choice, movement, religion, Freedom from fear, etc).

On behalf of the citizens of Ocean View (Yes, we met and discussed this) we at this time are informing you of our decision. All future decisions and votes will be performed by the Constitutional Government (Us, the citizens). You are to notify us in writing at our residence of any pending issues requiring our vote. Arrange suitable locations to hold discussions and the vote. Finally, implement our decision.

You have been a valuable asset.  We believe your proper understanding of the constitution will insure a more harmonious relationship (Insure Domestic Tranquility).  You are purported to be men of character.  Therefore we would expect obedience to the government rather than a continuation of the error of dictating which, you have in the past, performed.  Please prove those correct who state you are worthy.  Uphold the Constitution!

Respectfully,
The Citizens of Ocean View.

cc

May 2005

Dear Kathy,

I am sorry we did not get back to you quicker. A virus has had us down. What my wife and I want is to be left alone. However, as you can see from the other letter, that seems to be for another day. Ocean view used to be a nice place to live. Then the council was elected and started to dictate to the residents on everything, and all without being legal.

I have brought this minor problem of committing crimes to you, them, the newspaper, and other. Many residents want to be left alone, and agree with what I say, but are not willing to front the cost for a class action suit (At least, not yet).

We know some of the council members mean well and have good hearts. Others are without ethics and integrity and only want the "Power" (You know who they are, they yell at you). Mr. Schroeder should know better. I believe he thinks he can get away without correcting them. So he works for them, not us, the people. Even our attorney knows the constitution is the supreme law of the land, and we are to be a Republic.

I am sorry you are caught in the middle. As I have often said, if you do not believe me, look it up for yourself. If you do believe me, look it up for yourself anyway. You will be more knowledgeable on the council's wrong actions. The Delaware Constitution even states in section 15, part 5 that "Misbehaving" is grounds for dismissal, which I told them two years ago when I said to them they do not speak for me.

Good Luck, continue to do the best you can. I have stated I not accepting their water and they cannot make me, as they do not have that right. So it will go to court, then another (If I loose) until I get it into federal court (Where I will win). My attorney waits.

                                        Thanks,
                                        Sincerely,
                                        Wally

Dear Roy,

Attached is a letter I wrote to the news journal some weeks back. My heart goes out to you, but, I am glad to see someone beside myself is aware of the town council's criminal behavior. I am not hooking up to their fascist water (I am my own company, anyway) (Liberty Water), so I expect I will be in court sometime in the next year or so. I do intend to counter file with the federal government when that happens. I have suffered over the years with their screw you attitude. I will be charging the council and Dennis with felonies. Dennis, as an attorney, is supposed to know the law, not deliberately disregard it because the council pays his fee (There is a supreme court case where this is mentioned). When this happens I will be bringing in the TV people. I have only asked to be left alone as though I did not live in Ocean View (Life, Liberty, Pursuit of happiness). Yet they have attacked and slandered me as they did at the April 2007 meeting.

I remind you of his statement during the November 2006 town meeting when I spent 10 minutes scolding the council for years of ongoing constitutional violations. His reply is etched in my mind and reminds me of Scarlet O'hara. He said, "Really, I don't care", and gave me the "bring it on" motion.

I mention this out of respect so you will not be surprised (As I want them to be) when this occurs. Please continue to correct them every chance you get so you will be found blameless and not go to jail, or pay a hefty fine, as Gary, Bill, Eric, Wade, and Norman very well may be doing. Obviously I am a big believer in the constitution, and expect my elected company management to do as the owners wish instead of their own.

Everything I say can be proven, but I do ask those I inform to research what I say for themselves as this insures they see it in black and white and know I am not making it up. This letter is personal and confidential. Please do not spread it around. Of course, should things improve and they are no longer attempting to force me to comply with anything, then I will not counter attack in federal court. Remember, an attorney's best friend is the person who gives him billable hours. Do not trust the town attorney.

                                        Sincerely,
                                        Wally

Dear Mr. Gregory,

There is a national movement underway by citizens everywhere to hold those we elect responsible for their actions. More and more often we will no longer accept lame excuses about why some person elected to hold public office at any level has decided that they have the right to make decisions for us in our name, but do so without our authority or explicate instructions. When I as a citizen inform you, who has been hired to be our town's manager (Without our consent, by the way) that what I say is truth, I expect that you will check that what I say is in fact truth (If it were not I would not have said it), and then abide by it, or be held accountable for not abiding by it. It is almost like religion. Once you know something is wrong, to continue to do the wrong action is not as easily forgiven.

I have so informed all of the elected, most of the appointed and hired since 2002. The day is coming when I will be in court as a defendant for my failure to comply with a bogus statute or ordinance. At that time I will be vindicated, and those who have violated the constitution may very well be placed in jail, Mr. Schraoder included. Why him? As an attorney he does know the truth, but chooses to lead the council with bad advice where proper government is concerned. During the November 2006 town meeting, I spent 10 minutes reading the riot act to those assembled. His response was "Really, I don't care". In essence, he has placed himself above the constitution by doing as he wishes, quoting statute law rather than common law. Sad to say, but he is one example of the reasons our country is going under. In case you are ever asked, it is case law that where common law and statute law meet, common law is supreme. Common law is constitutional, statute law is not.

Please, research the facts as I tell them to you for yourself. When you are satisfied that what I say is truth, you are more able to defend yourself (And by extension, me) from the abuses placed upon us by the illegal and unethical actions of the town council.

Lesson number one. Research Marbury Vs Madison. Like the commandments etched in stone, The Constitution is Supreme. No action may be performed that is contrary to the constitution. Should any such action in fact happen, two events occur. First, the action is Null and Void. Second, those enabling the action forfeit any position they hold. Read it for yourself. Go to the finding at the end of the case. Justice John Marshall is explicit in his statement. There are other Supreme Court rulings I can tell you of which make the same point. This one was in 1803.

Lesson number two. Now go to the constitution and look at Article 4, section 4. It states that the type of government we the citizens are to enjoy is that of a "Republic" form of government, and that we are to be free from domestic violence (The threat or use of force to make us comply with unlawful actions). In a republic, I, a sovereign citizen, are free to do as I please with only ONE exception. I may not violate the rights of another citizen, or they mine. This is where "Land of the Free" came from.

Lesson number three. Research the forms of government and what and how they operate. They are anarchy, monarchy, theocracy, dictatorship, despotism, communism, oligarchy, democratic (Both pure and representative), and a republic. The town council operates as an oligarchy (Dictatorship by council). As it is contrary to the constitution it is illegal (Null and void). The town council therefore, having forfeited their office, are private citizens with no authority. Having no

authority they cannot legally violate my citizenship by dictating to me. In fact, every time they attempt to do so they are guilty of a crime, which in turn again disbars them from public office, as well as sets them up to face criminal charges.

 Now you will be told I am a crackpot, which is why I tell you to find it for yourself. I have cursed you with this knowledge. You must act in truth, ethics, and honesty, or become one with the Council. As in the past, I hope I will have made a friend, not any enemy. The truth hurts. To know the truth yet deny it is worse. So far only two have acknowledged the truth, and they no longer work for Ocean View. By the way, guess who is legally and solely responsible for the council's private debt (Water, Police station).

Sincerely,
Wally Brown

Mr. Wichmann Vs Ethics

Dear Editor,

Stated below are facts as I see them. While there is more, this is a partial case against Bill. Mr. Wichmann has practiced deceit as a normal course of operating as a town council member. His integrity and ethics are, at the least, questionable. Mr. Wichmann took the oath of office, Including his swearing an oath to protect, defend, and uphold the constitution. Article 4, Section 4 of the constitution states the type of government to be enjoyed by us, the citizens, is a "Republic" form of government. Not a representative democracy, not a monarchy, theocracy, dictatorship, or even an oligarchy (Which they use). A constitutional Republic!

What is a republic? It is the government our founding fathers gave to us at the cost of their blood, their sweat, pain, and anguish. Only after much thought did they arrive at the decision that the only way to be truly free (Land of the free) was to give the Government to the people. The people are the government. We, the People! In a republic we are the government. We and we alone decide what our representatives will do. In a republic you are free to do anything you want with only one exception. You cannot violate the rights of another citizen, or they yours. And any of our representatives acting unilaterally is without our permission. You could this alone represents a lack of integrity and ethics.

This is the type of government Mr. Wichmann swore to uphold and live by. Did he? Mr. Wichmann routinely acted in consort with other council members to deny our sovereign rights (A crime under USC) every time he voted for an action without our express permission. Yes, I know, everybody does it. Malfeasance is running rampant. It is still a violation. He continued to perform these actions even after being corrected. His correct and ethical action was to admonish the other council members and insist that the town adhere to the tenants of the constitutional republic.

Recently, Mr. Wichmann voted to give a Christmas bonus to the town's employees of $150 each. If the Citizens Police Auxiliary received any of these funds, he basically voted to give himself $150. Both a conflict of interest and a monetary gain. Also, by voting to give public money to private citizens he committed a crime. Public officials may not hand out the public's money as "Gifts". His ethical and correct stand should have been, at the least, to abstain.

The Police Station, part one. Mr. Wichmann, a member of "CAP", after hearing from several cap members on the need for a new building, should have acted with integrity and ethics by again abstaining. Instead he voted from a position of conflict of interest. He, as a member of the town council, was adamant in having the council exclusively decide for the construction of the new building. His correct position, again, should have been...

The Police Station, part two. Mr. Wichmann, as the world now knows, without consent, violated several town ordinances by hiring someone he met at a party to wire the unauthorized generator. This person was not on the towns approved contractor hiring list, and no one has yet stated whether the electrician was properly insured. Obviously he did not do the job properly. By the way, thanks for buying the town a generator from your personal funds, as that is the only way it is legal.

If you have read the papers lately you know I have only touched on a few of the ethical shortfalls this person suffers with. Thankfully we may yet see relief from Mr. Wichmann's actions. As Mr. Wichmann acted outside the bounds of the Constitutional government he, along with the others who voted yes, are solely responsible for the costs they incurred. We, the People, never said Yes.

As you know, no one can sign a contract in your name, or force you to pay for what they agreed to and you did not. The Uniform Commercial Code is very plain in that regard. Electing him is not a contract for him to do as he wants but as we want him to act. He is also in violation of the state's constitution. Section 15, article 6 states a public servant may be dismissed for "Misbehaving". Upon conviction of misbehaving the governor may dismiss the offender. As he has repeatedly acted without ethics, and upon his own admission, (read confession) he has without question misbehaved. But first he must replace the funds he has squandered. It's not his money, it is ours.

Sincerely,
Wally Brown
All Rights Reserved

Dear Resident/Taxpayer

Attached is a letter, which, we feel, is pretty self-explanatory. Our elected representatives are no longer responsive to our wishes. It is not a matter of being a Republican or a Democratic, Liberal or Conservative. It is a matter of the theft of our birthright, our inheritance.

Our Founders made it plain that We, the People are the Government. Our government is a representative government. Somehow we seem to have become an Oligarchy. Some would say a dictatorship. As with any oligarchy, our right to vote and have our elected representatives actually do as We, The People have voted is disregarded by those very same people we have elected to do Our bidding.

You might say Yes or No to the question of going for yet another loan. Your vote might have been to say Yes or No on an issue (Or Tax increase) that you feel has been neglected, or that you believe needs to be addressed. Either way, It is Your Right to decide, to volunteer to participate.

We have argued for some time now about this. We have published articles in Letters to the Editor. We have challenged our elected to start honoring their oath. We have even had a councilman tell one of us we are wrong because you only have the right to vote them in or out (Which is a scary thing, that our elected have no concept of our rights, our refuse to abide by them). "Besides", He said, "You never come to the town meetings anyway." Is that what it takes?

We can continue to keep our heads in the sand (Which allows them to do anything they want and you loose) or we can insist on our true birthright. The one thing we do have in this country is our constitutional right to vote on every issue Yes, Or No!

You can say, "Their nuts" and not respond. Or, You can say "Finally I have my vote back". Sign the paper and send it to our post box. We will then deliver this demand for adherence to our servants, our elected representatives. Then come to the town meeting (The first Tuesday of every month at 7PM) and if necessary let your voice be heard.

It's your vote. It's your future. Loose it or use it.

                                Sincerely,
                                The Citizens of Ocean View

Dear Resident:

Our town is approaching the time where a choice is to be made. My name is Wally Brown, and I am running for the position of Town Mayor. Attached are two letters I wrote to the Coastal Point and the Wave expressing in part some of the reasons why I believe a new mayor is needed.

For many of you, who's "Minding the Store" is not important. For others it is "One crook is as bad as another". How about "Who cares, no one listens anyway". I believe the person that is elected needs to keep in mind two over-riding points.

1.    All our elected or appointed people work for us, the resident.
2.    They should always act in a manner so as not to bring harm to our town.

Harm comes in many fashions. It can be from crime. It can be from traffic congestion. It can come simply from the elected doing what they want with disregard to the rights or wishes of the resident. And it can come from spending our money in a manner that will cause our taxes to go up, or other "Actions" or "improvements" which, while seemingly a good idea, result in bad things happening.

Our current officials led by the mayor are acting in such a manner. I fear they have visions of grandeur. For example: We are caught in a cycle, which demands annexing more and more area (We are already the biggest town around) simply as a means to have the necessary tax base to cover the budget. Developers first develop the area crowding as many houses into an area as they can, then approach the town to be annexed. The town allows 3 houses to an acre. The developers are putting in 4, 5, even 6 per acre. Of course the bigger we become the more our expenses are.

Some people like living in big cities, others in small country communities. You own property in our town either as a real estate venture or because you wanted a piece of tranquility before it's all gone. Someone once said (Mark Twain?) "The one thing that never changes is that things change". I say Yes, and No (Almost like a real politician). Yes, cars, electronics, styles of houses, etc. No because there is a constant value to living in an area which protects that area as much as possible from bad change while still planning for our future

I am asking for your vote! As you read the second letter you noticed some things need change immediately (Such as your right to vote). Please express your concerns to the town office. Should I win (With your help) I will right these wrongs. Should I loose the town will know what you want. Not from a survey designed to get the wanted answers, but from your heart with what you want. So, this April, Please Vote!    Thanks!

Sincerely, Wally Brown

Our Right to Liberty Vs the Town Council

   Any discussion of Rights and the limitations of the Town councils position should begin with an understanding of the following: ***Rights do not come from government.*** Governments can only grant privileges. We need to understand this difference. Those we elect too often become callous to this fact. They serve at *OUR* pleasure, for *OUR* edification, to do *OUR* bidding. They were not elected to decide for us as though we were children, needing their wisdom to live a fruitful life.

   We can decide for ourselves what we want, or do not want. What is needed or not needed, unhindered from those who would enslave us, or attempt to tell us we Must obey them in opposition to our choice. What one person wants very often is not what another person wants. In either case, it is not the duty of government to pander to one person while forcing another person to pay the bill.

   Privileges that can be granted can also be taken away. Rights do not come from the Constitution either. The Constitution only protects Rights by Establishing a government designed to provide protection for We The People (*That would be to ensure domestic tranquility*).

   Likewise the Constitution of the Town government MUST conform to the Constitution of the United States. Any point not in cohesion to the Federal and State constitution is invalid. In legal parlance, it never existed. For the town council to then attempt to enforce this falsehood would see our employees committing crimes.

   All Rights come from God and are inalienable, which means that they cannot be taken away. Those who violate our God-given Rights must believe themselves superior to God or they must believe that God does not exist. I am describing humanism, which apparently the Town Council believes, as they continue to act outside their responsibility in contravention to the constitution.

   The Constitution identifies many Rights, e.g., speech, press, religion, etc., all of which fit into one of three categories - Life, Liberty, or Property. No One can deny or detract from your Right to have, to use, or to enjoy your rights as you alone see fit, or in any way be forced to give up those rights.

   The possessions of these basic Rights are all necessary for the Pursuit of Happiness. A violation of any one of these three basic rights by government is treason and/or tyranny. Several of the Founders suggested that the slogan for the Great Seal of our Republic should be, "Resistance to Tyranny is Obedience to GOD".

Attached to, and an essential part of your God-given Rights is the sacred duty to protect and defend those Rights with whatever means are necessary.

At this point in time that necessary act is simply this: That You Vote! Do Not Vote from fear. Do not vote from your belief that the person whom you elect will "Give" you something, such as politicians like to promise. Vote for Your Liberty. At the least, Please Vote for my Liberty. Vote for the Freedoms to which you are entitled. The Freedoms guaranteed to you by the constitution. Do Not vote to be placed into bondage, paying for the services you did not ask for. Instead vote to place that person into office who will Defend your right to live without the Town Council dictating that you pay for their wants.

Currently there is only one person on the Ballot who stresses this point. All the other candidates say they want to fix this, repair that, or do something else for you. Who is it that says you are Supreme? Who is it that says you are the Boss? Who says that your constitutional Liberty is worth more to you than you have been led to believe? Would you Vote for that person? Or the person who continues to tell you the same solution will solve the same old problems? We arrived at the problems we currently suffer with due to exactly that reasoning.

Wally Brown wants your Vote. Think, for yourself, and then go vote.

About ContractsFrom the 'Lectric Law Library's stacks
About Contracts


The great gifts of law are social order and predictability.  If you had
no idea whether a person who promises to sell you a home would actually
turn it over to you, and if you had to fear that even after the seller had
handed you the key he might return some day and move back in, saying that
he'd decided the house was worth more than you paid, your life would be
made miserable by unpredictability.

The same if someone promised to pay you for doing some work, or if you
were told that a merchant would buy your cloth if you travelled to India
to obtain it, or if someone says that he will carry your possessions to
another state and deliver them for you: What if you had no way of knowing
whether those agreements would be fulfilled...and if they were not, your
only recourse would be to try to find the culprit and punish him with
violence and perhaps tear away from him the value of what you had lost?

To avoid such uncertainty, every civilization has developed some
variations of the concept of contract, some means of making reasonably
certain that the rules of making enforceable promises are clear, that the
content of agreements is mutually understood, and that the power of
government stands by to enforce the promises at least by seeing that the
one who breaks the promise pays the other adequate compensation.

(The law has always had problems, both pragmatic and theoretical, with
consistently forcing people to perform promises which involve doing more
than just paying money...such as painting a house properly, or singing in
an opera.  Sometimes courts will order "specific performance", but it is
often more practical to make the person who breaks the promise simply pay
money damages to the disappointed party.  Court-ordered specific
performance is rare and occurs when the subject-matter of the contract is
unique, and money damages would be no substitute for actual performance.)

How a Contract is Formed

Contracts are legally binding agreements.  Attorneys often use the terms
"contract" and "agreement" interchangeably, but not just any agreement is
a legally binding contract.

A contract is formed by a meeting of the minds of at least two parties, a
mutual assent resulting from the expression of an offer by one and an
acceptance of precisely that offer by the other.

The offer has no effect if the other person does not accept it.  A mere
discussion of the offer does not constitute acceptance.  Negotiation often
leads people to believe that they can expect other people to commit
themselves to certain things, but until there has been an actual offer and
a clear acceptance, there has not been the necessary "meeting of minds" to
form a contract.

A person making an offer may revoke it (cancel it completely) at any time
before it is accepted.  If you wish to revoke your offer, however, you
must communicate that fact to the person(s) who might accept your offer.

