Motion to Show Cause:  08 - 1 7 1

To Whit: The Petitioner asks that the court subpoena the elected members of the Ocean View Town Counsel to Personally answer the complaint brought before the court by the petitioner. The elected members of the Ocean View Town Council, acting outside their responsibility, in a conspiratorial manner, and in contravention of the constitution, has violated their oath of office, and the rights of the (Constitutional) citizens of Ocean View, as guaranteed by the several constitutions, and otherwise committed several illegal acts upon the people of Ocean View as expressed below.

*The violations include*:
Fraud,
Denial of guaranteed Constitutional rights,
Confiscation of private property,
Right to contract (or not),
Color of Law,
Conspiracy,
Attempt to sell into involuntary servitude and/or bondage,
Exercise of guaranteed constitutional right being made a crime,
Denial of use of private property,
Deliberately enacting ordinances that are contrary to guaranteed constitutional rights,
Threatening monetary punishment for failure to pay extortion,
Disregarding their responsibility and the people's sovereignty as the only proper constituted authority.

Facts of Complaint:

The elected Town Council of Ocean View has, over the last 6 plus years, enacted ordinances in contravention of the Constitution, as well as neglected to adhere to their oath, and their responsibility (Malfeasance, Misprision). Most ordinances have been enacted without proper authority. While most of the ordinances are arrived at without proper authority, many others cause undo harm. Among these illegal ordinances and actions, one in particular is so repugnant and deceitful as to be especially harmful to numerous (Constitutional) citizens residing in Ocean View in uncontestable contravention of the constitution.

The elected arranged for a survey under the guise of a vote for the purpose of getting a count with the intent of developing a basis for pursuing a public water company. Using the results as permission, the elected Ocean View Council Members then, against specific instructions to not act as they were, acted in a manner to cause the people harm in that they proceeded to arrange for the creation of a "Public Water Company". Participation via stocks and/or bonds was denied. The creation was stated as filling a need, while in fact it first denied the residents their right to contract, then denied their right to use their property as they desired.

Despite numerous complaints and being specifically ordered not to, the elected took it upon them selves to contract for funding which further caused hardship upon the people. As their previous actions had caused their self-dismissal, they alone are responsible for repayment of

any funding and expenditures. However, despite being so told, the elected members of the Ocean View Town Council instead refused to step down, stating that as the elected, they alone were entitled. Their oligarchic behavior further was repugnant to the duly constituted authority, and the constitution itself.

Instead, they further enacted ordinances restricting the rights of the people, demanded mandatory connection (despite the people currently exercising their right), including the confiscation of private property; demand for payment (Or else), and in all intentions acted as an oligarchy demanding the surrender of rights guaranteed under the constitution. Those violations of rights are listed above. The supporting statutes and case law are cited below. They were personally informed over the years both publicly and privately, with both speech and in writing, as to the extent of their criminal actions. They in all ways acted as a private club.

Yes, some people want a source of water other than their personal well. Many others have demanded that the choice to participate (To contract or not to contract) remain their own. Most want to exercise their right to say no without punishment. Still others do not want any association with the actions of the Town Council of Ocean View in any way. In any case, almost all the people want them held solely responsible for their actions.

The elected Town Council of Ocean View's response, uttered by the Town attorney on their behalf (Himself included), was "Really, I don't care." As a direct result of their actions, the town is now next to bankrupt, the guarantees of the constitution are being deliberately denied, and the people are suffering both financial hardship and threats to force compliance. The only people responsible for their actions and their debts are the council members themselves.

Regardless of the straw that broke this citizens patience, the fact that the elected members of the Ocean View Council have to date, and are continuing to violate the constitution, and the guaranteed rights of all the people of Ocean View, is in and of itself grounds to demand they be held accountable. The elected have provably violated all those points as listed under the supporting information section, including appropriate and uncontestable U.S. Supreme Court decisions which alone make their actions a violation, at the end of this motion. The section above restate those crimes as annotated under the supporting information.

*Supporting information regarding the extent of the violations:*

Preamble of all,
Constitution of the Republic of the United States of America
Constitution of the State of Delaware
Founding Charter of the Town of Ocean View

| | |
|---|---|
| Article 4, Section 4 | (Only acceptable form of government to be practiced by ALL Levels of government) |
| Article 1 | (Limitations of Congress) |
| Article 2 | (Limitations on Executive) |
| Article 3 | (Limitations on Judicial) |
| Article 6 | (Supreme law of the land, no rule to be in contradiction) |

| | |
|---|---|
| Amendment 4 | (Secure in Person, Property, Possessions) |
| Amendment 5 | (Private property for public use and proper remuneration) |
| Amendment 9 | (All rights not specifically mentioned still reside with the citizen) |
| Amendment 10 | (All rights not enumerated to the Federal government are retained by the state and citizen) |
| NOTE: | (Amendment 9 is before Amendment 10) |
| Amendment 13 | (Involuntary Servitude) |

| | |
|---|---|
| Civil Rights Act 1866, 1877, et. al. | (Denial of rights) |
| 16 C.J.S. Constitutional Law, section 202, p. 987 | (Guarantees of Constitution) |
| 16 Am. Jur. 2nd, section 70 | (Guarantees of constitution) |
| Bouvier's Law Dictionary, 1870 pp 622-625 | (Rights granted, State (Town) cannot Deny) |
| 23 Am Jur 2d | (Fraud) |
| Black's Law Dictionary 594 (5th ed. 1979) | (Fraud) |
| 16 Am Jur 2d, Sec. 177 late 2d 256 | (No one is bound to obey an unconstitutional act... & it cannot be Enforced) |

Black's Law Dictionary, Seventh Edition: Constructive Notice – Notice arising by Presumption of law from the existence of facts and circumstances that a party had a Duty to take notice of... notice presumed by law to have been acquired by a person and thus imputed to that person. The elected, upon hearing the truth, had a duty to obey that truth.

