IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALTER BROWN, | : | |
|     Plaintiff, | : | |
| v. | : | Civ. No. 08-171-JJF |
| TOWN OF OCEAN VIEW, | : | |
|     Defendant. | : | |

### ORDER

WHEREAS, Plaintiff proceeds pro se and has paid his filing fee (D.I. 1);

WHEREAS, it is Plaintiff's responsibility to serve Defendant with process in accordance with Fed. R. Civ. P. 4;

WHEREAS, on March 26, 2008, Plaintiff filed a Motion To Show Cause and asked the Court to subpoena members of the Ocean View Town Counsel to personally answer the Complaint (D.I. 2);

WHEREAS, an answer to the Complaint is not required until after service upon Defendant, and only a named defendant is required to file an answer;

THEREFORE, at Wilmington this 16 day of April, 2008, IT IS ORDERED that the Motion To Show Cause (D.I. 2) is **DENIED**.

                                                                                _____  
                                                                         UNITED STATES DISTRICT JUDGE