IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER BROWN, | : |
|     Plaintiff, | : |
| v. | : Civ. Action No. 08-171-JJF |
| TOWN OF OCEAN VIEW, | : |
|     Defendant. | : |

## SHOW CAUSE ORDER

The Complaint in the above-captioned case having been filed on March 26, 2008;

IT IS ORDERED that, on or before **September 5, 2008**, Plaintiff shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the Complaint, pursuant to Fed. R. Civ. P. 4(m).

    8-13-08
    DATE                                                UNITED STATES DISTRICT JUDGE