Office of the Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware 19801-3570
Clerk of the Court
For Judge Farnan



Dear Judge Farnan,

In response to you inquiry, Ref: Brown v Town of Ocean View 1:08-cv-00171, JJF Please be aware of the following.

The original motion was listed against the Town Of Ocean View, specifically Mayor Gary Meredith. The council was named only as needed.

Your question is why should this go forward. One. The severity of the violations is such that to dismiss this motion would be wrong, as answers are needed. We the aggrieved ask that the motion see fruition.

Two. The compassion of the plaintiffs is also apparent in that we are asking simply for a Show Cause where the Mayor's wrong actions and violations are concerned, and the resultant vacating of his decisions, rather than in vindictiveness or for monetary gain.

We have attempted to construct the motion to Show Cause in compliance with your points, so the motion may go forward. To this end we believe we have complied.

The motion now lists all the plaintiffs, including those who were behind the scene on the original motion. As the mayor is no longer in office, the motion now lists former mayor, Gary Meredith, specifically, which is one of the corrections asked for.

The motion has been corrected throughout, including the request for waiver of service of summons. The motion is attached to this letter.

Should there still be an error, please tell us so we may correct it. Please do not dismiss this motion. It cries for redress of grievance.

Please inform us when you are ready for us to proceed with the service of the summons, or would you prefer the clerk of the court to mail the waiver request. Should we deliver via USPS, we will deliver to the clerk of the court the recipients signature and a copy of all returned papers as we receive them. We have a process server available should you desire that action instead.

Thank you for your patience and correction.

                                      Sincerely,
                                      Walter Brown et. al.