Reclaimed, Undisputed & Inalienable Rights

I, Wally Brown, hereby reclaim my Inalienable Sovereign Rights, which
are inter alia:

Right to contract and not to contract;
Right to engage in commerce;
Right to marry;
Right to earn in any lawful occupation;
Right to own property;
Right to unhampered use of all navigable waters and all Common Law
highways, roadways, byways, and airways, which are used for
transport, either private, public, or commerce, anywhere in these
united states of America; (11 AmJur (1st series) Sec. 329,Personal Liberty),
Right to carry on business;
Right to freedom of speech;
Right to freedom from governmental interference in exercise of intellect,
information of opinions, in there expression; and in action, or inaction,
dictated by judgment;
Right to freedom from servitude, imprisonment or restraint;
Right to freedom of occupation;
Right to self-defense against unlawful violence;
Right to and of sovereign citizenship;
Right to use property according to owner's will; together with all other
inalienable Sovereign Rights reserved by the Constitution for the united
States of America and the Bill of Rights.

This document has been delivered to the Town Manager of Ocean View every
year since and starting with 2002.  The mayor was also forwarded a copy in
2005 & 2006.  The Town Council does not contract for, nor does it legislate
or represent me or mine in any proceeding, manner, or fashion.  All voluntary
actions are just that and are not to be construed as yielding any rights.

Signature: _____  Date:_____
Address, City, State, Zip Code
#4 New Castle Court, Ocean View, De. 19970

I swear that the information contained in this document is true and correct.
All inalienable Rights explicitly reserved without prejudice, U.C.C. 1-207
Registered with the Delaware Secretary of State.  Again, All Rights Reserved.
Wally Brown

```
From:      Attorneys' LEGAL SERVICE
To:        Mr. W. Brown, A Sovereign citizen
Subject:   Illegal attempt by town to subject you to regulation
```

THE NATURAL FLOW OF POWER

-- MAJOR PREMISE --

Let me start by laying some basic groundwork. Remember that the natural flow of Authority and power is from the highest office downwards. The Sovereign is the highest lawful authority and the ONLY power holder. This means that it would be absurd to presume that the lowly joker could ever command the King.

In America all of We the people are Sovereigns. We are all equal Kings and Queens. Therefore, the natural flow of power and the TRUE authority is:

1. NATURE'S GOD Created Mankind, then
2. Mankind, "WE THE PEOPLE", as SOVEREIGNS, created Constitutions, then
3. Constitutions created governments (*managers, not owners*), then
4. Governments created Statutes, Codes, Rules, and Regulations hereafter called Enactments.
5. Government creations (corporations) and employees are subject to these Enactments.

However, Mankind (THE SOVEREIGN "WE THE PEOPLE") is not subject to obey the jokers THAT WORK FOR US in government as our public servants.
The presumption that "WE THE PEOPLE" are subject to government jurisdiction by way of any government Enactments, presumes that "WE THE PEOPLE" are subject to those jurisdictions created by the Constitutions, which in-turn created such governments. This would be a reverse or upwards flow of power -- an absurdity and a legal fiction.

Any jurisdiction emanating from a presumption of a fiction is presumptive or fictitious, and such jurisdiction is a fictitious tool for unlawful control of "WE THE PEOPLE". Government sovereignty over "WE THE PEOPLE" is such a presumption and a fiction. If an individual cannot be proved to be subject to the jurisdiction of any constitution or other social contract or compact, He also cannot be proved to be subject to the jurisdiction of any branch of government created there under.

Likewise, if it cannot be proved that the individual is DIRECTLY subject to the jurisdiction of any legislature, it also cannot be proved that he is INDIRECTLY subject to such jurisdiction by way of any legislative enactments or statutes. In the absence of proof that the individual is subject to the jurisdiction of any constitution or other social contract or compact, jurisdiction over him DOES NOT EXIST.

Article VI defines exactly who is subject to the jurisdiction of the U.S. Constitution, and exactly who shall be contractually bound by oath or affirmation to support such constitution in consideration for offices of public trust and those benefits of public service and public employment.

"... The Senators and Representative before mentioned, and the members of the several State Legislatures, and ALL executives and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; ..." Article VI.

To Whit:
1. Since the intent of Article VI is to define exactly to whom the
constitutional jurisdiction applies;
2. Since the fact exists that "WE THE PEOPLE" are excluded from the requirements
of Article VI, prima facie;
3. See: INCLUSIO UNIS EST EXCLUSIO ALTERIUS: Black's, Page 687;
4. NO CONSTITUTION OR GOVERNMENT HAS ANY POWER OVER "WE THE PEOPLE" Since NO
presumption that WE THE PEOPLE are subject to the jurisdiction of the
constitution is, or can be made;
5. Since all constitutions are considered in pari materia with all other
constitutions;
6. Since all constitutions are subject to the provisions of Article VI;
7. Since no constitution operates on WE THE PEOPLE at-large by virtue of
the fact that WE THE PEOPLE are excluded from the requirements of Article
VI, et sqq;
Then in pursuing occupations of Common-Right, the individual has made no
oath or affirmation supporting any constitution, and is not subject to any
constitutional jurisdictions.

Further, since the individual is not subject to any constitutional
jurisdictions, He is also not subject to any enactments or statutes made
by any constitutionally created legislature;
Since He is not subject to any constitutional jurisdictions, He is also
not subject to any jurisdiction presumed by any constitutionally created
executive branch of government; and
Since He is not subject to any constitutional jurisdictions, He is also
not subject to any jurisdiction presumed by any constitutionally created
judiciary.

In the complete absence of any lawful and verified oath or affirmation made by
an individual, to support any constitution; or in the complete absence of
proving a higher title to that property known and described as the individual
himself, In Personam Jurisdiction does not exist; and In the complete absence of
proving a lawful and voluntary --CONTRACT-- made by such a non-participant,
pledging himself and/or his property-Rights to certain statutory specified
performance, Subject Matter Jurisdiction over him does not exist; and In the
complete absence of any Lawful and verified complaint made against such
non-participant, wherein a natural injured party claims a damage, no criminal
jurisdictions exist; thus, In the complete absence of proving the existence of
either In Personam and or Subject Matter Jurisdiction, governmental jurisdiction
over the "WE THE PEOPLE" individual does not exist."

Note; For many, this concept that the American governments both Federal and
State have no capacity to promulgate laws and rules to be enforced upon the "We
the People" (whether as a whole or as an individual) and can not be binding upon
the people is contrary to their general understanding of how our system works.
They will say; "If government has no authority over an individual, How then will
all individuals be held to account for their wrongs?" and/or "Quite honestly, it
would be absurd to have laws that no one is subject to."

These arguments are seemingly very strong and sensible, and are therefore
accepted by a large group of Americans. But I suggest to you that this large
group of Americans are an uncareful lot, not willing to see a thing for what it
is but rather content to accept a thing for what it seems to be. Your agents in
governments, both Federal and State (County, Town), know this about you and
therewith manipulate you. How do I know? I know because I am slightly more

careful than most. That extra carefulness I apply brings me understanding that most Americans will not seek and that government agents will not teach.

The following is an excerpt from a Supreme Court case that clearly demonstrates what has thus far been asserted on this subject. The writing is from a case styled <u>Chisholm v Georgia</u> and demands close attention. It will be sufficient to observe briefly, that the sovereignties in Europe, and particularly in England, exist on feudal principles. That system considers the prince as the sovereign, and the people as his subjects; it regards his person as the object of allegiance, and excludes the idea of his being on an equal footing with a subject, either in a court of justice or elsewhere. That system contemplates him as being the fountain of honor and authority; and from his grace and grant derives all franchise, immunities and privileges; it is easy to perceive that such a sovereign could not be amenable to a court of justice, or subjected to judicial control and actual constraint.

It was of necessity, therefore, that sue-ability, became incompatible with such sovereignty. Besides, the prince having all the executive powers, the judgment of the courts would, in fact, be only monitory, not mandatory to him, and a capacity to be advised, is a distinct thing from a capacity to be sued. The same feudal ideas run through all their jurisprudence, and constantly remind us of the distinction between the prince and the subject.

No such ideas obtain here (speaking of America): at the revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects (unless the African slaves among us may be so called [472]) and have none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in their sovereignty.

From the differences existing between feudal sovereignties and governments founded on compacts, it necessarily follows that their respective prerogatives must differ. Sovereignty is the right to govern; a nation or state-sovereign is the person or persons in whom that resides. In Europe the sovereignty is generally ascribed to the prince; here it rests with the people; there, the sovereign actually administers the government; here, never in a single instance; our governors are the agents of the people, and at most stand in the same relation to their sovereigns, in which regents in Europe stand to their sovereigns.

Their princes have personal powers, dignities, and pre-eminences,
Our rulers have none but official; nor do they partake in the sovereignty
otherwise, or in any other capacity, than as private citizens.

1. Does "subject to the law" ring a bell here? Who is subject to that the Law in America? The sovereign? As you can see from this passage, that is not possible.

2. Does anyone recognize these words? Can you say 14th amendment (added just after the civil war, during restoration)?

3. How then could one such as this make and enforce laws upon a sovereign?

4. Here is a key concept in American self-governance; Sovereigns (individuals of "We the People") can sue anyone, using our instrumentalities (the courts) that we feel has harmed us. That suit can be a civil one or it can

be a criminal suit (where it is apparent that another sovereign or agent intended to harm us).

That is where the concept of an injured party came from. Government has no authority to promulgate or enforce any law upon an individual of "We the People" without that action being attended by another member of "We the People" standing as the injured party.

The information above, is supported by a U.S. Supreme Court case decided early in American Jurisprudence, Chisholm v. Georgia (1793) which declares, Whereas the State is Sovereign, that Sovereignty does not extend to and over the Sovereignty of "We the People" nor one unit thereof except when an individual causes harm to others.

The point of this truth is that the Codes, Statutes, Ordinances etc. promulgated by any branch or department of government effect only two classes of Individuals.

1. An employee of said branch or department of Government.
2. A natural person (member of "We the People") liable for a harm done to another person (natural or a fiction).

Finally, The 7th amendment of the constitution states "No court of the United States can review suits determined in common law except by rules of the common law."

IF YOU DON'T FALL WITHIN EITHER OF THESE CATEGORIES, NO JUDICIAL ENTITY MAY LAWFULLY OBTAIN JURISDICTION OVER YOUR PERSON AND BRING YOU INTO COURT.

CHARTER OF THE TOWN OF OCEAN VIEW


Article I Incorporation. Powers Generally


Section 1.101. Incorporation


The inhabitants of the Town of Ocean View, within the corporate limits
established by Section 1.105 hereof, and as hereafter amended, shall continue to
be a municipal corporation and body politic under the name of 'The Town of Ocean
View' hereinafter referred to as the 'Town'.


Section 1.102. Powers of the Town - Generally


(a) The Town shall have all powers possible for it to have under the
Constitution and laws of the State of Delaware as fully and completely as though
they were specifically enumerated in this Charter Act. The Town shall have and
may exercise all those powers and authority which the General Assembly may grant
to the Town by specific enumeration, and which are not denied by the
Constitution or general statute. The Town shall have complete powers of
legislation and administration in relation to its municipal functions, including
any additional powers and authority which may hereafter be granted to it. The
Town shall have the authority to make, ordain and establish all such rules,
by-laws, regulations and ordinances, in order to exercise or carry out any of
its expressed or implied powers, and such rules, by-laws, regulations and
ordinances may be made enforceable by imposition of fines.
(b) The Town shall have perpetual successions; may have and use a corporate
seal, which may be altered, changed or renewed at pleasure; may sue and be sued;
plead and be impleaded in any and all Court of Laws and Equity in the State of
Delaware and elsewhere by said corporate named, may take, receive, hold and
enjoy any and all lands, tenements and hereditaments located either within or
without the limits and boundaries of said Town, in fee simple or for a lesser
state, interest or otherwise, and also goods and chattels, rights and credits,
and may sell, lease hold, manage and control any such property or properties in
such a manner as the Town Council may deem expedient and proper for the purposes
hereinafter to be expressed; and may appoint such officers and agents as shall
be necessary or convenient for the management of the affairs of the Town, and
may fix and determine the compensations of such officials and agents.
(c) Excepted hereinafter provided in this Charter relative to the power to issue
bonds, the Council may have all other powers and functions requisite to or
appropriate for the government of the Town, its peace and order, its sanitation,
beauty, the health, safety, convenience, government and well-being of its
population, in the protection and preservation of property, public and private,
and the furnishing of proper conveniences and attractions requisite to the same;
provided, that nothing in this Charter shall be construed as conferring any
banking power.
(d) All actions, suits and proceedings shall be brought under the name of "The
Town of Ocean View".

Constitution of the United States (Text)
Constitution of the United States (Text)

Search (Enter the name of an
historical figure, event or issue)

Full text search

Constitution of the United States (Text)

We the People of the United States, in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility, provide for the common
defence, promote the general Welfare, and secure the Blessings of Liberty
to ourselves and our Posterity, do ordain and establish this Constitution
for the United States of America.
ARTICLE I
Section 1
All legislative Powers herein granted shall be vested in a Congress of the
United States, which shall consist of a Senate and House of
Representatives.
Section 2
Clause 1: The House of Representatives shall be composed of Members chosen
every second Year by the People of the several States, and the Electors in
each State shall have the Qualifications requisite for Electors of the
most numerous Branch of the State Legislature.
Clause 2: No Person shall be a Representative who shall not have attained
to the Age of twenty five Years, and been seven Years a Citizen of the
United States, and who shall not, when elected, be an Inhabitant of that
State in which he shall be chosen.
Clause 3: Representatives and direct Taxes shall be apportioned among the
several States which may be included within this Union, according to their
respective Numbers, which shall be determined by adding to the whole
Number of free Persons, including those bound to Service for a Term of
Years, and excluding Indians not taxed, three fifths of all other Persons.
The actual Enumeration shall be made within three Years after the first
Meeting of the Congress of the United States, and within every subsequent
Term of ten Years, in such Manner as they shall by Law direct. The Number
of Representatives shall not exceed one for every thirty Thousand, but
each State shall have at Least one Representative; and until such
enumeration shall be made, the State of New Hampshire shall be entitled to
chuse three, Massachusetts eight, Rhode-Island and Providence Plantations
one, Connecticut five, New-York six, New Jersey four, Pennsylvania eight,
Delaware one, Maryland six, Virginia ten, North Carolina five, South
Carolina five, and Georgia three.
Clause 4: When vacancies happen in the Representation from any State, the
Executive Authority thereof shall issue Writs of Election to fill such
Vacancies.
Clause 5: The House of Representatives shall chuse their Speaker and other
Officers; and shall have the sole Power of Impeachment.
Section 3
Clause 1: The Senate of the United States shall be composed of two
Senators from each State, chosen by the Legislature thereof, for six
Years; and each Senator shall have one Vote.
Clause 2: Immediately after they shall be assembled in Consequence of the
first Election, they shall be divided as equally as may be into three
Classes. The Seats of the Senators of the first Class shall be vacated at
the Expiration of the second Year, of the second Class at the Expiration
of the fourth Year, and of the third Class at the Expiration of the sixth
Year, so that one third may be chosen every second Year; and if Vacancies

Constitution of the United States (Text)

happen by Resignation, or otherwise, during the Recess of the Legislature
of any State, the Executive thereof may make temporary Appointments until
the next Meeting of the Legislature, which shall then fill such Vacancies.

Clause 3: No Person shall be a Senator who shall not have attained to the
Age of thirty Years, and been nine Years a Citizen of the United States,
and who shall not, when elected, be an Inhabitant of that State for which
he shall be chosen.
Clause 4: The Vice President of the United States shall be President of
the Senate, but shall have no Vote, unless they be equally divided.
Clause 5: The Senate shall chuse their other Officers, and also a
President pro tempore, in the Absence of the Vice President, or when he
shall exercise the Office of President of the United States.
Clause 6: The Senate shall have the sole Power to try all Impeachments.
When sitting for that Purpose, they shall be on Oath or Affirmation. When
the President of the United States is tried, the Chief Justice shall
preside: And no Person shall be convicted without the Concurrence of two
thirds of the Members present.
Clause 7: Judgment in Cases of Impeachment shall not extend further than
to removal from Office, and disqualification to hold and enjoy any Office
of honor, Trust or Profit under the United States: but the Party convicted
shall nevertheless be liable and subject to Indictment, Trial, Judgment
and Punishment, according to Law.
Section 4
Clause 1: The Times, Places and Manner of holding Elections for Senators
and Representatives, shall be prescribed in each State by the Legislature
thereof; but the Congress may at any time by Law make or alter such
Regulations, except as to the Places of chusing Senators.
Clause 2: The Congress shall assemble at least once in every Year, and
such Meeting shall be on the first Monday in December, unless they shall
by Law appoint a different Day.
Section 5
Clause 1: Each House shall be the Judge of the Elections, Returns and
Qualifications of its own Members, and a Majority of each shall constitute
a Quorum to do Business; but a smaller Number may adjourn from day to day,
and may be authorized to compel the Attendance of absent Members, in such
Manner, and under such Penalties as each House may provide.
Clause 2: Each House may determine the Rules of its Proceedings, punish
its Members for disorderly Behaviour, and, with the Concurrence of two
thirds, expel a Member.
Clause 3: Each House shall keep a Journal of its Proceedings, and from
time to time publish the same, excepting such Parts as may in their
Judgment require Secrecy; and the Yeas and Nays of the Members of either
House on any question shall, at the Desire of one fifth of those Present,
be entered on the Journal.
Clause 4: Neither House, during the Session of Congress, shall, without
the Consent of the other, adjourn for more than three days, nor to any
other Place than that in which the two Houses shall be sitting.
Section 6
Clause 1: The Senators and Representatives shall receive a Compensation
for their Services, to be ascertained by Law, and paid out of the Treasury
of the United States. They shall in all Cases, except Treason, Felony and
Breach of the Peace, beprivileged from Arrest during their Attendance at
the Session of their respective Houses, and in going to and returning from
the same; and for any Speech or Debate in either House, they shall not be
questioned in any other Place.
Clause 2: No Senator or Representative shall, during the Time for which he
was elected, be appointed to any civil Office under the Authority of the
United States, which shall have been created, or the Emoluments whereof
shall have been encreased during such time; and no Person holding any
Office under the United States, shall be a Member of either House during
his Continuance in Office.

Constitution of the United States (Text)

Section 7

Clause 1: All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills.

Clause 2: Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a Law, be presented to the President of the United States; If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.

Clause 3: Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

Section 8

Clause 1: The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

Clause 2: To borrow Money on the credit of the United States;

Clause 3: To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

Clause 4: To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;

Clause 5: To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

Clause 6: To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;

Clause 7: To establish Post Offices and post Roads;

Clause 8: To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

Clause 9: To constitute Tribunals inferior to the supreme Court;

Clause 10: To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations;

Clause 11: To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

Clause 12: To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

Clause 13: To provide and maintain a Navy;

Clause 14: To make Rules for the Government and Regulation of the land and naval Forces;

Clause 15: To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;

Clause 16: To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

Constitution of the United States (Text)

Clause 17: To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, byCession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings; And

Clause 18: To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

Section 9

Clause 1: The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

Clause 2: The Privilege of the writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

Clause 3: No Bill of Attainder or ex post facto Law shall be passed.

Clause 4: No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken.

Clause 5: No Tax or Duty shall be laid on Articles exported from any State.

Clause 6: No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.