**Uncontestable Case Law:**

*Sovereignty, Proper Government:*
Chisholm v Georgia, 2 U.S. 419, 421- (1793)
Miranda v Arizona, 384 U.S. 436, 491 (1966)

*Right to own & use of property, Sacred and Inviolable:*
Redfield v Fisher, 135 Or. 180 292 P. 813, 819 (1930)
Jerome H. Sheip Co. v Amos, 100 Fla 863, 130 So. 699, 705 (1930)
Butchers Union v Crescent City, 111 US 746, 756 (1884)

*Deliberately acting outside their jurisdiction is called Treason:*
IN  MOTION  TO  DISMISS

*Federal & State (Town) may not impede citizen's Rights to own and use property, labor:*
McCulloch v Maryland, 4 Wheat 316
Harmon v Forennius, 380 U.S. 528, 540-541 (1965)

*Fraud and Deceit:*
Morrison v Coddington, 662 P. 2d. 155, 135 Ariz. 480 (1983)
U.S. v Prudden, 424 F. 2d. 1021; & U.S. v Tweed, 550 F. 2d. 297, 299, 300 (1977)

U.S. v Clapps, 732 F.2d 1148, 1152 (CA3 1984)
U.S. v States, 488 F2d 761, 764 (CA8 1973) McInnes v Sutliff, 241 111 521, 89 NE 651
Nudd v Barrows, 91 US 426
Boyce v Grundy, 3 Pet, 210
U.S. v Throckmorton, 98 US 6
Shushan v US, 117 F.2d 110 (CAS)

*Unconstitutional legislation not valid*:
Marbury v Madison, 5 U.S. 137 (1803)
Frost & Frost Trucking Co. v Railroad Comm'n of California, 271 U.S. 583
Smith v Allwright, 321 U.S. 649, 664
U.S. v Will, 449 U.S. 200,
Norton v Shelby County, 118 US 425 p442

*Right to Contract (or not), Associate*:
Coppage v State of Kansas, 236 U.S. 1, 23-24 (1915)
Meyer v State of Nebraska, 262 U.S. 390, 399 (1923)
Hale v Henkle, 201 U.S. 43 at 74
Truax v Corrigan, 257 U.S. 312, 348 (1921)
Adair v US, 293, 208 U.S. 161 (1908)

*Related:*
Gitlow v New York, 268 US 652
Palako v Connecticut, 302 US 319, 324
Cantwell v Connecticut, 310 US 296, 303
Staub v City of Baxley, 355 US 313, 321
Regenold v Baby Fold Inc., 68 ILL.2d 419, 435

*No office or level of government may charge a fee for the enjoyment of a Right*:
McGoldrick v Berwind-White Minning Co., 309 US 33 56-58
Murdock v Commonwealth of Penn., 319 US 105, at 113; 63 S Ct at 875; 87 L Ed at 1298 (1943)

*Exercise of a Right cannot be made a crime*:
Miller v US, F. 486, 489
Boyd v US, 116 US 616 (1885)

United States Code Title 5, section 301, 559 Cl.2  (Statute may Not operate in derogation
                                                   Of the Constitution)
United States Code Title 18, section 241      (Conspiracy to Deny Rights)
United States Code Title 18, section 242      (Color of Law)
United States Code Title 18, section 1584     (Involuntary servitude)
United States Code Title 18, section 1589     (Forced Labor)
United States Code Title 18, section 1985(3)  (Threat of deprivation of right)
United States Code Title 42, section 1983     (Civil action for depravation of Rights)
United States Code Title 42, section 2000d    (Right to Contract)

| | |
|---|---|
| Uniform Commercial Code section 1-201 | (Right to Contract) (ex: 2, 17, 20, 41) |
| Uniform Commercial Code section 1-201 | (1-43; No obligation) |
| Uniform Commercial Code section 1-202 | (All applicable acting ref: without authority) |
| Uniform Commercial Code section 1- | (All applicable sections ref: unauthorized Contract) |

Written Notice of Retention of Rights delivered to Ocean View Town Council
History of Complaints Ref: Violation of Rights
Related Motion to Dismiss
Liberty Water Contract
State and Town preamble

Possible future notices depending on research:
Racketeer Influenced Corrupt Officials act   (RICO)
United States Code Title 42, section 1982, 3631, 1441

I therefore are petitioning the court for an Order to Show Cause to be directed to the Council Members of the Town of Ocean View, PERSONALLY, (Both presently holding office and previously holding office as necessary) for the purpose of maintaining my (our) rights as guaranteed by the constitution, without fear or punishment, and in freedom and Liberty, to live as a citizen as the constitution guarantees.


Respectfully, Wally Brown