Clause 7: No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

Clause 8: No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

Section 10

Clause 1: No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

Clause 2: No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

Clause 3: No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of war in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in war, unless actually invaded, or in such imminent Danger as will not admit of delay.

top of page

ARTICLE II

Section 1

Clause 1: The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows

Page 4

Constitution of the United States (Text)
Clause 2: Each State shall appoint, in such Manner as the Legislature
thereof may direct, a Number of Electors, equal to the whole Number of
Senators and Representatives to which the State may be entitled in the
Congress: but no Senator or Representative, or Person holding an Office of
Trust or Profit under the United States, shall be appointed an Elector.
Clause 3: The Electors shall meet in their respective States, and vote by
Ballot for two Persons, of whom one at least shall not be an Inhabitant of
the same State with themselves. And they shall make a List of all the
Persons voted for, and of the Number of Votes for each; which List they
shall sign and certify, and transmit sealed to the Seat of the Government
of the United States, directed to the President of the Senate. The
President of the Senate shall, in the Presence of the Senate and House of
Representatives, open all the Certificates, and the Votes shall then be
counted. The Person having the greatest Number of Votes shall be the
President, if such Number be a Majority of the whole Number of Electors
appointed; and if there be more than one who have such Majority, and have
an equal Number of Votes, then the House of Representatives shall
immediately chuse by Ballot one of them for President; and if no Person
have a Majority, then from the five highest on the List the said House
shall in like Manner chuse the President. But in chusing the President,
the Votes shall be taken by States, the Representation from each State
having one Vote; A quorum for this Purpose shall consist of a Member or
Members from two thirds of the States, and a Majority of all the States
shall be necessary to a Choice. In every Case, after the Choice of the
President, the Person having the greatest Number of Votes of the Electors
shall be the Vice President. But if there should remain two or more who
have equal Votes, the Senate shall chuse from them by Ballot the Vice
President.
Clause 4: The Congress may determine the Time of chusing the Electors, and
the Day on which they shall give their Votes; which Day shall be the same
throughout the United States.
Clause 5: No Person except a natural born Citizen, or a Citizen of the
United States, at the time of the Adoption of this Constitution, shall be
eligible to the Office of President; neither shall any Person be eligible
to that Office who shall not have attained to the Age of thirty five
Years, and been fourteen Years a Resident within the United States.
Clause 6: In Case of the Removal of the President from Office, or of his
Death, Resignation, or Inability to discharge the Powers and Duties of the
said Office, the Same shall devolve on the VicePresident, and the Congress
may by Law provide for the Case of Removal, Death, Resignation or
Inability, both of the President and Vice President, declaring what
Officer shall then act as President, and such Officer shall act
accordingly, until the Disability be removed, or a President shall be
elected.
Clause 7: The President shall, at stated Times, receive for his Services,
a Compensation, which shall neither be encreased nor diminished during the
Period for which he shall have been elected, and he shall not receive
within that Period any other Emolument from the United States, or any of
them.
Clause 8: Before he enter on the Execution of his Office, he shall take
the following Oath or Affirmation: "I do solemnly swear (or affirm) that I
will faithfully execute the Office of President of the United States, and
will to the best of my Ability, preserve, protect and defend the
Constitution of the United States."
Section 2
Clause 1: The President shall be Commander in Chief of the Army and Navy
of the United States, and of the Militia of the several States, when
called into the actual Service of the United States; he may require the
Opinion, in writing, of the principal Officer in each of the executive
Departments, upon any Subject relating to the Duties of their respective
Offices, and he shall have Power to grant Reprieves and Pardons for
Offences against the United States, except in Cases of Impeachment.

Page 5

Constitution of the United States (Text)

Clause 2: He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

Clause 3: The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

Section 3

He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

Section 4

The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

top of page
ARTICLE III
Section 1

The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

Section 2

Clause 1: The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; to all Cases affecting Ambassadors, other public Ministers and Consuls; to all Cases of admiralty and maritime Jurisdiction; to Controversies to which the United States shall be a Party; to Controversies between two or more States; between a State and Citizens of another State; between Citizens of different States, between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

Clause 2: In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

Clause 3: The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

Section 3

Clause 1: Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

Clause 2: The Congress shall have Power to declare the Punishment of

Page 6

Constitution of the United States (Text)

Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.
top of page
Article IV
Section 1
Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.
Section 2
Clause 1: The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.
Clause 2: A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

Clause 3: No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.
Section 3
Clause 1: New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.
Clause 2: The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.
Section 4
The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.
top of page
ARTICLE V
The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.
top of page
ARTICLE VI
Clause 1: All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.
Clause 2: This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary

Constitution of the United States (Text)

notwithstanding.

Clause 3: The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.
top of page
ARTICLE VII
The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same. Done in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independence of the United States of America the Twelfth In witness whereof We have hereunto subscribed our Names,
(signatures follow).


NOTE: Clauses within the various sections are not included in the original document are are provided here as reference tools only.
top of page

Constitutional Limits

government quotesGovernment

Constitutional Limitations on Government
"The sole end for which mankind are warranted, individually or collectively,
in interfering with the liberty of action of any of their number, is
self-protection."
-- John Stuart Mill

"Is life so dear or peace so sweet as to be purchased at the price of chains
and slavery? Forbid it, Almighty God. I know not what course others may take,
but as for me, give me liberty or give me death."
-- Patrick Henry, speech to the Virginia Convention, Richmond, Virginia, March
23, 1775

"A democracy cannot exist as a permanent form of government. It can only exist
until the voters discover that they can vote themselves largesse from the
public treasury. From that moment on, the majority always votes for the
candidates promising the most benefits from the public treasury, with the
result that a democracy always collapses over loose fiscal policy, always
followed by a dictatorship."
-- Alexander Tyler
"As a man is said to have a right to his property, he may be equally said to
have a property in his rights. Where an excess of power prevails, property of
no sort is duly respected. No man is safe in his opinions, his person, his
faculties, or his possessions."
-- James Madison, National Gazette essay, March 27, 1792
"Is there no virtue among us? If there be not, we are in a wretched situation.
No theoretical checks -- no form of government can render us secure. To
suppose liberty or happiness without any virtue in the people, is a chimerical
idea. If there be sufficient virtue and intelligence in the community, it will
be exercised in the selection of these men. So that we do not depend on their
virtue, or put confidence in our rulers, but in the people who are to choose
them.
-- James Madison, Speech in the Virginia Ratifying Convention, June 20, 1788
"It will be of little avail to the people that the laws are made by men of
their own choice, if the laws be so voluminous that they cannot be read, or so
incoherent that they cannot be understood; if they be repealed or revised
before they are promulgated, or undergo such incessant changes that no man who
knows what the law is today can guess what it will be tomorrow."
-- James Madison, Federalist no. 62, February 27, 1788
"We have seen the mere distinction of colour made in the most enlightened
period of time, a ground of the most oppressive dominion ever exercised by man
over man."
-- James Madison, Speech at the Constitutional Convention, June 6, 1787
"The issue today is the same as it has been throughout all history, whether
man shall be allowed to govern himself or be ruled by a small elite."
-- Thomas Jefferson
James Madison, the Father of the Constitution, elaborated upon this limitation
in a letter to James Robertson:
with respect to the two words "general welfare," I have always regarded them
as qualified by the detail of powers connected with them. To take them in a
literal and unlimited sense would be a metamorphosis of the Constitution into
a character which there is a host of proofs was not contemplated by its
creators. If the words obtained so readily a place in the "Articles of
Confederation," and received so little notice in their admission into the
present Constitution, and retained for so long a time a silent place in both,
the fairest explanation is, that the words, in the alternative of meaning
nothing or meaning everything, had the former meaning taken for granted.
In 1794, when Congress appropriated $15,000 for relief of French refugees who
fled from insurrection in San Domingo to Baltimore and Philadelphia, James
Madison stood on the floor of the House to object saying, "I cannot undertake

Constitutional Limits
to lay my finger on that article of the Constitution which granted a right to
Congress of expending, on objects of benevolence, the money of their
constituents."
-- James Madison, 4 Annals of congress 179 (1794)
"Congress has not unlimited powers to provide for the general welfare, but
only those specifically enumerated."
--Thomas Jefferson, Letter to Albert Gallatin, 1817
"That no free government, or the blessing of liberty, can be preserved to any
people but by a firm adherence to justice, moderation, temperance, frugality,
and virtue, and by frequent recurrence to fundamental principles."
-- George Mason, the Virginia Declaration of Rights, 1776
"There are more instances of the abridgment of the freedom of the people by
gradual and silent encroachments of those in power than by violent and sudden
usurpations."
-- James Madison, speech to the Virginia Ratifying Convention, June 16, 1788
"the true theory of our Constitution is surely the wisest and best . . . (for)
when all government . . . shall be drawn to Washington as the centre of all
power, it will render powerless the checks provided of one government on
another, and will become as . . . oppressive as the government from which we
separated."
--Thomas Jefferson
"The tree of Liberty must be refreshed from time to time with the blood of
patriots and tyrants."
-- Thomas Jefferson
"We must confine ourselves to the powers described in the Constitution, and
the moment we pass it, we take an arbitrary stride towards a despotic
Government."
-- James Jackson, First Congress, 1st Annals of Congress, 489
"An honest man can feel no pleasure in the exercise of power over his fellow
citizens . . . There has never been a moment of my life in which I should have
relinquished for it the enjoyments of my family, my farm, my friends and
books."
--Thomas Jefferson, 1813
"All men having power ought to be distrusted to a certain degree."
-- James Madison in The Federalist
"No man is good enough to govern another man without that other's consent."
-- Abraham Lincoln, October 16, 1854
"We still find the greedy hand of government thrusting itself into every
corner and crevice of industry, and grasping at the spoil of the multitude.
Invention is continually exercised to furnish new pretenses for revenue and
taxation. It watches prosperity as its prey and permits none to escape without
a tribute."
-- Thomas Paine
Resolved, That the General Assembly of Virginia, doth unequivocally express a
firm resolution to maintain and defend the Constitution of the United States,
and the Constitution of this State, against every aggression either foreign or
domestic ... That this Assembly doth explicitly and peremptorily declare, that
it views the powers of the federal government, as resulting from the compact,
to which the states are parties; as limited by the plain sense and intention
of the instrument constituting the compact; as no further valid than they are
authorized by the grants enumerated in that compact; and that in case of
deliberate, palpable, and dangerous exercise of other powers, not granted by
the said compact, the states who are parties thereto, have the right, and are
in duty bound, to interpose for arresting the progress of the evil, and for
maintaining within their respective limits, the authorities, rights and
liberties appertaining to them.
-- James Madison, 1799
RESOLVED: That the principle and construction contended for by sundry of the
state legislatures, that the general government is the exclusive judge of the
extent of the powers delegated to it, stop nothing short of despotism; since
the discretion of those who administer the government, and not the
constitution, would be the measure of their powers:

Page 2

Constitutional Limits

That the several states who formed that instrument, being sovereign and independent, have the unquestionable right to judge of its infraction; and that a nullification, by those sovereignties, of all unauthorized acts done under colour of that instrument, is the rightful remedy.
-- Thomas Jefferson, 1799

"You have rights antecedent to all earthly governments; rights that cannot be repealed or restrained by human laws; right derived from the Great Legislator of the Universe."
-- John Adams

"The whole of the Bill (of Rights) is a declaration of the right of the people at large or considered as individuals .... It establishes some rights of the individual as unalienable and which consequently, no majority has a right to deprive them of."
-- Albert Gallatin, New York Historical Society, October 7, 1789

"Those who would give up essential Liberty to purchase a little temporary Safety, deserve neither Liberty nor Safety."
-- Ben Franklin, Respectfully Quoted, p. 201, Suzy Platt, Barnes & Noble, 1993

"It could probably be shown by facts and figures that there is no distinctly native American criminal class except Congress."
-- Mark Twain, 1894

"If a nation values anything more than freedom, it will lose its freedom; and the irony of it is that, if it is comfort or money it values more, it will lose that too."
-- William Somerset Maughan, 1941

"The powers delegated by the proposed Constitution to the federal government are few and defined. Those which are to remain in the State governments are numerous and indefinite."
-- James Madison, Federal No. 45, January 26, 1788

"I consider the foundation of the Constitution as laid on this ground that 'all powers not delegated to the United States, by the Constitution, nor prohibited by it to the states, are reserved to the states or to the people.' To take a single step beyond the boundaries thus specially drawn around the powers of Congress, is to take possession of a boundless field of power not longer susceptible of any definition."
-- Thomas Jefferson, Opinion on the Constitutionality of a National Bank, February 15, 1791

"The natural progress of things is for liberty to yield and government to gain ground."
-- Thomas Jefferson, letter to E. Carrington, May 27, 1788

"A wise and frugal government ... shall restrain men from injuring one another, shall leave them otherwise free to regulate their own pursuits of industry and improvement, and shall not take from the mouth of labor the bread it has earned. This is the sum of good government."
-- Thomas Jefferson, First Inaugural Address, March 4, 1801

"Government, in my humble opinion, should be formed to secure and to enlarge the exercise of the natural rights of its members; and every government, which as not this in view, as its principal object, is not a government of the legitimate kind."
-- James Wilson, Lectures on Laws, 1791

"It is sufficiently obvious, that persons and property are the two great subjects on which Governments are to act; and that the rights of persons, and the rights of property, are the objects, for the protection of which Government was instituted. These rights cannot be separated."
-- James Madison, Speech at the Virginia Convention, December 2, 1829

"If Congress can do whatever in their discretion can be done by money, and will promote the general welfare, the government is no longer a limited one possessing enumerated powers, but an indefinite one subject to particular exceptions." James Madison, "Letter to Edmund Pendleton,"
-- James Madison, January 21, 1792, in The Papers of James Madison, vol. 14, Robert A Rutland et. al., ed (Charlottesvile: University Press of Virginia,1984).

Page 3

Constitutional Limits

"Government is instituted to protect property of every sort; as well that
which lies in the various rights of individuals, as that which the term
particularly expresses. This being the end of government, which impartially
secures to every man, whatever is his own."
-- James Madison, National Gazette, March 1792, in The Papers of James
Madison, vol. 14 ed. R.A. Rutland (Chicago: University of Chicago Press,
1976), p. 266.
"I see,... and with the deepest affliction, the rapid strides with which the
federal branch of our government is advancing towards the usurpation of all
the rights reserved to the States, and the consolidation in itself of all
powers, foreign and domestic; and that, too, by constructions which, if
legitimate, leave no limits to their power... It is but too evident that the
three ruling branches of [the Federal government] are in combination to strip
their colleagues, the State authorities, of the powers reserved by them, and
to exercise themselves all functions foreign and domestic."
-- Thomas Jefferson to William Branch Giles, 1825. The Writings of Thomas
Jefferson, (Memorial Edition) Lipscomb and Bergh, editors, ME 16:146
"An elective despotism was not the government we fought for, but one which
should not only be founded on true free principles, but in which the powers of
government should be so divided and balanced among general bodies of
magistracy, as that no one could transcend their legal limits without being
effectually checked and restrained by the others."
-- Thomas Jefferson, Notes on Virginia Q. XIII, 1782. The Writings of Thomas
Jefferson, (Memorial Edition) Lipscomb and Bergh, editors ME 2:163
"When all government, domestic and foreign, in little as in great things,
shall be drawn to Washington as the center of all power, it will render
powerless the checks provided of one government on another and will become as
venal and oppressive as the government from which we separated."
-- Thomas Jefferson to Charles Hammond, 1821. The Writings of Thomas
Jefferson, (Memorial Edition) Lipscomb and Bergh, editors, ME 15:332
"The greatest [calamity] which could befall [us would be] submission to a
government of unlimited powers."
-- Thomas Jefferson, Declaration and Protest of Virginia, 1825. The Writings
of Thomas Jefferson, (Memorial Edition) Lipscomb and Bergh, editors, ME 17:445

"Every State has a natural right in cases not within the compact (casus non
faederis) to nullify of their own authority all assumptions of power by others
within their limits. Without this right, they would be under the dominion,
absolute and unlimited, of whosoever might exercise this right of judgment for
them."
-- Thomas Jefferson, Draft Kentucky Resolutions, 1798. The Writings of Thomas
Jefferson, (Memorial Edition) Lipscomb and Bergh, editors ME 17:387
"The only greater [evil] than separation... [is] living under a government of
discretion."
-- Thomas Jefferson to William Gordon, 1826. The Writings of Thomas Jefferson,
(Memorial Edition) Lipscomb and Bergh, editors, ME 10:358
"[The purpose of a written constitution is] to bind up the several branches of
government by certain laws, which, when they transgress, their acts shall
become nullities; to render unnecessary an appeal to the people, or in other
words a rebellion, on every infraction of their rights, on the peril that
their acquiescence shall be construed into an intention to surrender those
rights."
-- Thomas Jefferson, Notes on Virginia Q.XIII, 1782. The Writings of Thomas
Jefferson, (Memorial Edition) Lipscomb and Bergh, editors, ME 2:178
"Whensoever the General Government assumes undelegated powers, its acts are
unauthoritative, void, and of no force."
-- Thomas Jefferson, Draft Kentucky Resolutions, 1798. The Writings of Thomas
Jefferson, (Memorial Edition) Lipscomb and Bergh, editors, ME 17:380
The legitimate powers of government extend to such acts only as are injurious
to others."
-- Thomas Jefferson, Notes on Virginia, 1782. The Writings of Thomas
Jefferson, (Memorial Edition) Lipscomb and Bergh, editors, ME 2:221

Constitutional Limits

[T]he powers of the federal government are enumerated; it can only operate in certain cases; it has legislative powers on defined and limited objects, beyond which it cannot extend its jurisdiction.
-- James Madison, Speech in the Virginia Ratifying Convention, June 6, 1788, Elliot's Debates (in the American Memory collection of the Library of Congress)

It has been objected also against a bill of rights, that, by enumerating particular exceptions to the grant of power, it would disparage those rights which were not placed in that enumeration, and it might follow by implication, that those rights which were not singled out, were intended to be assigned into the hands of the general government, and were consequently insecure. This is one of the most plausible arguments I have ever heard urged against the admission of a bill of rights into this system; but, I conceive, that may be guarded against. I have attempted it, as gentlemen may see by turning to the last clause of the 4th resolution.
-- James Madison, Proposing Bill of Rights to House, June 8, 1789

"He that would make his own liberty secure must guard even his enemy from oppression; for if he violates this duty he establishes a precedent that will reach to himself."
-- Thomas Paine

That we will, at all times hereafter, consider ourselves as a free and independent state, capable of regulating our internal police, in all and every respect whatsoever -- and that the people on said Grants have the sole and exclusive and inherent right of ruling and governing themselves in such manner and form as in their own wisdom they shall think proper...
-- Vermont Declaration of Independence, January 15, 1777

" The government of the United States is a definite government, confined to specified objects. It is not like state governments, whose powers are more general. Charity is no part of the legislative duty of the government."
-- James Madison, speech in the House of Representatives, January 10, 1794

"The only good bureaucrat is one with a pistol at his head. Put it in his hand and it's good-by to the Bill of Rights."
-- H.L. Mencken

"The majority, oppressing an individual, is guilty of a crime, abuses its strength, and by acting on the law of the strongest breaks up the foundations of society."
-- Thomas Jefferson

Back to Quotations HomeLast Updated | June 27, 2004

18 USC 241CONSPIRACY AGAINST RIGHTS
Summary:

Section 241 of Title 18 is the civil rights conspiracy statute. Section 241 makes it unlawful for two or more persons to agree together to injure, threaten, or intimidate a person in any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the Unites States, (or because of his/her having exercised the same). Unlike most conspiracy statutes, Section 241 does not require that one of the conspirators commit an overt act prior to the conspiracy becoming a crime.

The offense is punishable by a range of imprisonment up to a life term or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

TITLE 18, U.S.C., SECTION 241

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;...

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Return to the Criminal Section Home Page

18 USC 242DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
Summary:

Section 242 of Title 18 makes it a crime for a person acting under color of
any law to willfully deprive a person of a right or privilege protected by the
Constitution or laws of the United States.
For the purpose of Section 242, acts under "color of law" include acts not
only done by federal, state, or local officials within the their lawful
authority, but also acts done beyond the bounds of that official's lawful
authority, if the acts are done while the official is purporting to or
pretending to act in the performance of his/her official duties. Persons
acting under color of law within the meaning of this statute include police
officers, prisons guards and other law enforcement officials, as well as
judges, care providers in public health facilities, and others who are acting
as public officials. It is not necessary that the crime be motivated by animus
toward the race, color, religion, sex, handicap, familial status or national
origin of the victim.
The offense is punishable by a range of imprisonment up to a life term, or the
death penalty, depending upon the circumstances of the crime, and the
resulting injury, if any.
TITLE 18, U.S.C., SECTION 242

Whoever, under color of any law, statute, ordinance, regulation, or custom,
willfully subjects any person in any State, Territory, Commonwealth,
Possession, or District to the deprivation of any rights, privileges, or
immunities secured or protected by the Constitution or laws of the United
States, ... shall be fined under this title or imprisoned not more than one
year, or both; and if bodily injury results from the acts committed in
violation of this section or if such acts include the use, attempted use, or
threatened use of a dangerous weapon, explosives, or fire, shall be fined
under this title or imprisoned not more than ten years, or both; and if
death results from the acts committed in violation of this section or if
such acts include kidnaping or an attempt to kidnap, aggravated sexual
abuse, or an attempt to commit aggravated sexual abuse, or an attempt to
kill, shall be fined under this title, or imprisoned for any term of years
or for life, or both, or may be sentenced to death.

Return to the Criminal Section Home Page

Article 4, Section 4

Article 4, Section 4

The United States shall guarantee to every State in this Union a
Republican Form of Government, and shall protect each of them against
Invasion; and on Application of the Legislature, or of the Executive (when
the Legislature cannot be convened) against domestic Violence.
      1.Vermont Constitution of 1777, CH. 1, ARTS. 4--8
      2.James Madison, Vices of the Political System of the United States,
      Apr. 1787
      3.Records of the Federal Convention
      4.Tench Coxe, An Examination of the Constitution of the United
      States of America, Fall 1787
      5.William Symmes to Capt. Peter Osgood, Jr., 15 Nov. 1787
      6.Alexander Hamilton, Federalist, no. 21, 130--32, 12 Dec. 1787
      7.James Madison, Federalist, no. 43, 291--95, 23 Jan. 1788
      8.James Madison, Virginia Ratifying Convention, 6 June 1788
      9.Debate in Virginia Ratifying Convention, 14 June 1788
      10.James Wilson, Of Man in Confederation, Lectures on Law, 1791
      11.St. George Tucker, Blackstone's Commentaries 1:App. 366--67, 1803
      12.Johnson v. Duncan
      13.William Rawle, A View of the Constitution of the United States
      295--304, 305--7 1829 (2d ed.)
      14.Joseph Story, Commentaries on the Constitution 3:§§ 1808, 1819,
      1833
      SEE ALSO:

Home | Search | Contents | Indexes | Help

The Bill of Rights and additional Amendments to the U.S. Constitution.

The Bill of Rights was added to the Constitution on December 15, 1791,
When Virginia became the 11th state to ratify it. Interestingly, the
restrictions on governmental authority imposed by the first ten amendments
are of even greater legal significance than the grant of power contained
in the original Constitution itself -- see this letter for details.
Articles in addition to, and Amendments of the Constitution of the United
States of America, proposed by Congress, and ratified by the legislatures
of the several States, pursuant to the fifth Article of the original
Constitution. (See Note 1)

Preamble to the Bill of Rights
The conventions of a number of the States having at the time of their
adopting the Constitution, expressed a desire, in order to prevent
misconstruction or abuse of its powers, that further declaratory and
restrictive clauses should be added: And as extending the ground of public
confidence in the Government, will best insure the beneficent ends of its
institution.

Article I  (See Note 2)
Congress shall make no law respecting an establishment of religion, or
prohibiting the free exercise thereof; or abridging the freedom of speech,
or of the press; or the right of the people peaceably to assemble, and to
petition the Government for a redress of grievances.
Article II
A well regulated Militia, being necessary to the security of a free State,
the right of the people to keep and bear Arms, shall not be infringed.
Article III
No Soldier shall, in time of peace be quartered in any house, without the
consent of the Owner, nor in time of war, but in a manner to be prescribed
by law.
Article IV
The right of the people to be secure in their persons, houses, papers, and
effects, against unreasonable searches and seizures, shall not be
violated, and no Warrants shall issue, but upon probable cause, supported
by Oath or affirmation, and particularly describing the place to be
searched, and the persons or things to be seized.
Article V
No person shall be held to answer for a capital, or otherwise infamous
crime, unless on a presentment or indictment of a Grand Jury, except in
cases arising in the land or naval forces, or in the Militia, when in
actual service in time of War or public danger; nor shall any person be
subject for the same offence to be twice put in jeopardy of life or limb;
nor shall be compelled in any criminal case to be a witness against
himself, nor be deprived of life, liberty, or property, without due
process of law; nor shall private property be taken for public use,
without just compensation.
Article VI
In all criminal prosecutions, the accused shall enjoy the right to a
speedy and public trial, by an impartial jury of the State and district
wherein the crime shall have been committed, which district shall have
been previously ascertained by law, and to be informed of the nature and
cause of the accusation; to be confronted with the witnesses against him;
to have compulsory process for obtaining witnesses in his favor, and to

have the Assistance of Counsel for his defence.
Article VII
In Suits at common law, where the value in controversy shall exceed twenty
dollars, the right of trial by jury shall be preserved, and no fact tried
by a jury, shall be otherwise re-examined in any Court of the United
States, than according to the rules of the common law.
Article VIII
Excessive bail shall not be required, nor excessive fines imposed, nor
cruel and unusual punishments inflicted.
Article IX
The enumeration in the Constitution, of certain rights, shall not be
construed to deny or disparage others retained by the people.
Article X
The powers not delegated to the United States by the Constitution, nor
prohibited by it to the States, are reserved to the States respectively,
or to the people.

Additional Amendments to the Constitution

Article XI (see Note 6)
The Judicial power of the United States shall not be construed to extend
to any suit in law or equity, commenced or prosecuted against one of the
United States by Citizens of another State, or by Citizens or Subjects of
any Foreign State.
Article XII
The Electors shall meet in their respective states, and vote by ballot for
President and Vice-President, one of whom, at least, shall not be an
inhabitant of the same state with themselves; they shall name in their
ballots the person voted for as President, and in distinct ballots the
person voted for as Vice-President, and they shall make distinct lists of
all persons voted for as President, and of all persons voted for as
Vice-President, and of the number of votes for each, which lists they
shall sign and certify, and transmit sealed to the seat of the government
of the United States, directed to the President of the Senate;--The
President of the Senate shall, in the presence of the Senate and House of
Representatives, open all the certificates and the votes shall then be
counted;--The person having the greatest number of votes for President,
shall be the President, if such number be a majority of the whole number
of Electors appointed; and if no person have such majority, then from the
persons having the highest numbers not exceeding three on the list of
those voted for as President, the House of Representatives shall choose
immediately, by ballot, the President. But in choosing the President, the
votes shall be taken by states, the representation from each state having
one vote; a quorum for this purpose shall consist of a member or members
from two-thirds of the states, and a majority of all the states shall be
necessary to a choice. And if the House of Representatives shall not
choose a President whenever the right of choice shall devolve upon them,
before the fourth day of March next following, then the Vice-President
shall act as President, as in the case of the death or other
constitutional disability of the President. (See Note 3)  The person
having the greatest number of votes as Vice-President, shall be the
Vice-President, if such number be a majority of the whole number of
Electors appointed, and if no person have a majority, then from the two
highest numbers on the list, the Senate shall choose the Vice-President; a
quorum for the purpose shall consist of two-thirds of the whole number of
Senators, and a majority of the whole number shall be necessary to a
choice. But no person constitutionally ineligible to the office of

President shall be eligible to that of Vice-President of the United
States.
Article XIII
Section 1. Neither slavery nor involuntary servitude, except as a
punishment for crime whereof the party shall have been duly convicted,
shall exist within the United States, or any place subject to their
jurisdiction.
Section 2. Congress shall have power to enforce this article by
appropriate legislation.
Article XIV
Section 1. All persons born or naturalized in the United States, and
subject to the jurisdiction thereof, are citizens of the United States and
of the State wherein they reside. No State shall make or enforce any law
which shall abridge the privileges or immunities of citizens of the United
States; nor shall any State deprive any person of life, liberty, or
property, without due process of law; nor deny to any person within its
jurisdiction the equal protection of the laws.
Section 2. Representatives shall be apportioned among the several States
according to their respective numbers, counting the whole number of
persons in each State, excluding Indians not taxed. But when the right to
vote at any election for the choice of electors for President and Vice
President of the United States, Representatives in Congress, the Executive
and Judicial officers of a State, or the members of the Legislature
thereof, is denied to any of the male inhabitants of such State, being
twenty-one years of age, (See Note 4) and citizens of the United States, or
in any way abridged, except for participation in rebellion, or other
crime, the basis of representation therein shall be reduced in the
proportion which the number of such male citizens shall bear to the whole
number of male citizens twenty-one years of age in such State.
Section 3. No person shall be a Senator or Representative in Congress, or
elector of President and Vice President, or hold any office, civil or
military, under the United States, or under any State, who, having
previously taken an oath, as a member of Congress, or as an officer of the
United States, or as a member of any State legislature, or as an executive
or judicial officer of any State, to support the Constitution of the
United States, shall have engaged in insurrection or rebellion against the
same, or given aid or comfort to the enemies thereof. But Congress may by
a vote of two-thirds of each House, remove such disability.
Section 4. The validity of the public debt of the United States,
authorized by law, including debts incurred for payment of pensions and
bounties for services in suppressing insurrection or rebellion, shall not
be questioned. But neither the United States nor any State shall assume or
pay any debt or obligation incurred in aid of insurrection or rebellion
against the United States, or any claim for the loss or emancipation of
any slave; but all such debts, obligations and claims shall be held
illegal and void.
Section 5. The Congress shall have power to enforce, by appropriate
legislation, the provisions of this article.
Article XV
Section 1. The right of citizens of the United States to vote shall not be
denied or abridged by the United States or by any State on account of
race, color, or previous condition of servitude.
Section 2. The Congress shall have power to enforce this article by
appropriate legislation.
Article XVI
The Congress shall have power to lay and collect taxes on incomes, from
whatever source derived, without apportionment among the several States,

and without regard to any census or enumeration.
Article XVII
The Senate of the United States shall be composed of two Senators from
each State, elected by the people thereof, for six years; and each Senator
shall have one vote. The electors in each State shall have the
qualifications requisite for electors of the most numerous branch of the
State legislatures.
When vacancies happen in the representation of any State in the Senate,
the executive authority of such State shall issue writs of election to
fill such vacancies: Provided, That the legislature of any State may
empower the executive thereof to make temporary appointments until the
people fill the vacancies by election as the legislature may direct.
This amendment shall not be so construed as to affect the election or term
of any Senator chosen before it becomes valid as part of the Constitution.

Article XVIII  (See Note 5)
Section 1. After one year from the ratification of this article the
manufacture, sale, or transportation of intoxicating liquors within, the
importation thereof into, or the exportation thereof from the United
States and all territory subject to the jurisdiction thereof for beverage
purposes is hereby prohibited.
Section. 2. The Congress and the several States shall have concurrent
power to enforce this article by appropriate legislation.
Section. 3. This article shall be inoperative unless it shall have been
ratified as an amendment to the Constitution by the legislatures of the
several States, as provided in the Constitution, within seven years from
the date of the submission hereof to the States by the Congress.
Article XIX
The right of citizens of the United States to vote shall not be denied or
abridged by the United States or by any State on account of sex.
Congress shall have power to enforce this article by appropriate
legislation.
Article XX
Section 1. The terms of the President and Vice President shall end at noon
on the 20th day of January, and the terms of Senators and Representatives
at noon on the 3d day of January, of the years in which such terms would
have ended if this article had not been ratified; and the terms of their
successors shall then begin.
Section. 2. The Congress shall assemble at least once in every year, and
such meeting shall begin at noon on the 3d day of January, unless they
shall by law appoint a different day.
Section. 3. If, at the time fixed for the beginning of the term of the
President, the President elect shall have died, the Vice President elect
shall become President. If a President shall not have been chosen before
the time fixed for the beginning of his term, or if the President elect
shall have failed to qualify, then the Vice President elect shall act as
President until a President shall have qualified; and the Congress may by
law provide for the case wherein neither a President elect nor a Vice
President elect shall have qualified, declaring who shall then act as
President, or the manner in which one who is to act shall be selected, and
such person shall act accordingly until a President or Vice President
shall have qualified.
Section. 4. The Congress may by law provide for the case of the death of
any of the persons from whom the House of Representatives may choose a
President whenever the right of choice shall have devolved upon them, and
for the case of the death of any of the persons from whom the Senate may
choose a Vice President whenever the right of choice shall have devolved

upon them.
Section. 5. Sections 1 and 2 shall take effect on the 15th day of October
following the ratification of this article.
Section. 6. This article shall be inoperative unless it shall have been
ratified as an amendment to the Constitution by the legislatures of
three-fourths of the several States within seven years from the date of
its submission.
Article XXI
Section 1. The eighteenth article of amendment to the Constitution of the
United States is hereby repealed.
Section 2. The transportation or importation into any State, Territory, or
possession of the United States for delivery or use therein of
intoxicating liquors, in violation of the laws thereof, is hereby
prohibited.
Section 3. This article shall be inoperative unless it shall have been
ratified as an amendment to the Constitution by conventions in the several
States, as provided in the Constitution, within seven years from the date
of the submission hereof to the States by the Congress.

Amendment XXII
Section 1. No person shall be elected to the office of the President more
than twice, and no person who has held the office of President, or acted
as President, for more than two years of a term to which some other person
was elected President shall be elected to the office of the President more
than once. But this article shall not apply to any person holding the
office of President when this article was proposed by the Congress, and
shall not prevent any person who may be holding the office of President,
or acting as President, during the term within which this article becomes
operative from holding the office of President or acting as President
during the remainder of such term.
Section 2. This article shall be inoperative unless it shall have been
ratified as an amendment to the Constitution by the legislatures of
three-fourths of the several states within seven years from the date of
its submission to the states by the Congress.
Amendment XXIII
Section 1. The District constituting the seat of government of the United
States shall appoint in such manner as the Congress may direct:
A number of electors of President and Vice President equal to the whole
number of Senators and Representatives in Congress to which the District
would be entitled if it were a state, but in no event more than the least
populous state; they shall be in addition to those appointed by the
states, but they shall be considered, for the purposes of the election of
President and Vice President, to be electors appointed by a state; and
they shall meet in the District and perform such duties as provided by the
twelfth article of amendment.
Section 2. The Congress shall have power to enforce this article by
appropriate legislation.
Amendment XXIV
Section 1. The right of citizens of the United States to vote in any
primary or other election for President or Vice President, for electors
for President or Vice President, or for Senator or Representative in
Congress, shall not be denied or abridged by the United States or any
state by reason of failure to pay any poll tax or other tax.
Section 2. The Congress shall have power to enforce this article by
appropriate legislation.
Amendment XXV
Section 1. In case of the removal of the President from office or of his

death or resignation, the Vice President shall become President.
Section 2. Whenever there is a vacancy in the office of the Vice
President, the President shall nominate a Vice President who shall take
office upon confirmation by a majority vote of both Houses of Congress.
Section 3. Whenever the President transmits to the President pro tempore
of the Senate and the Speaker of the House of Representatives his written
declaration that he is unable to discharge the powers and duties of his
office, and until he transmits to them a written declaration to the
contrary, such powers and duties shall be discharged by the Vice President
as Acting President.
Section 4. Whenever the Vice President and a majority of either the
principal officers of the executive departments or of such other body as
Congress may by law provide, transmit to the President pro tempore of the
Senate and the Speaker of the House of Representatives their written
declaration that the President is unable to discharge the powers and
duties of his office, the Vice President shall immediately assume the
powers and duties of the office as Acting President.
Thereafter, when the President transmits to the President pro tempore of
the Senate and the Speaker of the House of Representatives his written
declaration that no inability exists, he shall resume the powers and
duties of his office unless the Vice President and a majority of either
the principal officers of the executive department or of such other body
as Congress may by law provide, transmit within four days to the President
pro tempore of the Senate and the Speaker of the House of Representatives
their written declaration that the President is unable to discharge the
powers and duties of his office. Thereupon Congress shall decide the
issue, assembling within forty-eight hours for that purpose if not in
session. If the Congress, within twenty-one days after receipt of the
latter written declaration, or, if Congress is not in session, within
twenty-one days after Congress is required to assemble, determines by
two-thirds vote of both Houses that the President is unable to discharge
the powers and duties of his office, the Vice President shall continue to
discharge the same as Acting President; otherwise, the President shall
resume the powers and duties of his office.
Amendment XXVI
Section 1. The right of citizens of the United States, who are 18 years of
age or older, to vote, shall not be denied or abridged by the United
States or any state on account of age.
Section 2. The Congress shall have the power to enforce this article by
appropriate legislation.
Amendment XXVII
No law varying the compensation for the services of the Senators and
Representatives shall take effect until an election of Representatives
shall have intervened.


NOTES
Note 1: The first ten amendments to the Constitution of the United States,
collectively known as the Bill of Rights (plus two others, one of which
has not yet been ratified and the other of which later became the 27th
amendment) were proposed to the legislatures of the several States on
September 25, 1789, by the first session of Congress convened under the
new Constitution. The first ten amendments were ratified by the following
States, and the notifications of ratification by the Governors thereof
were successively communicated by the President to Congress: New Jersey,
November 20, 1789; Maryland, December 19, 1789; North Carolina, December
22, 1789; South Carolina, January 19, 1790; New Hampshire, January 25,
1790; Delaware, January 28, 1790; New York, February 24, 1790;

Pennsylvania, March 10, 1790; Rhode Island, June 7, 1790; Vermont, November 3, 1791; and Virginia, December 15, 1791.
Ratification was completed on December 15, 1791.
These ten amendments were subsequently ratified by the legislatures of Massachusetts, March 2, 1939; Georgia, March 18, 1939; and Connecticut, April 19, 1939.
Note 2: Only the 13th, 14th, 15th, and 16th articles of amendment had numbers assigned to them at the time of ratification. Careful historians have noted that the original 13th article of amendment was ratified in 1818. That article, which has now fallen into disuse, forbids lawyers from serving in the Senate or House of Representatives. It appears likely that the lawyers, who dominated Congress then as now, conspired first to prevent the publication in the archives of Congress of the act of ratification by Virginia, and second to conceal what they had done by assigning explicit numbers to the next several amendments when those were submitted to the States for ratification.
Note 3: This sentence has been superseded by section 3 of amendment XX.
Note 4: See amendment XIX and section 1 of amendment XXVI.
Note 5: Repealed by section 1 of amendment XXI.
Note 6: Amendment XI is often claimed as justification for the doctrine of "official immunity," by which government officials evade responsibility for their actions. To read why this interpretation is wrong, please click here.

Civil Rights Acts of 1866, 1870, 1871, 1875Civil Rights Act of 1866, 14 Stat. 27 (1866).

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding.

SEC. 2. And be it further enacted, That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains, or penalties on account of such person having at any time been held in a condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, or by reason of his color or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in the discretion of the court.

SEC. 6. And be it further enacted, That any person who shall knowingly and wilfully obstruct, hinder, or prevent any officer, or other person charged with the execution of any warrant or process issued under the provisions of this act... [shall] be subject to a fine not exceeding one thousand dollars, and imprisonment not exceeding six months....

Civil Rights Act of 1870 (The Enforcement Act), 16 Stat. 140 (1870).
Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That all citizens of the United States who are or shall be otherwise qualified by law to vote at any election... shall be entitled and allowed to vote at all such elections, without distinction of race, color, or previous condition of servitude....

SEC. 2. And be it further enacted, That it shall be the duty of every person and officer to give to all citizens of the United States the same and equal opportunity to perform [any] prerequisite, and to become qualified to vote without distinction of race, color, or previous condition of servitude; and if any person or officer shall refuse or knowingly omit to give full effect to this section, he shall... be deemed guilty of a misdemeanor, and shall, on conviction thereof, be fined not less than five hundred dollars, or be imprisoned not less than one month and not more than one year, or both, at the discretion of the court.

SEC. 6. And be it further enacted, That if two or more persons shall band or conspire together, or go in disguise upon the public highway, or upon the premises of another, with intent to violate any provision of this act, or to injure, oppress, threaten, or intimidate any citizen with intent to prevent or

hinder his free exercise and enjoyment of any right or privilege granted or secured to him by the Constitution or laws of the United States, or because of his having exercised the same, such persons shall be held guilty of felony, and, on conviction thereof, shall be fined or imprisoned, or both, at the discretion of the court,-the fine not to exceed five thousand dollars, and the imprisonment not to exceed ten years,- and shall, moreover, be thereafter ineligible to, and disabled from holding, any office or place of honor, profit, or trust created by the Constitution or laws of the United States.

SEC. 17. And be it further enacted, That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by the last preceding section [giving all persons the same rights as white citizens] of this act, or to different punishment, pains, or penalties on account of such person being an alien, or by reason of his color or race, than is prescribed for the punishment of citizens, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in the discretion of the court.

Civil Rights Act of 1871, 17 Stat. 13 (1871).
SEC. 2. That if two or more persons within any State or Territory of the United States shall conspire together to overthrow, or to put down, or to destroy by force the government of the United States, or to levy war against the United States, or to oppose by force the authority of the government of the United States, or by force, intimidation, or threat to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, or by force, intimidation, or threat to prevent any person from accepting or holding any office or trust or place of confidence under the United States, or from discharging the duties thereof, or by force, intimidation, or threat to induce any officer of the United States to leave any State, district, or place where his duties as such officer might lawfully be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or to injure his person while engaged in the lawful discharge of the duties of his office, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duty, or by force, intimidation, or threat to deter any party or witness in any court of the United States from attending such court, or from testifying in any matter pending in such court fully, freely, and truthfully, or to injure any such party or witness in his person or property on account of his having so attended or testified, or by force, intimidation, or threat to influence the verdict, presentment, or indictment, of any juror or grand juror in any court of the United States, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or on account of his being or having been such juror, or shall conspire together, or go in disguise upon the public highway or upon the premises of another for the purpose, either directly or indirectly, of depriving any person or any class of persons of the equal protection of the laws, or of equal privileges or immunities under the laws, or for the purpose of preventing or hindering the constituted authorities of any State from giving or securing to all persons within such State the equal protection of the laws, or shall conspire together for the purpose of in any manner impeding, hindering, obstructing, or defeating the due course of justice in any State or Territory, with intent to deny to any citizen of the United States the due and equal protection of the laws, or to injure any person in his person or his property for lawfully enforcing the right of any person or

class of persons to the equal protection of the laws, or by force, intimidation, or threat to prevent any citizen of the United States lawfully entitled to vote from giving his support or advocacy in a lawful manner towards or in favor of the election of any lawfully qualified person as an elector of President or Vice-President of the United States, or as a member of the Congress of the United States, or to injure any such citizen in his person or property on account of such support or advocacy, each and every person so offending shall be deemed guilty of a high crime, and, upon conviction thereof in any district or circuit court of the United States or district or supreme court of any Territory of the United States having jurisdiction of similar offences, shall be punished by a fine not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, as the court may determine, for a period of not less than six months nor more than six years, as the court may determine, or by both such fine and imprisonment as the court shall determine....

Civil Rights Act of 1875, 18 Stat. 335 (1875).
Whereas, it is essential to just government we recognize the equality of all men before the law, and hold that it is the duty of government in its dealings with the people to mete out equal and exact justice to all, of whatever nativity, race, color, or persuasion, religious or political; and it being the appropriate object of legislation to enact great fundamental principles into law: Therefore,
Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That all persons within the jurisdiction of the United States shall be entitled to the full and equal enjoyment of the accommodations, advantages, facilities, and privileges of inns, public conveyances on land or water, theaters, and other places of public amusement; subject only to the conditions and limitations established by law, and applicable alike to citizens of every race and color, regardless of any previous condition of servitude.

SEC. 2. That any person who shall violate the foregoing section by denying to any citizen, except for reasons by law applicable to citizens of every race and color, and regardless of any previous condition of servitude, the full enjoyment of any of the accommodations, advantages, facilities, or privileges in said section enumerated, or by aiding or inciting such denial, shall, for every such offense, forfeit and pay the sum of five hundred dollars to the person aggrieved thereby, to be recovered in an action of debt, with full costs; and shall also, for every such offense, be deemed guilty of a misdemeanor and, upon conviction thereof, shall be fined not less than five hundred nor more than one thousand dollars, or shall be imprisoned not less than thirty days nor more than one year....

SEC. 4. That no citizen possessing all other qualifications which are or may be prescribed by law shall be disqualified for service as a grand or petit juror in any court of the United States, or of any State, on account of race, color, or previous condition of servitude; and any officer or other person charged with any duty in the selection or summoning of jurors who shall exclude or fail to summon any citizen for the cause aforesaid shall, on conviction thereof, be deemed guilty of a misdemeanor and be fined not more than five thousand dollars.

## PREAMBLE

Through Divine goodness, all men have by nature the rights of worshiping and serving their Creator according to the dictates of their consciences, of enjoying and defending life and liberty, of acquiring and protecting reputation and property, and in general of obtaining objects suitable to their condition, without injury by one to another; and as these rights are essential to their welfare, for due exercise thereof, power is inherent in them; and therefore all just authority in the institutions of political society is derived from the people, and established with their consent, to advance their happiness; and they may for this end, as circumstances require, from time to time, alter their Constitution of government.

Reclaimed, Undisputed & Inalienable Rights

__We, the Brown Family_____, hereby reclaims his/their Inalienable Sovereign
Rights, which are inter alia:

Right to contract and/or not to contract:
Right to engage in commerce;
Right to marry;
Right to earn in any lawful occupation;
Right to own and use property;
Right to unhampered use of all navigable waters and all Common Law
highways, roadways, byways, and airways, which are used for
transport, either private, public, or commerce, anywhere in these
united States of America; (11 AmJur (1st series) Sec. 329, Personal Liberty);
Right to carry on business;
Right to freedom of speech;
Right to freedom from governmental interference in exercise of intellect,
information of opinions, in there expression, and in action, or inaction,
dictated by judgment;
Right to freedom from servitude, imprisonment or restraint;
Right to freedom of occupation and association;
Right to self-defense against unlawful violence;
Right to use property according to owner's will; together
with all other inalienable Sovereign Rights reserved by the
Constitution for the united States of America and the Bill of
Rights,

Signature: _____ Date:_____
Address, City, State, Zip Code
I swear that the information contained in this document is true and correct.
All inalienable Rights explicitly reserved without prejudice, U.C.C. 1-207
Registered with the __Delaware___ Secretary of State. *

* First letter sent to Governor Carper to be forwarded 1999.
* Second letter sent to Town of Ocean View 2002 for file.

Uniform Commercial Code - Article 1skip navigation  Search Cornell Law School home
LII / Legal Information Institutehome search sitemap donate

UCC: uniform commercial codemain page about search


U.C.C. - ARTICLE 1 - GENERAL PROVISIONS
PART 1. GENERAL PROVISIONS [Table of Contents]
§ 1-101. Short Titles.
(a) This [Act] may be cited as the Uniform Commercial Code.
(b) This article may be cited as Uniform Commercial Code-General Provisions.
§ 1-102. Scope of Article.
This article applies to a transaction to the extent that it is governed by
another article of [the Uniform Commercial Code].
§ 1-103. Construction of [Uniform Commercial Code] to Promote its Purposes and
Policies: Applicability of Supplemental Principles of Law.
(a) [The Uniform Commercial Code] must be liberally construed and applied to
promote its underlying purposes and policies, which are: (1) to simplify,
clarify, and modernize the law governing commercial transactions; (2) to permit
the continued expansion of commercial practices through custom, usage, and
agreement of the parties; and (3) to make uniform the law among the various
jurisdictions.
(b) Unless displaced by the particular provisions of [the Uniform Commercial
Code], the principles of law and equity, including the law merchant and the law
relative to capacity to contract, principal and agent, estoppel, fraud,
misrepresentation, duress, coercion, mistake, bankruptcy, and other validating
or invalidating cause supplement its provisions.
§ 1-104. Construction Against Implied Repeal.
[The Uniform Commercial Code] being a general act intended as a unified coverage
of its subject matter, no part of it shall be deemed to be impliedly repealed by
subsequent legislation if such construction can reasonably be avoided.
§ 1-105. Severability.
If any provision or clause of [the Uniform Commercial Code] or its application
to any person or circumstance is held invalid, the invalidity does not affect
other provisions or applications of [the Uniform Commercial Code] which can be
given effect without the invalid provision or application, and to this end the
provisions of [the Uniform Commercial Code] are severable.
§ 1-106. Use of Singular and Plural; Gender.
In [the Uniform Commercial Code], unless the statutory context otherwise
requires: (1) words in the singular number include the plural, and those in the
plural include the singular; and (2) words of any gender also refer to any other
gender.
§ 1-107. Section Captions.
Section captions are part of [the Uniform Commercial Code].
§ 1-108. Relation to Electronic Signatures in Global and National Commerce Act.
This article modifies, limits, and supersedes the federal Electronic Signatures
in Global and National Commerce Act, 15 U.S.C. Section 7001 et seq., except that
nothing in this article modifies, limits, or supersedes Section 7001(c) of that
Act or authorizes electronic delivery of any of the notices described in Section
7003(b) of that Act.
PART 2. GENERAL DEFINITIONS AND PRINCIPLES OF INTERPRETATION [Table of Contents]
§ 1-201. General Definitions.
(a) Unless the context otherwise requires, words or phrases defined in this

section, or in the additional definitions contained in other articles of [the
Uniform Commercial Code] that apply to particular articles or parts thereof,
have the meanings stated.

(b) Subject to definitions contained in other articles of [the Uniform
Commercial Code] that apply to particular articles or parts thereof:

(1) "Action", in the sense of a judicial proceeding, includes recoupment,
counterclaim, set-off, suit in equity, and any other proceeding in which rights
are determined.

(2) "Aggrieved party" means a party entitled to pursue a remedy.

(3) "Agreement", as distinguished from "contract", means the bargain of the
parties in fact, as found in their language or inferred from other
circumstances, including course of performance, course of dealing, or usage of
trade as provided in Section 1-303.

(4) "Bank" means a person engaged in the business of banking and includes a
savings bank, savings and loan association, credit union, and trust company.

(5) "Bearer" means a person in possession of a negotiable instrument, document
of title, or certificated security that is payable to bearer or indorsed in
blank.

(6) "Bill of lading" means a document evidencing the receipt of goods for
shipment issued by a person engaged in the business of transporting or
forwarding goods.

(7) "Branch" includes a separately incorporated foreign branch of a bank.

(8) "Burden of establishing" a fact means the burden of persuading the trier of
fact that the existence of the fact is more probable than its nonexistence.

(9) "Buyer in ordinary course of business" means a person that buys goods in
good faith, without knowledge that the sale violates the rights of another
person in the goods, and in the ordinary course from a person, other than a
pawnbroker, in the business of selling goods of that kind. A person buys goods
in the ordinary course if the sale to the person comports with the usual or
customary practices in the kind of business in which the seller is engaged or
with the seller's own usual or customary practices. A person that sells oil,
gas, or other minerals at the wellhead or minehead is a person in the business
of selling goods of that kind. A buyer in ordinary course of business may buy
for cash, by exchange of other property, or on secured or unsecured credit, and
may acquire goods or documents of title under a preexisting contract for sale.
Only a buyer that takes possession of the goods or has a right to recover the
goods from the seller under Article 2 may be a buyer in ordinary course of
business. "Buyer in ordinary course of business" does not include a person that
acquires goods in a transfer in bulk or as security for or in total or partial
satisfaction of a money debt.

(10) "Conspicuous", with reference to a term, means so written, displayed, or
presented that a reasonable person against which it is to operate ought to have
noticed it. Whether a term is "conspicuous" or not is a decision for the court.
Conspicuous terms include the following: (A) a heading in capitals equal to or
greater in size than the surrounding text, or in contrasting type, font, or
color to the surrounding text of the same or lesser size; and (B) language in
the body of a record or display in larger type than the surrounding text, or in
contrasting type, font, or color to the surrounding text of the same size, or
set off from surrounding text of the same size by symbols or other marks that
call attention to the language.

(11) "Consumer" means an individual who enters into a transaction primarily for
personal, family, or household purposes.

(12) "Contract", as distinguished from "agreement", means the total legal
obligation that results from the parties' agreement as determined by [the
Uniform Commercial Code] as supplemented by any other applicable laws.

(13) "Creditor" includes a general creditor, a secured creditor, a lien
creditor, and any representative of creditors, including an assignee for the

benefit of creditors, a trustee in bankruptcy, a receiver in equity, and an executor or administrator of an insolvent debtor's or assignor's estate.

(14) "Defendant" includes a person in the position of defendant in a counterclaim, cross-claim, or third-party claim.

(15) "Delivery", with respect to an instrument, document of title, or chattel paper, means voluntary transfer of possession.

(16) "Document of title" includes bill of lading, dock warrant, dock receipt, warehouse receipt or order for the delivery of goods, and also any other document which in the regular course of business or financing is treated as adequately evidencing that the person in possession of it is entitled to receive, hold, and dispose of the document and the goods it covers. To be a document of title, a document must purport to be issued by or addressed to a bailee and purport to cover goods in the bailee's possession which are either identified or are fungible portions of an identified mass.

(17) "Fault" means a default, breach, or wrongful act or omission.

(18) "Fungible goods" means: (A) goods of which any unit, by nature or usage of trade, is the equivalent of any other like unit; or (B) goods that by agreement are treated as equivalent.

(19) "Genuine" means free of forgery or counterfeiting.

(20) "Good faith," except as otherwise provided in Article 5, means honesty in fact and the observance of reasonable commercial standards of fair dealing.

(21) "Holder" means: (A) the person in possession of a negotiable instrument that is payable either to bearer or to an identified person that is the person in possession; or (B) the person in possession of a document of title if the goods are deliverable either to bearer or to the order of the person in possession.

(22) "Insolvency proceeding" includes an assignment for the benefit of creditors or other proceeding intended to liquidate or rehabilitate the estate of the person involved.

(23) "Insolvent" means: (A) having generally ceased to pay debts in the ordinary course of business other than as a result of bona fide dispute; (B) being unable to pay debts as they become due; or (C) being insolvent within the meaning of federal bankruptcy law.

(24) "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. The term includes a monetary unit of account established by an intergovernmental organization or by agreement between two or more countries.

(25) "Organization" means a person other than an individual.

(26) "Party", as distinguished from "third party", means a person that has engaged in a transaction or made an agreement subject to [the Uniform Commercial Code].

(27) "Person" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity.

(28) "Present value" means the amount as of a date certain of one or more sums payable in the future, discounted to the date certain by use of either an interest rate specified by the parties if that rate is not manifestly unreasonable at the time the transaction is entered into or, if an interest rate is not so specified, a commercially reasonable rate that takes into account the facts and circumstances at the time the transaction is entered into.

(29) "Purchase" means taking by sale, lease, discount, negotiation, mortgage, pledge, lien, security interest, issue or reissue, gift, or any other voluntary transaction creating an interest in property.

(30) "Purchaser" means a person that takes by purchase.

(31) "Record" means information that is inscribed on a tangible medium or that is stored in an electronic or other medium and is retrievable in perceivable

form.
(32) "Remedy" means any remedial right to which an aggrieved party is entitled
with or without resort to a tribunal.
(33) "Representative" means a person empowered to act for another, including an
agent, an officer of a corporation or association, and a trustee, executor, or
administrator of an estate.
(34) "Right" includes remedy.
(35) "Security interest" means an interest in personal property or fixtures
which secures payment or performance of an obligation. "Security interest"
includes any interest of a consignor and a buyer of accounts, chattel paper, a
payment intangible, or a promissory note in a transaction that is subject to
Article 9. "Security interest" does not include the special property interest
of a buyer of goods on identification of those goods to a contract for sale under
Section 2-505, the right of a seller or lessor of goods under Article 2 or 2A to
retain or acquire possession of the goods is not a "security interest", but a
seller or lessor may also acquire a "security interest" by complying with
Article 9. The retention or reservation of title by a seller of goods
notwithstanding shipment or delivery to the buyer under Section 2-401 is limited
in effect to a reservation of a "security interest." Whether a transaction in
the form of a lease creates a "security interest" is determined pursuant to
Section 1-203.
(36) "Send" in connection with a writing, record, or notice means: (A) to
deposit in the mail or deliver for transmission by any other usual means of
communication with postage or cost of transmission provided for and properly
addressed and, in the case of an instrument, to an address specified thereon or
otherwise agreed, or if there be none to any address reasonable under the
circumstances; or (B) in any other way to cause to be received any record or
notice within the time it would have arrived if properly sent.
(37) "Signed" includes using any symbol executed or adopted with present
intention to adopt or accept a writing.
(38) "State" means a State of the United States, the District of Columbia,
Puerto Rico, the United States Virgin Islands, or any territory or insular
possession subject to the jurisdiction of the United States.
(39) "Surety" includes a guarantor or other secondary obligor.
(40) "Term" means a portion of an agreement that relates to a particular matter.
(41) "Unauthorized signature" means a signature made without actual, implied, or
apparent authority. The term includes a forgery.
(42) "Warehouse receipt" means a receipt issued by a person engaged in the
business of storing goods for hire.
(43) "Writing" includes printing, typewriting, or any other intentional
reduction to tangible form. "Written" has a corresponding meaning.
§ 1-202. Notice; Knowledge.
(a) Subject to subsection (f), a person has "notice" of a fact if the person:
(1) has actual knowledge of it; (2) has received a notice or notification of it;
or (3) from all the facts and circumstances known to the person at the time in
question, has reason to know that it exists.
(b) "Knowledge" means actual knowledge. "Knows" has a corresponding meaning.
(c) "Discover", "learn", or words of similar import refer to knowledge rather
than to reason to know.
(d) A person "notifies" or "gives" a notice or notification to another person by
taking such steps as may be reasonably required to inform the other person in
ordinary course, whether or not the other person actually comes to know of it.
(e) Subject to subsection (f), a person "receives" a notice or notification
when: (1) it comes to that person's attention; or (2) it is duly delivered in a
form reasonable under the circumstances at the place of business through which
the contract was made or at another location held out by that person as the
place for receipt of such communications.

(f) Notice, knowledge, or a notice or notification received by an organization is effective for a particular transaction from the time it is brought to the attention of the individual conducting that transaction and, in any event, from the time it would have been brought to the individual's attention if the organization had exercised due diligence. An organization exercises due diligence if it maintains reasonable routines for communicating significant information to the person conducting the transaction and there is reasonable compliance with the routines. Due diligence does not require an individual acting for the organization to communicate information unless the communication is part of the individual's regular duties or the individual has reason to know of the transaction and that the transaction would be materially affected by the information.

§ 1-203. Lease Distinguished from Security Interest.

(a) Whether a transaction in the form of a lease creates a lease or security interest is determined by the facts of each case.

(b) A transaction in the form of a lease creates a security interest if the consideration that the lessee is to pay the lessor for the right to possession and use of the goods is an obligation for the term of the lease and is not subject to termination by the lessee, and: (1) the original term of the lease is equal to or greater than the remaining economic life of the goods; (2) the lessee is bound to renew the lease for the remaining economic life of the goods or is bound to become the owner of the goods; (3) the lessee has an option to renew the lease for the remaining economic life of the goods for no additional consideration or for nominal additional consideration upon compliance with the lease agreement; or (4) the lessee has an option to become the owner of the goods for no additional consideration or for nominal additional consideration upon compliance with the lease agreement.

(c) A transaction in the form of a lease does not create a security interest merely because: (1) the present value of the consideration the lessee is obligated to pay the lessor for the right to possession and use of the goods is substantially equal to or is greater than the fair market value of the goods at the time the lease is entered into; (2) the lessee assumes risk of loss of the goods; (3) the lessee agrees to pay, with respect to the goods, taxes, insurance, filing, recording, or registration fees, or service or maintenance costs; (4) the lessee has an option to renew the lease or to become the owner of the goods; (5) the lessee has an option to renew the lease for a fixed rent that is equal to or greater than the reasonably predictable fair market rent for the use of the goods for the term of the renewal at the time the option is to be performed; or (6) the lessee has an option to become the owner of the goods for a fixed price that is equal to or greater than the reasonably predictable fair market value of the goods at the time the option is to be performed.

(d) Additional consideration is nominal if it is less than the lessee's reasonably predictable cost of performing under the lease agreement if the option is not exercised. Additional consideration is not nominal if: (1) when the option to renew the lease is granted to the lessee, the rent is stated to be the fair market rent for the use of the goods for the term of the renewal determined at the time the option is to be performed; or (2) when the option to become the owner of the goods is granted to the lessee, the price is stated to be the fair market value of the goods determined at the time the option is to be performed.

(e) The "remaining economic life of the goods" and "reasonably predictable" fair market rent, fair market value, or cost of performing under the lease agreement must be determined with reference to the facts and circumstances at the time the transaction is entered into.

§ 1-204. Value.

Except as otherwise provided in Articles 3, 4, [and] 5, [and 6], a person gives value for rights if the person acquires them: (1) in return for a binding

commitment to extend credit or for the extension of immediately available
credit, whether or not drawn upon and whether or not a charge-back is provided
for in the event of difficulties in collection; (2) as security for, or in total
or partial satisfaction of, a preexisting claim; (3) by accepting delivery under
a preexisting contract for purchase; or (4) in return for any consideration
sufficient to support a simple contract.
§ 1-205. Reasonable time; Seasonableness.
(a) Whether a time for taking an action required by [the Uniform Commercial
Code] is reasonable depends on the nature, purpose, and circumstances of the
action.
(b) An action is taken seasonably if it is taken at or within the time agreed
or, if no time is agreed, at or within a reasonable time.
§ 1-206. Presumptions.
Whenever [the Uniform Commercial Code] creates a "presumption" with respect to a
fact, or provides that a fact is "presumed," the trier of fact must find the
existence of the fact unless and until evidence is introduced that supports a
finding of its nonexistence.
PART 3. TERRITORIAL APPLICABILITY AND GENERAL RULES [Table of Contents]
§ 1-301. Territorial Applicability; Parties' Power to Choose Applicable Law.
(a) In this section:
(1) "Domestic transaction" means a transaction other than an international
transaction.
(2) "International transaction" means a transaction that bears a reasonable
relation to a country other than the United States.
(b) This section applies to a transaction to the extent that it is governed by
another article of the [Uniform Commercial Code].
(c) Except as otherwise provided in this section:
(1) an agreement by parties to a domestic transaction that any or all of their
rights and obligations are to be determined by the law of this State or of
another State is effective, whether or not the transaction bears a relation to
the State designated; and
(2) an agreement by parties to an international transaction that any or all of
their rights and obligations are to be determined by the law of this State or of
another State or country is effective, whether or not the transaction bears a
relation to the State or country designated.
(d) In the absence of an agreement effective under subsection (c), and except as
provided in subsections (e) and (g), the rights and obligations of the parties
are determined by the law that would be selected by application of this State's
conflict of laws principles.
(e) If one of the parties to a transaction is a consumer, the following rules
apply:
(1) An agreement referred to in subsection (c) is not effective unless the
transaction bears a reasonable relation to the State or country designated.
(2) Application of the law of the State or country determined pursuant to
subsection (c) or (d) may not deprive the consumer of the protection of any rule
of law governing a matter within the scope of this section, which both is
protective of consumers and may not be varied by agreement: (A) of the State or
country in which the consumer principally resides, unless subparagraph (B)
applies; or (B) if the transaction is a sale of goods, of the State or country
in which the consumer both makes the contract and takes delivery of those goods,
if such State or country is not the State or country in which the consumer
principally resides.
(f) An agreement otherwise effective under subsection (c) is not effective to
the extent that application of the law of the State or country designated would
be contrary to a fundamental policy of the State or country whose law would
govern in the absence of agreement under subsection (d).
(g) To the extent that [the Uniform Commercial Code] governs a transaction, if

one of the following provisions of [the Uniform Commercial Code] specifies the applicable law, that provision governs and a contrary agreement is effective only to the extent permitted by the law so specified: (1) Section 2-402; (2) Sections 2A-105 and 2A-106; (3) Section 4-102; (4) Section 4A-507; (5) Section 5-116; [(6) Section 6-103;] (7) Section 8-110; (8) Sections 9-301 through 9-307.
§ 1-302. Variation by Agreement.
(a) Except as otherwise provided in subsection (b) or elsewhere in [the Uniform Commercial Code], the effect of provisions of [the Uniform Commercial Code] may be varied by agreement.
(b) The obligations of good faith, diligence, reasonableness, and care prescribed by [the Uniform Commercial Code] may not be disclaimed by agreement. The parties, by agreement, may determine the standards by which the performance of those obligations is to be measured if those standards are not manifestly unreasonable. Whenever [the Uniform Commercial Code] requires an action to be taken within a reasonable time, a time that is not manifestly unreasonable may be fixed by agreement.
(c) The presence in certain provisions of [the Uniform Commercial Code] of the phrase "unless otherwise agreed", or words of similar import, does not imply that the effect of other provisions may not be varied by agreement under this section.
§ 1-303. Course of Performance, Course of Dealing, and Usage of Trade.
(a) A "course of performance" is a sequence of conduct between the parties to a particular transaction that exists if: (1) the agreement of the parties with respect to the transaction involves repeated occasions for performance by a party; and (2) the other party, with knowledge of the nature of the performance and opportunity for objection to it, accepts the performance or acquiesces in it without objection.
(b) A "course of dealing" is a sequence of conduct concerning previous transactions between the parties to a particular transaction that is fairly to be regarded as establishing a common basis of understanding for interpreting their expressions and other conduct.
(c) A "usage of trade" is any practice or method of dealing having such regularity of observance in a place, vocation, or trade as to justify an expectation that it will be observed with respect to the transaction in question. The existence and scope of such a usage must be proved as facts. If it is established that such a usage is embodied in a trade code or similar record, the interpretation of the record is a question of law.
(d) A course of performance or course of dealing between the parties or usage of trade in the vocation or trade in which they are engaged or of which they are or should be aware is relevant in ascertaining the meaning of the parties' agreement, may give particular meaning to specific terms of the agreement, and may supplement or qualify the terms of the agreement. A usage of trade applicable in the place in which part of the performance under the agreement is to occur may be so utilized as to that part of the performance.
(e) Except as otherwise provided in subsection (f), the express terms of an agreement and any applicable course of performance, course of dealing, or usage of trade must be construed whenever reasonable as consistent with each other. If such a construction is unreasonable: (1) express terms prevail over course of performance, course of dealing, and usage of trade; (2) course of performance prevails over course of dealing and usage of trade; and (3) course of dealing prevails over usage of trade.
(f) Subject to Section 2-209, a course of performance is relevant to show a waiver or modification of any term inconsistent with the course of performance.
(g) Evidence of a relevant usage of trade offered by one party is not admissible unless that party has given the other party notice that the court finds sufficient to prevent unfair surprise to the other party.
§ 1-304. Obligation of Good Faith.

Every contract or duty within [the Uniform Commercial Code] imposes an
obligation of good faith in its performance and enforcement.
§ 1-305. Remedies to be Liberally Administered.
(a) The remedies provided by [the Uniform Commercial Code] must be liberally
administered to the end that the aggrieved party may be put in as good a
position as if the other party had fully performed but neither consequential or
special damages nor penal damages may be had except as specifically provided in
[the Uniform Commercial Code] or by other rule of law.
(b) Any right or obligation declared by [the Uniform Commercial Code] is
enforceable by action unless the provision declaring it specifies a different
and limited effect.
§ 1-306. Waiver or Renunciation of Claim or Right After Breach.
A claim or right arising out of an alleged breach may be discharged in whole or
in part without consideration by agreement of the aggrieved party in an
authenticated record.
§ 1-307. Prima Facie Evidence by Third-Party Documents.
A document in due form purporting to be a bill of lading, policy or certificate
of insurance, official weigher's or inspector's certificate, consular invoice,
or any other document authorized or required by the contract to be issued by a
third party is prima facie evidence of its own authenticity and genuineness and
of the facts stated in the document by the third party.
§ 1-308. Performance or Acceptance Under Reservation of Rights.
(a) A party that with explicit reservation of rights performs or promises
performance or assents to performance in a manner demanded or offered by the
other party does not thereby prejudice the rights reserved. Such words as
"without prejudice," "under protest," or the like are sufficient.
(b) Subsection (a) does not apply to an accord and satisfaction.
§ 1-309. Option to Accelerate at Will.
A term providing that one party or that party's successor in interest may
accelerate payment or performance or require collateral or additional collateral
"at will" or when the party "deems itself insecure," or words of similar import,
means that the party has power to do so only if that party in good faith
believes that the prospect of payment or performance is impaired. The burden of
establishing lack of good faith is on the party against which the power has been
exercised.
§ 1-310. Subordinated Obligations.
An obligation may be issued as subordinated to performance of another obligation
of the person obligated, or a creditor may subordinate its right to performance
of an obligation by agreement with either the person obligated or another
creditor of the person obligated. Subordination does not create a security
interest as against either the common debtor or a subordinated creditor.

Title 18, U.S.C., Section 1584 - Sale into Involuntary ServitudeTitle 18, U.S.C., Section 1584 - Sale into Involuntary Servitude

This statute prohibits the sale or holding of another into a condition of involuntary servitude for any term, or transporting any person into the United States for the person to be so held.
Punishment varies from a fine to imprisonment of any term of years or life, or both.


Hate Crimes - Color of Law/Police Misconduct - Freedom of Access to Clinic Entrances
Involuntary Servitude/Slavery and Human Trafficking - Civil Rights Statutes

Title 18, U.S.C., Section 1589 - Forced LaborTitle 18, U.S.C., Section
    1589 - Forced Labor

This statute makes it unlawful to provide or obtain the labor or services of
another person by threats of serious harm or physical restraint; by means of any
scheme, plan or pattern intended to cause the person to believe that, if the
person did not perform such labor or services, that person or another person
would suffer serious harm or physical restraint; or by means of the abuse or
threatened abuse of law or the legal process.
Punishment varies from a fine to imprisonment of up to twenty years, or both.


Hate Crimes - Color of Law/Police Misconduct - Freedom of Access to Clinic
Entrances
Involuntary Servitude/Slavery and Human Trafficking - Civil Rights Statutes

# UNCONSTITUTIONAL

What do we mean by "unconstitutional?"

Before we can properly define "unconstitutional" we need to define what a constitution is.

## CONSTITUTION.

In public law. The organic and fundamental law of a nation or state, which may be written or unwritten, establishing the character and conception of its government, laying the basic principles to which its internal life is to be conformed, organizing the government, and regulating, distributing, and limiting the functions of its different departments, and prescribing the extent and manner of the exercise of sovereign powers.

In American law. The written instrument agreed upon by the people of the Union or of a particular state, as the absolute rule of action and decision for all departments and officers of the government in respect to all the points covered by it, which must control until it shall be changed by the authority which established it, and in opposition to which any set or ordinance of any such department or officer is null and void. -- Black's Law Dictionary - 1st Edition
  -  1891

Please note that "In American Law" our Constitution is defined as "the absolute rule of action and decision."

This means that what We, the People, wrote in our CConstitution must be followed by all departments and officers of the government exactly as we wrote it. There is no room for interpretation of what the Constitution means, or what it allows. If it says that something must be done -- then it must be done exactly how, and when, and by whom, the Constitution declares. If it does not say something can be done, then no power or authority to perform such actions is granted to the government by We, the People.

Please note also, that the provisions of the Constitution must control all actions taken by the several departments and officers until such time as "it shall be changed by the authority which established it," which is We, the People. The provisions of the Constitution cannot be changed, modified, altered, or amended by any branch, or department of the government, or any of our public servants, only by We, the People, and, even then, only in the manner that We set forth in our Constitution.

Bouvier's Law Dictionary - 6th Edition - 1853 defines the Constitution of the United States of America as follows:
The fundamental law of the United States.
It was framed by a convention of the representatives of the people, who met at Philadelphia, and finally adopted it on the 17th day of September, 1787. It became the law of the land on the first Wednesday in March, 1789.

We are now ready to define "Unconstitutional"
According to Bouvier's Law Dictionary - 6th Edition - 1853
Unconstitutional:

That which is contrary to the constitution. When an act of the legislature is repugnant or contrary to the constitution, it is, ipso facto, void. The courts have the power, and it is their duty, when an act is unconstitutional, to declare it to be so; but this will not be done except in a clear case and, as an additional guard against error, the supreme court of the United States refuses to take up a case involving constitutional questions, when the court is not full.

Black's Law Dictionary - 1st Edition - 1891

Unconstitutional:   That which is contrary to the constitution.
 The opposite of "constitutional".

**Constitutional:**

   Consistent with the constitution; authorized by the constitution; not conflicting with any provision of the constitution or fundamental law of the state. Dependent upon a constitution, or secured or regulated by a constitution.

**CONSTITUTIONAL LAW:**

   A constitutional law is one which is consonant to, and agrees with, the constitution; one which is not in violation of any provision of the constitution of the particular state.

   The quickest way to determine if the government's actions are unconstitutional, i.e., if the government is doing things it has no power to do, is to simply ask yourself the following questions:

1. Do I have the inherent right to do what the government is trying to do?
If the answer is no, then ask yourself

2. Does my neighbor have the inherent right to do what the government is trying to do?
If this answer is no, then ask

3. Is there anyone, anywhere, who has the inherent right to do what the government is trying to do?
If the answer to this question is no - then the actions of the government are Beyond what powers the people can even grant in the Constitution.
Remember! !

   The government gets is powers from the people -
If the people don't have the power to give, then the government can't have it
It's as simple as that

   Let's see how the questions work:
One of the major abuses of power today is the so called "Child Protection Act"

1. Do I have the inherent right to take my neighbor's children away?
NO! ! !

2. Does my neighbor have the inherent right to take away my children?
NO! ! !

3. Is there anyone, anywhere on the face of the earth who has the inherent right to take away someone else's children?

NO! ! !

Then the government does not have the right to remove anyone's children from their home, the actions of the government are beyond what power and authority the people are able to give the government

That means that every child who has ever been removed by any agency of any government has been unlawfully kidnapped. The government is not only guilty of kidnapping, the officers of the government have committed fraud by persecuting you under laws which are unconstitutional and cannot, and do not, exist. You have been persecuted, and prosecuted under what is called the "color of law."

You might agree that a child needs to be rescued from a bad situation. This problem remains a "Family" issue. The family gets together and works it out. The government does not have the final say. The government did not spawn these children, or give you permission to have them. The government does not pay you to raise them. They are Yours! Only another family member has any legitimate right to raise/take them.

"Color of Law" means that a Code, a Regulation, or a Rule has been written so that it looks like a law - but - the person who wrote the Code, Regulation, or Rule doesn't have any authority or power to write it. There isn't any lawful power or authority behind the Codes, Regulations, and Rules and so they are, in truth, "ipso facto," which means follows, is void.

And, to compound the problem, you have been victimized by extortion. When you are told that you must obey their bogus Codes, Regulations, and Rules or they will punish you with a fine, or they will take away your children, or they will lock you up, or persecute you in some other way, they have used extortion to keep you in line. And they have backed up their extortion with the threat of guns, and force.

We are not subject to their bogus Codes, Rules, or Regulations. Our Constitution very clearly outlines exactly who has the authority to create a real law, and what steps must be taken to create a real law, and - more important than all that, We, the People, restricted the areas where these people could even create laws.

The Federal Government can only enact laws that govern how the Federal government will deal with Foreign Nations, Indian Tribes, and the several States. The Federal Government can only deal with other governments. There is nothing in the Constitution for the United States of American that grants the Federal government any power of any kind over We, the People.

If we carefully examine our Constitution we find that the words - prison, police, sheriff, marshall, law enforcement, or any variation thereof do not appear anywhere in the Constitution for the United States of America. All of the power and authority that could possibly be used to persecute, or to prosecute, We, the People, was specifically withheld from the Federal government.

It is inconceivable to even think that our Founding Fathers, after risking their lives to sign the Declaration of Independence, and in waging a war for Independence with England, would then turn around and give the government they are creating the power to persecute us.

They created a government whose sole purpose for existence, according to the Declaration of Independence, was to secure our unalienable rights, our right to Life, to Liberty, and to the pursuit of Happiness. The corrupt men and women to whom We, the People, entrusted our Freedom, and our Liberty, understood full well that the way to control us was through the control of our finances.

If we look at our Federal government today We see that it regulates our banking industry through its Federal Reserve, the FDIC, and the Office of the Comptroller of the Currency. Through these same organizations, the Federal government forces its will upon the States and are thereby in a position to determine who will, and who won't be issued a Charter to do business as a financial institution. By unlawfully controlling the issuance of charters, the government officials assure themselves that they keep and maintain total and complete control of all money matters.

They regulate the stock market through the Securities and Exchange Commission. By licensing the Brokerage Firms, the Stock Brokers and the Salesmen they are forced to function in accordance with the wishes of the government. By controlling our banks and our stock market, the Federal government controls all aspects of our money. They control where we keep it, and where we invest it. They control where our businesses must go to raise the capital that is necessary for them to operate effectively, and by doing so, are in a position to decide who will be successful, and who will fail. The Government does not have the right to regulate any business.

Let's look a little deeper
The letters B-A-N-K only appear once in the Constitution
To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States - Article I, Section 8 - Constitution for the United States of America.

There is no Mandate from the People for the government to be involved in our banking system - and - in fact, because banking is not mentioned, it is specifically Prohibited! There is nothing mentioned anywhere in our Constitution that could even be loosely construed to grant any regulatory powers to the government

I know they claim they have the right under the provisions of interstate commerce - The word "Interstate" doesn't appear anywhere in our Constitution. To regulate Commerce with Foreign Nations, and among the several States, and with the Indian Tribes;

- Article I, Section 8, Constitution for the United States of America
In order to properly understand this provision of the Constitution we need to realize that Foreign Nations, the States, and the Indian Tribes are all fictitious entities, they are all governments that have been created by their citizens.

We, the People, did not, nor could we, grant our government the power to regulate the commerce of France, or England, or any other government. The only power we had, was to grant our government the right to handle any commerce that may occur between our Federal government and the other governments, i.e., Foreign Nations, Indian Tribes, and the several States.
The States, and the Indian Tribes are both mentioned in the same breath as the Foreign Nations.

Obviously, because everything is said in the same sentence, the exact same

ability to regulate commerce was granted over all three. We, the People, did not give our government any rights to regulate the commerce of the people - even if it occurred between citizens of different States, Citizens of one of the several States and Citizens of Indian Tribes, or of one of the Foreign Nations

The very grievances set forth in the Declaration of Independence are the exact same grievances that we are presently saddled with. Our Forefathers did not do this to us. We did it to ourselves by not properly controlling the people we hired to work for us in our government offices.

Another simple way to determine if the government is doing things it has no power to do, is to read what the Constitution has to say: The Constitution is the Law that was written by the People to control the actions of their Public Servants If the Constitution says something has to be done - then it must be done exactly how the Constitution says to do it. (This is referred to as Mandatory Provisions).

If the Constitution does not say something has to be done - then it cannot be done. (This is referred to as Prohibitory Provisions). Even though a written Constitution may not say that its provisions are Mandatory and Prohibitory, it is understood that the very reason a Constitution, or any other document, is written, is to be sure that the lawful provisions are spelled out clearly and firmly so everyone will know and understand the Mandatory and Prohibitory clauses the People are establishing. Our Public Servants, whoever they may be, have no more power or ability to interpret what the Constitutional Laws say, than we have to interpret the valid laws that we must live by. We can't go into a court and claim that our interpretation of the law against theft needs to be understood in light of our private interpretation, and so we can't be prosecuted because we interpret the law differently that what it
actually says. Our public servants cannot come to us, and tell us, their employers, that they have decided our laws mean something other than what we said in writing

Through deceit, and subterfuge, our employees have slowly, and carefully, taken over every facet of our lives.

They control our money. They control our ability to raise money for our business ventures. They control our ability to invest our money. They deny us the freedom to invest in the manner we deem will give us the most benefit from our investments. They control our ability to work by requiring that we be licensed as Carpenters, Plumbers, Electricians, Day Car Workers, Bankers, Car Dealers, and the list goes on forever. These are the common businesses and callings of life, the ordinary trades and pursuits, which are innocuous in themselves, and have been followed in all communities from time immemorial. These are the trades and pursuits which the U. S. Supreme Courts says must be free to all alike, upon the same conditions, without let or hinderance from any governmental agency.

"Let" is defined as the granting of a charter, a license, a franchise, a permit, or some other right to conduct our desired business. We still use the word "let" today. When we rent an apartment, we often refer to the fact that we have "let" the apartment - this means that the owner of the apartment has granted the right to use the apartment.

Our governments, both the Federal and the State, are not the owners of the businesses. They have no power to "let" the right to pursue our Happiness. Our public servants are violating our unalienable rights when they insist that

we must obtain a license, a charter, a franchise, a permit, or some other grant of right, in order to work at our chosen profession. God gave us the right to pursue our Happiness - not the State government, and not the Federal government. And certainly not the local government. Neither the State or Federal governments have the ability to grant any rights, of any kind, to us. We created them. We gave them their powers. They have no power, authority, or ability to grant anything to us. The sole purpose for their existence is to secure the rights that were given to us by our Creator.

We granted the government no such powers. The United States Supreme Court does not recognize any such rights. We hold these truths to be self-evident - that is, so plain that their truth is recognized upon their mere statement - that all men are endowed - not by edicts of emperors, or decrees of parliament, or acts of congress, but - by their Creator with certain unalienable rights. - that is, rights which cannot be bartered away, or given away, or taken away, except in punishment of crime - and that among these are life, liberty, and the pursuit of happiness; and to secure these - not grant them, but secure them - governments are instituted among men, deriving their just powers from the consent of the governed. Among these unalienable rights, as proclaimed in that great document, is the right of men to pursue their happiness, by which is meant the right to pursue any lawful business or vocation, in any manner not inconsistent with the equal rights of others, which may increase their prosperity or develop their faculties, so as to give to them their highest enjoyment. The common business and callings of life, the ordinary trades and pursuits, which are innocuous in themselves, and have been followed in all communities from time immemorial, must therefore be free in this country to all alike upon the same conditions. The right to pursue them, without let (To let is to grant a charter or contract to a person or group who has made a proposal) or hindrance, except that which is applied to all persons of the same age, sex, and condition, is a distinguishing privilege of citizens of the United States, and an essential element of that freedom which they claim as their birthright. -- U. S. Supreme Court 111 U. S. 746.

The above are a mixture of case law quotes and dictionary definitions.

## IN THE CHANCERY COURT, SUSSEX COUNTY, DELAWARE

TOWN COUNCIL OF OCEAN VIEW, DELAWARE                CASE NUMBER

Plaintiff,                                                                      JUDGE

Vs

Wally Brown, a Sovereign Citizen of our Republic,

Individually,

and known as a private researcher,

Defendant,

_____/

| | |
|---|---|
| Wally Brown, | Town Council of Ocean View Plaintiff, |
| Pro-se Defendant | Dennis Schrader, Attorney of the Town Council |
| #4 New Castle Court | 36 West Avenue |
| Ocean View, Delaware | Ocean View, Delaware |

_____/

Defendant, Wally Brown, presents NOTICE **TO COURT AND PLAINTIFF**,

and **MOTION TO DISMISS - ONE**, to this Honorable Court on behalf of himself as a

Pro-se Defendant, a Sovereign Citizen and Researcher and also on behalf of all

Ocean View sovereign citizens:

### NOTICE TO COURT AND PLAINTIFF

The controlling legal authority in this case at the present time is the United States

Supreme Court rulings on Jurisdiction. The jurisdictional questions must first be

settled. All other matters are secondary and cannot be presented to the Court until

after jurisdictional questions are settled. The Conference Schedule is a nullity because

1

of the jurisdictional questions that have been presented and remain unacknowledged to this date. Any motions, except Motions to Dismiss or filings by the plaintiff to correct the jurisdictional failings are legal nullities.

**STATE OF RHODE ISLAND v. COM. OF MASSACHUSETTS, 37 U.S. 657 (1838)**

*"The government of the United States may, therefore, exercise all, but no more than all the jurisdictional power provided for it by the constitution."*

*"However late this objection has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, before any court can move one further step in the cause; as any movement is necessarily the exercise of jurisdiction. Jurisdiction is the power to hear and determine the subject matter in controversy between parties to a suit, to adjudicate or exercise any judicial power over them; the question is. Whether on the case before a court, their action is judicial or extra-judicial; with or without the authority of law, to render a judgment or decree upon the rights of the litigant parties."* **37 US 657,718**

*"Where the court is without jurisdiction, it has no authority to do anything other than to dismiss the case."* **Fontenot v. State, 932 S.W.2d 185**

*"Courts acquire authority to adjucate matter if they have both subject matter and in personam jurisdiction."* **McKinney's CPL v sec. 1.20 subd. 9 - People v. Marzban, 660 N.Y.S. 2d 808, 172 Misc. 2d 987 (1997).**

*"Subject matter jurisdiction is determined from pleadings."* **Hall v. State, 933 S.W. 2d**

2

**363, 326 Ark. 318, 326 Ark. 823 rehearing denied (1996).**

*"Decision is void on the face of the judgment roll when from four corners of that roll, it may be determined that at least one of three elements of jurisdiction was absent: (1) jurisdiction over parties, (2) jurisdiction over subject matter, or (3) jurisdictional power to pronounce particular judgment that was rendered",* B & C Investments, Inc. v. F & M National Bank & Trust, 903 P.2d 339 (Okla. App. Div. 3, 1995)

**Melo v U.S., 505 F 2d, 1026** *"Once jurisdiction has been challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction. The court has no authority to reach merits, but, rather, should dismiss the case."* **Also in Joyce v U.S. 474 F 2d 215.**

Further, The Plaintiff and this Honorable Court shall take notice that the Defendant does Not agree to a Magistrate or Chancellor Judge presiding.

## MOTION TO DISMISS - ONE

The Plaintiffs Complaint has not provided subject matter jurisdiction to this Honorable Court. The Plaintiff has not provided sufficient evidence or testimony to establish subject matter jurisdiction and a number of jurisdictional failings are evident, and indeed, the Plaintiff cannot.

*"Subject matter jurisdiction is determined from pleadings."* Hall v. State, 933 S.W.2d 363, 326 Ark. 318, 326 Ark. 823 (1996)

This "Motion to Dismiss - One", is to state specific matters where the Plaintiff has failed to establish authority sufficient to confer jurisdiction on this Honorable Court. It is only one of many jurisdictional failings.          3

1) The Town Council of Ocean View (Hereinafter called the "Council"), and their attorney, have perpetrated this civil action based on false statements and false assumptions concerning the Constitution and all related findings. Said false statements are partly contained in the writings produced by the council and their attorney, and by implication their resultant actions.

The town council, with Mr. Schrader writing the unconstitutional ordinance, is as follows:

Section 1. Within one (1) year after the public water system is made available by the Town of Ocean View, the owners of all dwellings, buildings, or other structures used for human occupancy, employment, recreation, or other purpose* situated in the area served by the town are hereby required to install a suitable water supply system* and to connect such system directly with the proper town *water main. Upon expiration of one year, notice shall be given to those owners who have not connected that they are required* to do so within sixty (60) days after the date of official notice. If connection no connection shall have been made, the town solicitor shall take such action as is appropriate to compel connection.* (connection no connection is from the original public copy)

Section 2. All necessary plumbing work to be done in connecting any property shall be done by a plumber licensed* to do business in this state, in a good and workmanlike manner, and with good and proper materials, and shall be subject to the approval of the town* or its designee.

Section 3. This ordinance shall become effective upon its adoption by a majority of the **members of the Town Council** present and voting.*

Said statement (*) is entirely false, fraudulent, and misleading as to its authority as shown

4

by the following court rulings. Said statement fraudulently misleads the public, fraudulently misapplies precedent law as stated by the U.S. Supreme Court in numerous cases, and is presently fraudulently being used to prosecute innocent citizens. The town council, being in essence an artificial person, a corporate entity, has not the authority to require those citizens exercising their sovereign right to relinquish those rights, nor the authority to demand that this court make it so. Further, the council, being a corporate entity, has no right to create a monopoly by dictating any or all water companies operating in the area cease operations, or whereby any citizen in the area is forced to relinquish an existing right to contract, contract for water, source of water, or deny any such or related future action. Acting as an oligarchy (Dictatorship by council), the council is acting in a manner repugnant to the constitution and has no legal status, and any attempt to force itself upon the sovereignty of the citizens is unconstitutional and criminal. It would be as though Exxon stated to the citizens of the United States that they had to comply with its executive decision that all citizens must purchase their produce solely or face court proceedings. Where they act as a municipal council is addressed hereinafter. In addition, no mention is made of the fact the council has dictated a fee, a surcharge (tax), what the definition of suitable is, and the fact the water may only be metered by a council owned meter which in turn has to be rented. No license is legally required to practice a common occupation, yet is now demanded. If water quality under the councils operation should become the issue, it is unacceptable in the light of private ownership as the only legitimate person responsible. As these missing facts are important why then are they missing? It also fails to mention the fact that a school is situated within the town limits except as other structures. This in turn would penalize the citizens

5

by first having to give up their right, then to pay the additional fees associated with the schools water usage.

To believe the ordinance, one could believe the town is sharing your water with the general public; one would further believe that as long as a connection is made, the water is free, which would be only right as the council is depriving the citizen of the free water they currently, by right, enjoy.

## DEFINATION AND SCOPE OF THE COUNCIL'S lack of AUTHORITY

The Fourth Amendment States:

*"The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the person or things to be seized".*
Of course, to seize something it needs to be criminal to have/use it.

The Ninth Amendment states:

*"The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people".*
The Tenth Amendment states:

*"The powers not delegated to the United States by the Constitution, nor prohibited by it to the states respectively, are reserved to the states respectively, or to the people".*
The Council and their attorney, despite numerous personal communications via hand delivered letters and public speech, as well as publicly published letters, remain silent. They also, evidently, choose to remain unaware of the definition or scope of the rights

6

retained by the people in the constitutional sense, as pertains to article 4, section 4; article 6, paragraph 2; the 4th, 9th, 10th, and 13th Amendments, and as ruled by the <u>U.S. Supreme Court</u>, and consequently promote and advocate, knowingly or unknowingly, the radical destruction and subversion of the U.S. Constitution by filing this civil suit, <u>as though their ordinance cancelled out the intent and authority retained by the Sovereign Citizen of the Republic as enumerated in article 4 and 6, the 4th, 9th, 10th, and 13th Amendments</u>. **Morrison v Coddington, 662 P. 2d 155, 135 Ariz. 480 (1983***) "Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking an untruth".*

*U.S. v Prudden, 424 F. 2d. 1021; and U.S. v Tweed, 550 F. 2d. 297,299, 300 (1977) "Silence can only be equated with fraud when there is a legal and moral duty to speak or when an inquiry left unanswered would be intentionally misleading... This sort of deception will not be tolerated and should be corrected immediately."*

This action acts as a "Conspiracy" (USC 18, 241) and is done under "Color of Law" (USC 18, 242), places the citizen into servitude and/or bondage (USC 18, 1584,), forced labor (1589), and is in contradiction to the U.S. Constitution, as well as the Civil Rights Act of 1866 and 1871, and other federal and state laws. The claim by the council's attorney is entirely false as shown by numerous U.S. Supreme Court precedents and their uncontestable rulings.

CHISHOLM v. GEORGIA, 2 U.S. 419 (1793*) "As a citizen, I know the Government of that state to be <u>Republican</u>; and my short definition of such a government is, one construed on the principle that <u>the Supreme Power resides with the body of the people"</u>.* Our republic is the only legitimate form of governance allowed under the

7

constitution, and all appointed, elected, and hired employees are mandated to honor and insure this fact. Any other form is unconstitutional, therefore void with No Legal Status.

**Chisholm v. Georgia, 2 U.S. 421 (1793)**

*"We, the People of the United States, do hereby ordain and establish this constitution. Here we see the people acting as Sovereigns of the whole country; and in a language of Sovereignty, establishing a constitution by which it was their will that the State Governments should be bound, and need to conform".*

*"The Sovereignty of the nation is in the people of the nation, and the residuary Sovereignty of each state is in the people of each state".*

*"At the Revolution, the Sovereignty devolved on the people, and they are the sovereigns of the country".* The court held that supreme or sovereign power was retained by the citizens themselves, not the artificial person (Municipal or civil), the governmental entity. Flow of authority from God (If you acknowledge God) to the Sovereign Citizen, known as We, the People, thence to the constitution, next to the government, only to that extent as allowed by the sovereign citizen, and as enumerated in the constitution, followed by the ratification and binding mutual agreement of the citizens of the several states, and parts thereof. The very purpose of government as established is to protect and defend those rights enjoyed by and as sovereign citizens. Everything else is secondary. We are, since our founding, the land of the free. In this I might on occasion comply with a wish of the federal, state, county, local government, but I have never stopped being a sovereign citizen.

8

Chisholm v. Georgia, 2 US (1793)

*"There can be <u>no limit</u> on the power of <u>the people</u> of the United States. <u>By their</u> <u>authority</u> the state constitutions were made, and by <u>their authority</u> the constitution of the United States was established".*

**MIRANDA v. ARIZONA, 384 U.S. 436, 491 (1966)** *"Where rights secured by the Constitution are involved, <u>there can be no rule or legislation which would abrogate</u> <u>them</u>".*

*MARBURY v. MADISON" 5 U.S. 137 (1803) "The powers of the legislature are <u>defined and limited</u>, and that those limits may not be mistaken, or forgotten, the constitution is written". "<u>A act repugnant to the constitution is void</u>, and the courts, as well as other <u>departments, are bound by that instrument.</u>"* As precedence has shown, jurisdiction by the council over the defendant, a Sovereign Citizen, is not supported or valid. It is <u>Void</u>. The various levels of government, By extension, the council, therefore, cannot ask this Honorable Court to violate this proven uncontestable and constitutional fact.

**HARMON v. FORSENNIUS, 380 U.S. 528, 540-541 (1965)** *"It has long been established that a State(Anyone) <u>may not</u> impose a penalty upon those who exercise a right guaranteed by the constitution."*

**FROST & FROST TRUCKING CO. v. RAILROAD COMM'N OF CALIFORNIA, 271 U.S. 583** *"Constitutional rights would be of little value if they could be...indirectly denied".*

**SMITH v. ALLWRIGHT, 321 U.S. 649, 664 or** *"manipulated out of existence."*

**Bouvier's Law Dictionary. 1870 pp 622-*625*** *"It may be said that the constitution*

9

*executes itself. This expression may be allowed; but with much propriety. These may be said to be laws which the People have enacted themselves, and no laws of Congress can either take from, add to or confirm them.* <u>*They are rights, privileges or immunities which are granted by the People, and are beyond the powers of Congress or State Legislatures.*</u> *It may be laid down as a universal rule, Admitting to no exception, that when the Constitution has established a disability or immunity, a privilege or a Right, these are precisely as that instrument has fixed them, and can neither be augmented* <u>*nor curtailed by any act or law either of Congress or a State Legislature.*</u>

*"...A regulation which is inconsistent with the law (*Constitution*) is invalid...because a* <u>*statute may not operate in derogation of the Constitution.*</u>*"* **Title 5 USC 301, 559 Cl.2**

### 2) Limits of Legal Government, Right to Contract

The council has disregarded the notices to it of it's limits, and has continued to violate the sovereignty of this and other citizens in that it failed to acknowledge it's limits, and has consistently and consciously acted as an oligarchy (Dictatorship by council) form of government. As a result of their constitutionally repugnant actions, their decisions are not binding, and is not law. Simply, it never was.

ARTICLE 4, SECTION 4 *"The united states shall guarantee to every state in this union* <u>*a Republican form of government,*</u> *and shall protect each of them against invasion..."* Under a republic, the <u>Citizen is Sovereign,</u> and may exercise his liberty with only one provision, in that they may not violate the right of another citizen, or they in turn his. Neither has the right to establish any agency or governmental body with the authority to violate the sovereignty of a third, especially and including under "Color of

10

law".

ARTICLE 6, 2 - *"This constitution, and the laws of the United States which shall be made in pursuance thereof...shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the constitution or laws of any state to the contrary notwithstanding."* As a constitutional edict, a republic form of government is mandated as the sole form of government at every level, and no other form of government, practiced for any reason, is legitimate. Any other; All other types of government are repugnant. It is as though they never were.

In **US v Will, 449 US 200,** *"We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. Questions may occur which we would gladly avoid; but we cannot avoid them."* I do not believe judicial council would disagree. What is void is that which is repugnant and/or contrary to the constitution, while that which is valid cannot be usurped. The Ocean View charter states:

Section 1.101 – Introduction

*"The inhabitants of the town of Ocean View, within the corporate limits established by 1.105 hereof, and as hereafter amended, shall continue to be a Municipal Corporation and body Politic under the name "Town of Ocean View" hereinafter referred to as the "Town"."*

Section 1.102 - Powers of the Town - Generally

a) *"The town shall have all powers possible for it to have **under the Constitution** and*
b) *laws of the State of Delaware"... "And which are derived by the constitution".*

11

By the towns own charter, the only form of government that is valid is a Republic! Any government acting outside its authority cannot enter into or cause to be made any action. A quick word on the founding "Charter" of the town of Ocean view. If memory serves, It was established in 1889. An original founding charter was written. As you are no doubt aware, there can be only ONE original charter, and said charter may only be amended. It cannot be replaced by a newer version written specifically to replace the original, as the council has done of its own accord (circa 2002).

The new charter has several opening failures. It states the inhabitants of ocean view without regard to their status as sovereign citizens. Also, it leads one to believe all the inhabitants voted for and on a replacement charter, or have reduced themselves into bondage or servitude to the town. No mention is made of those citizens who have retained their sovereignty and who have not relinquished their authority. In fact the council, operating as an oligarchy (Dictatorship by council) voted exclusively for the new charter, using the new charter as its authority.

However, the new charter still recognizes the Constitution as the seat of all delegated power and authority as allowed by the constitution. Therefore, by both counts, the town council must bow to and acknowledge the true authority and wishes of its sovereign citizens. Further, Where one citizen may say Yea, and one citizen may say Nay, the council, when acting as a republic, could only act for the Yeas, as the Nays are still sovereign. Any other action would be a criminal as well as an unconstitutional usurpation and is thereby repugnant and void. It is Not Law, and no one is bound by it. The preamble of the Delaware Constitution states: *Through Divine goodness, all men have by nature the right of worshiping and serving their Creator*

12

*according to the dictates of their consciences, of enjoying and defending life and liberty, of acquiring and protecting reputation and property, and in general of obtaining objects suitable to their condition, without injury by one to another; and as these rights are essential to their welfare, for due exercise thereof, power is inherent in them; and therefore all just authority in the institutions of political society is derived from the people, and established with their consent, to advance their happiness;*

Clearly the State of Delaware also recognizes the sovereignty of the citizen, as all power is inherent in them. Any entity to which power has been denied may not, indeed, cannot, then usurp that authority. The state has no authority to grant anything contrary to the constitution, and cannot then grant authority to the town to disregard the constitution, when the state does not have that authority itself. Therefore the council does not have the authority to even think it has the authority. If the argument is that the constitution is not binding on the several states, allow me to ask who signed it, by what authority. In any case the constitution act of 1844 made it law that all states, county's, cities, etc, must obey the constitution equally with and as the Federal Government. The citizen is sovereign, and above all government.

*"This Constitution and the laws of the United States which shall be made in pursuance thereof...shall be the supreme law of the land; and the judges in every state shall be bound thereby...The Senators and representatives and members of the state legislatures, and all executive and judicial officers of the United States and the several states, shall be bound thereby..."* **Article VI, ~2, Cl. 1**.

In attempting to dictate that a hookup is mandatory, the council is further violating the precedent as stated in **Coppage v. State of Kansas, 236 US 1, 23-24 (1915),** *"The court*

13

*held it unconstitutional, saying: The right to follow any lawful vocation and to make contracts (*Or not*) is as completely within the protection of the constitution as the right to hold property free from unwarranted seizures, or the liberty to go when and where one will. One of the ways of obtaining property is to contract. The right, therefore, to contract (*Or not*) cannot be infringed by the legislature without violating the letter and spirit of the Constitution. Every Citizen is protected in his right to work where and for whom he will. He may select not only his employer, but also his associates".*

The council, not having the authority to contract for a citizen who has specifically informed the council of his sovereignty status, and desire to exercise his liberty by not associating with any contract they may attempt to impose, yet bring a suit against the same, has further exceeded its jurisdiction.

**Meyer v. State of Nebraska, 262 US 390,399 (1923);** *Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any lawful common occupation of life…"*

The Thirteenth Amendment states:

Section 1. *"Neither slavery nor involuntary servitude, except as punishment for a crime whereof the party shall have been duly convicted, shall exist within the United States or anyplace subject to their jurisdiction.*

It may be a surprise to the council, but Ocean View is in the United States.

Section 2. *"Congress shall have power to enforce this article by appropriate legislation".*

In all the findings and precedent it is clear that the right to contract, or not to contract, is reserved to the individual. Otherwise that would be involuntary servitude, forced labor,

14

and /or bondage. No agency may make a direct contract regarding any citizen without explicit approval from that citizen denoting their willingness to participate; without specific written authority from the parties which are to be obligated by the contract, and who have agreed to be obligated to it, which demands, those not contracting be a party thereto. Were that to be the case, any person would have the right to demand payment from another, on a contract the first individual arranged but to which the second individual expressly denied.

**Hale v. Henkle, 201 US 43 at 74**    *"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his* own way. *His power to contract* (or not) *is unlimited."*

**Truax v. Corrigan, 257 US 312, 348 (1921)** *"That the right to contract a lawful business, and thereby acquire pecuniary profits, is property, is indisputable".*

This is uncontestable fact. The right of the citizen to contract or not to contract is that citizen's property, it cannot be violated by another for the purpose that they in turn would make the profit while denying the first citizens right to make a profit or enjoy the fruits of their labor.

**Butcher's Union v. Cresent City, 111US 746, 756 (1884)** *"It has been well said that the property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable".*

**Jerome H. Sheip Co. v. Amos, 100 Fla, 863 130 So. 699, 705 (1930)** A gas excise (Surcharge*); "A man is free to lay his hand upon his own property. To acquire and possess property is a right, not a privilege...The right to acquire and possess property cannot alone be made the subject of an excise...nor, generally speaking, can an excise*

15

*be laid upon <u>the mere right to possess the fruits thereof, as that is a chief attribute of</u>*
*<u>ownership.</u>"*

**Adair v. United States, 293 208 U.S. 161 (1908)**  *"The right of a person to sell his*
*labor upon such terms as he deems proper is, in essence, the same as the right of the*
*purchaser of labor to prescribe the conditions upon which he will accept such labor*
*from the person offering to sell it."*

Hence, to decide to not purchase is equally accurate.  Also, as it is the right of the citizen
to enjoy the fruits of their labor, they have the right to use those fruits to their benefit
without penalty including any attempted fees or surcharge.

**McGoldrick v. Berwind-White Mining Co., 309 U.S. 33 56-58**  *"A county* (Town) *may*
*not impose a charge for the enjoyment of a right granted by the United States*
*constitution."*

**Murdock v. Commonwealth of Penn., 319 US 105, at 113; 63 S Ct at 875; 87 L Ed at**
**1298 (1943).**  *"A state* (Town) *may not impose a charge for the enjoyment of a right*
*granted by the federal constitution."*

I believe I can speak for all when I say Amen to that.  To believe that we have held this
right since the inception of the country and now be told that as the council has decided to
go into the water business we are to suffer is unconscionable. This attempt denies true
allegiance as to proper constitutional authority.  The fact is Any citizen may go to their
well for the purpose of drawing water, maintenance, replacement, or any reason, <u>without</u>
<u>cost, and without fear.</u>

**"The claim and exercise of a constitutional right cannot be converted into a crime."**
16

Miller v U.S., F. 486, 489

**"There can be no sanction or penalty imposed upon one because of this exercise of constitutional Rights."**   Snerer vs. Cullen, 481 F. 946

We have continually claimed our personal liberty.   We have informed the council of this fact since the early to mid 1990's, and have taken pains to inform them face to face in a public forum at least yearly during the monthly towns meetings on numerous occasions starting in the year 2002. During one such statement, the council's council has stated publicly "Really, I don't care".  As previously mentioned, the council has deliberately and criminally acted contrary to our complaints on many constitutional issues.  Our rights are so basic they are inalienable as stated in **16 C.J.S. Const. Law,** Sect. 202, p 987.

Norton v. Shelby County, 118 US 425 p442   *"An unconstitutional Act is NOT law;  it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed".*

These precedents are all uncontestable fact.  Accompanied with the other Supreme Court precedence, it is clear that the council has and is acting solely as a collection of individuals, operating as a  private club.  Therefore:

## <u>Whatever they utter is binding solely and exclusively on themselves</u>.

### 3) Malicious Prosecution, Fraud

The town council, just as with all elected, appointed, and employed officers,
has to acknowledge this higher authority when they assume their office.  To believe someone elected, appointed, or employed would, after taking the time to take an oath, deliberately act contrary to their oath, especially after being informed of the truth, is to

17

believe an ulterior motive exists. The choices are ignorance, stupidity, or treason.
To say misprision or malicious prosecution is being attempted, or a fraud is being
perpetrated would be accurate.    Misprision, indeed Treason, includes the deliberate
attempt to not only deny, but also remove a citizen's right. To have a malicious
prosecution in the form of a summons to court delivered to you by a person who has been
informed of their wrongdoing, yet who persists in said action, either upon their own
recognizance or upon orders from others also so informed, is to display an utter disregard
of their oath, their office; it is waging war against legally constituted authority and
We, the people, and is repugnant to the constitution.    It has no jurisdiction and is not only
void, it never was, and further, it is criminal!

At 358, *"This is the approach that has been taken by each of the Courts of Appeals
that has addressed the issue:  schemes to defraud include those designed to deprive
individuals, the people, or the government of intangible rights, such as the right to
have public officials perform their duties honestly."*  See e.g., U.S.v Clapps, 732 F.2d
1148, 1152 (CA3 1984); U.S. v States, 488 F2d 761, 764 (CA8 1973)

U.S. v. Will 449 US 200  *"We have no more right to decline the exercise of jurisdiction
which is given, than to usurp that which is not given.   The one or the other would be
treason to the constitution.   Questions may occur which we would gladly avoid: but we
cannot avoid them."*

*Fraud:  "Deceit, deception, artifice, or trickery operating prejudicially on the rights of
another, and so intended, by inducing him to part with property or surrender some
legal right. 23 Am Jur 2d: Fraud 2. Anything calculated to deceive another to his
prejudice and accomplish the purpose, whether it be an act, a word, silence, the*

18

*suppression of the truth, or other device contrary to the plain rules of common honesty,*
*23 Am Jur2d: Fraud 3. An affirmation of a fact rather than a promise or statement of*
*intent to do something in the future. McInnes v. Sutliff, 241 111 521, 89 NE 651."*
*"Fraud destroys the validity of everything into which it enters" Nudd v. Burrows, 91*
*U.S. 426;  "Fraud vitiates everything", Boyce v. Grundy, 3 Pet. 210: "Fraud vitiates the*
*most solemn contracts, documents and even judgments," US v. Throckmorton, 98 U.S.*
*6; see also Shushan v. US, 117 F.2d 110 (CAS)*

**Boyd v. US, 116 US 616 (1885,)**  *"Constitutional provisions for security of persons and*
*property should be liberally construed.  It is the duty of the courts to be watchful for*
*the constitutional rights of the citizen, and against stealthy encroachment theron."*
Further stated:    *"It is beyond debate that freedom to engage in association for the*
*advancement of beliefs and ideas is an inseparable aspect of the "Liberty" assured by*
*the Due Process Clause of the Fourteenth Amendment which embraces freedom of*
*speech." Gitlow v. New York, 268 U.S. 652; Palko v. Connecticut, 302 U.S. 319, 324;*
*Cantwell v. Connecticut, 310 U.S. 296, 303;  Staub v. City of Baxley, 355 U.S. 313, 321.*
**Regenold v. Baby Fold, Inc.,  (1977), 68 Ill.2d 419, 435, 12 Ill.Dec. 151, 369 N.E.2d**
**858,** citing **People ex rel. Chicago Bar Association v. Gilmore (1931), 345 Ill. 28, 46,**
**177 N.E. 710, in re: Alschunder (1944), 388 Ill. 492, 503-04; Blacks Law Dictionary**
**594 (5th ed. 1979).**  *"Fraud encompasses a broad range of human behavior,*
*including\*\*\*anything calculated to deceive,\*\*\* whether it be by direct falsehood or by*
*innuendo, by speech or by silence, by word of mouth or by look or gesture."*
*"The general rule is that an unconstitutional statute, though having the form and*
*name of law, is in reality no law, but wholly void, and ineffective for any purpose; since*

19

*__unconstitutionality dates from the date of the decision so branding it.__ __No one is bound__ __to obey an unconstitutional law and no courts are bound to enforce it".__* **16 Am Jur 2d, Sec. 177 late 2d 256**

4)   Civil Rights Act (1866, et al), Sec. 2

*"Any person who, under color of law, statute, <u>ordinance,</u> regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any state or territory to the deprivation of any right secured or protected by this act..."*

The town council, including those they have directed, who willingly complied, and the town attorney, are to be held to these articles, amendments, and uncontestable precedents, as they are expected to not only know the truth, but to honor it. By their effort to subjugate any citizens' sovereignty, they have, are, and continue in committing acts heretofore labeled as stated above. There is no way imaginable that they can, to any legal extent, claim their actions as positive law, it is repugnant! <u>All cases sited are established precedent and uncontestable fact</u>! Further law which may be found:

USC 18, 214 (Conspiracy), 242 (Color of law), 1584 (Forced servitude), 1554, (bondage), 1589 (Forced Labor); USC 42, 1982, 3 (violation of rights), 2000d (Federal obligations);

UCC 201-1-43 (Et al) (Right to contract, no obligation).

Lochner v. New York 198 US 45 (1905) Right to contract, benefit from personal labor There can be no argument against this truth as it is the truth.  I, the defendant, have never Authorized or signed a contract with the council that they might in turn think they have any claim on myself or my sovereignty.  Registering to vote is an exercise of right, not a contract.  Voluntary payment of requested funds is not a contract.   In fact, stating again, I

20

have informed the town, upon entering the town of Ocean View for and as my residence, and again numerous times over the years, they are expressly forbidden to even think such a thought, let alone a contract. Simply stated, the town council never had the authority they have claimed, nor acted in a constitutional manner. Therefore, they cannot insist the court hear the case. The court is bound and has a duty to not only dismiss their attempts to subvert the sovereignty of the citizens and constitution, but to further chastise and otherwise address them for their efforts to deny any and all rights, and for their continuing efforts to subjugate the citizenry.

They have attempted to thwart the constitution by violating the rights of the citizens under conspiracy and Color of law acts, and are guilty of violating others not mentioned herein. Other shortcomings are mentioned simply to make a prima fascia case for the defendant with a preponderance of uncontestable precedent and established fact.

Quo warranto (By what authority).

*"If you want to make someone angry, tell them a lie; If you want to make them furious, tell them the truth."* Ben Franklin

The burden of proof lies with him who asserts the fact, not with him who denies it, because from the very nature of things a negative cannot be proof. The council cannot prove its charge. It has, however, proven the defendants.

*"You have rights antecedent to all earthly governments; Rights that cannot be repealed or restrained by human laws; right derived from the Great Legislator of the Universe".*

John Adams

*"The whole of the Bill of Rights is a declaration of the right of the people at large or considered as individuals..., It establishes the rights of the individual as unalienable and*

21

*which consequently, no majority has a right to deprive them of*. Albert Gallatin, 1789

**Constructive Notice**: Notice arising by Presumption of law from the existence of facts and circumstances that a party had a duty to take notice of... notice presumed by law to have been acquired by a person and thus imputed to that person. **Black's law**

**Dictionary, Seventh Edition.**

Otherwise stated, the council, and for a fact the councils council, being in the position they asked for, had a duty to know and honor their duty; which, simply stated, is the protection of the sovereignty and rights of citizens against any and all encroachments.

We ask this Honorable court to Dismiss with prejudice the councils action.

Argumentum ab authoritate est fortissimun in lege   *"An argument drawn from authority (Supreme Court) is the strongest in law"*  Co. Litt. 254

22

# LIBERTY WATER

### CONTRACT

THIS AGREEMENT, made and entered into this First day of
June, 2002, by and between Liberty Water Company, the
Seller, and Mr./Mrs. Brown, the Buyer:

1.  The seller hereby undertakes to transfer and deliver
to the buyer on or before June 1, 2002, the following
described goods:

A. All that water as needed for whatever reason in/on
the premises known as #4 New Castle Court, Ocean View,
Delaware, 19970, for an unspecified term of time, or until one party or the
other shall cause it to terminate, and in consideration of the sum of whatever
cost is necessary for the operation of the Liberty Company water pump;

B. plus any cleaning or other maintenance as may arise;

C. with the understanding that Liberty Water is and shall
remain the sole provider for said premises and adjacent lands.

D. Liberty Water Company shall not realize a profit, nor shall
it realize a loss.

2.  The buyer hereby undertakes to accept the goods and
pay for them in accordance with the terms of the contract.

3.  It is agreed that identification shall not be deemed
to have been made until both the buyer and the seller have
agreed that the goods in question are to be appropriated to
the performance of the contract with the buyer.

4. The buyer shall make payment for the goods at the
time when and at the place where the goods are received by
him, or as the billing cycle dictates.

5. Goods shall be deemed received by the buyer when
received by him at the premises located at #4 New Castle Court,
Ocean View, Delaware, 19970.                           .

6. The risk of loss from any casualty to the goods
regardless of the cause thereof shall be on the seller until
the goods have been accepted by the buyer.

7. The seller warrants that the goods are now free and
at the time of delivery shall be free from any security
interest or other lien or encumbrance.

8. The seller further warrants that at the time of
signing this contract he neither knows nor has reason to
know of the existence of any outstanding title or claim of
title hostile to his rights in the goods.

9. The buyer shall have the right to examine the goods
on arrival, and within  one (1) business days after such delivery
he must give notice to the seller of any claim for damages
on account of the condition, quality, or grade of the
property, and must specify the basis of his claim in detail.
The failure of the buyer to comply with these rules shall
constitute irrevocable acceptance of the goods.

10. Executed in duplicate, one copy of which was
delivered to and retained by the buyer, the day and year
first above written.

/S/..........................
/S/..........................

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
**CLERK**

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**RE:    C.A.#** 0 8 ‒ 1 7 1 ⸰

**CASE CAPTION:** _Brown_ **v.** Town of Ocean View

# ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received  **3 ‒ 26 ‒ 08**        Signed: _Walter Brown_
by Plaintiff:                                            Pro Se Plaintiff

Date Received  **3 - 26 - 08**         Signed: _Beth Dunn_
by Clerk's office:                                       Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04