NOTICE OF MOTION TO SHOW CAUSE AND REQUEST FOR WAIVER OF SUMMONS

Walter Brown, *Sui Juris*
#4 New Castle Court
Ocean View  19970
Delaware, USA

*In Propria Persona*

All Rights Reserved
without Prejudice

FILED
AUG 2 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District Court

Judicial District for Delaware

| | | |
|---|---|---|
| Walter  Brown, | ) | No. 1:08 cv 00171   (JJF) |
| Lloyd Roberts, | ) | |
| Sondra Waite, | ) |  UNA Brown v. Meredith |
| William Hoffman, | ) | |
| Joseph Cane, | ) | |
| Edward B. Walsh | ) | |
| Gary H. Biddinger | ) | |
|      Plaintiffs, | ) | |
| | ) | NOTICE OF MOTION TO SHOW CAUSE |
| | ) | AND REQUEST FOR WAIVER OF |
| v. | ) | SERVICE OF  SUMMONS |
| | ) | |
| Gary Meredith, | ) | |
| Former Mayor, | ) | |
| Town of Ocean View 19970 | ) | |
| Delaware USA | ) | |
|      Defendant | ) | |
| | ) | |

NOTICE OF MOTION TO SHOW CAUSE
AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:  Gary Meredith
     35 N. Primrose Lane
     Ocean View 19970
     Delaware, USA

A Motion to Show Cause has been commenced against you.

A copy of the **MOTION** is attached to this **NOTICE**.

It has been filed in the United States District Court for the Judicial District of Delaware in Wilmington, Delaware, and has Been assigned docket number 1:08 cv 00171 (JJF).

This is not a formal **SUMMONS** or notification from the Court, But Rather My request that you sign and return the enclosed **WAIVER OF SERVICE OF SUMMONS** (Plaintiffs copy), in order to save the cost of serving you with a Judicial **SUMMONS** and an additional copy of the **MOTION**.

The cost of service will be avoided if I receive from you a signed copy of the **WAIVER** within 30 days after the date on which this **NOTICE AND REQUEST** was sent. See below, above signature of unrepresented Plaintiffs.

I enclose a stamped and addressed envelope for your use.

An extra copy of the **WAIVER** is also attached, for your records (see Defendants copy).

If you comply with this request and return the signed **WAIVER**, It will be filled with the court and no **SUMMONS** will be served on you.

The action will then proceed as if you had been served on the date the **WAIVER** is filled, except that you will then be obligated to answer the **MOTION** within 60 days from the date on which this **NOTICE** was sent.

If you do not return the signed **WAIVER** within the time Indicated, I will take formal steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and I will then, to the extent

authorized by those Rules, ask the court to require you to pay the full cost of such service.

In that connection, please read the attached statement concerning the <u>duty of parties</u> to waive the service of the summons, which is set forth at the foot of the **WAIVER** form.

I affirm that this request is being sent to you on behalf of the Plaintiffs, this   day of August, 2008 AD.

_____SEE BELOW_____
Signature of Unrepresented Plaintiffs


Walter Brown _[signed] Walter Brown 8/23/08_
Lloyd Roberts _[signed] Lloyd Roberts_
Sondra Waite _[signed] Sondra Waite 8/22/08_
William Hoffman _[signed] W. C. Hoffman 8/25/08_
Joseph Cane _[signed] Joseph Cane 8/26/08_
Edward B. Walsh _[signed] Edward B. Walsh_
GARY H. Biddinger _[signed] Gary H. Biddinger 8/25/08_

**WAIVER OF SERVICE OF SUMMONS** (Defendants Copy)

To: Walter Brown, Lloyd Roberts, Sondra Waite, William Hoffman. Joseph Cane, Edward B. Walsh, Unrepresented Plaintiffs.

I acknowledge receipt of your request that I waive service of a **SUMMONS** in the action of Brown, Roberts et. al., v. Meredith, which is docket number 1:08 cv 00171 (JJF) in the United States District Court Judicial District for Delaware (Wilmington).

I have also received a copy of the Complaint in this action, two copies of this instrument, and a means by which I can return the signed **WAIVER** to you without cost to me.

I agree to save the cost of serving a **SUMMONS** and an additional copy of the **MOTION** in this motion by not requiring that I be served with judicial process in the manner provided by FRCP.

I will retain all defenses or objections to the motion or to the jurisdiction or venue of the Court, except for objections based on a defect in the **SUMMONS** or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under FRCP is not served upon you within 60 days after August____2008 A.D., or within 90 days after the date, if the request was sent outside the United States of America.

Date:_____Signature:_____

Printed/typed name:_____

In my capacity as:_____

Of (entity name):_____

**Duty to Avoid Unnecessary Costs of Service of Summons**

The Federal Rules of Civil procedure requires certain parties to cooperate in saving unnecessary costs serving the **SUMMONS** and **MOTION.**

All defendants located in the United States of America, after being notified of an action and asked by the plaintiffs located in the United States of America to waive service of a summons, who fail to do so, will be required bear the cost of such service, unless good cause be shown for their failure to sign and return the **WAIVER.**

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place, or in a court that lacks jurisdiction over the subject matter of the action, or over it's person or property.

A party who waives service of the **SUMMONS** retains all defenses and objections (except any relating to the **SUMMONS** or to the service of the **SUMMONS**), and may later object to the jurisdiction of the Court, or to the place where the action has been brought.

Defendants who waive service <u>must</u>, within the time specified on the **WAIVER** form, serve on the Unrepresented Plaintiffs a response to the COMPLAINT (e.g. answer or motion), and must also file a signed copy of their response with the Court.

If a response is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to respond than if the **SUMMONS** had been actually served when the request for waiver of service was received.

WAIVER OF SERVICE OF SUMMONS    (Plaintiffs copy)

TO: Walter Brown, Lloyd Roberts, Sondra Waite, William Hoffman, Joseph Cane, Edward B. Walsh, Unrepresented Plaintiffs.

I acknowledge receipt of your request that I waive service of a **SUMMONS** in the action of Brown, Roberts, et.al., which is docket number 1:08 cv 00171 (JJF) in the United States District Court Judicial District of Delaware (Wilmington).

I have also received a copy of the **MOTION** in this action, two copies of this instrument, and a means by which I can return the signed **WAIVER** to you without cost to me.

I agree to save the cost of serving a **SUMMONS** and an additional copy of the **MOTION** in this motion by not requiring that I be served with judicial process in the manner provided by FRCP.

I will retain all defenses or objections to the motion or to the jurisdiction or venue of the Court, except for objections based on a defect in the **SUMMONS** or in the service of the **SUMMONS**.

I understand that a judgment may be entered against me if an answer or motion is not served upon you within 60 days after August _____ 2008 A.D., or within 90 days after that date if the request was sent outside the United States f America.

Date:_____Signature:_____

Printed/typed name:_____

In my capacity as:_____

Of (entity name):_____

WAIVER OF SERVICE OF SUMMONS  (Plaintiffs copy)

TO:  Walter Brown, Lloyd Roberts, Sondra Waite, William Hoffman, Joseph Cane, Edward B. Walsh, Unrepresented Plaintiffs.

I acknowledge receipt of your request that I waive service of a **SUMMONS** in the action of Brown, Roberts, et.al., which is docket number 1:08 cv 00171 (JJF) in the United States District Court Judicial District of Delaware (Wilmington).

I have also received a copy of the **COMPLAINT** in this action, two copies of this instrument, and a means by which I can return the signed **WAIVER** to you without cost to me.

I agree to save the cost of serving a **SUMMONS** and an additional copy of the **COMPLAINT** in this motion by not requiring that I be served with judicial process in the manner provided by FRCP.

I will retain all defenses or objections to the motion or to the jurisdiction or venue of the Court, except for objections based on a defect in the **SUMMONS** or in the service of the **SUMMONS**.

I understand that a judgment may be entered against me if an answer or motion is not served upon you within 60 days after August _____2008 A.D., or within 90 days after that date if the request was sent outside the United States f America.

Date:_____Signature:_____

Printed/typed name:_____

In my capacity as:_____

Of (entity name):_____

Motion to Show Cause: 1:08 cv 00171 – UNA  Brown v. Meredith (JJF)

To Whit: The Petitioners, acting Propria Persona, ask that the court subpoena the former Mayor of the Town of Ocean View, Gary Meredith, to <u>Personally</u> answer the complaint brought before the court by the petitioners.  The former Mayor of the Town of Ocean View, Gary Meredith, Chairman of the Town Council, acting outside his responsibility, in a conspiratorial manner with the town council, and in contravention of the constitution, has violated his oath of office, and the rights of the (Constitutional) citizens of Ocean View as guaranteed by the several constitutions, and otherwise committed several illegal acts upon the people of Ocean View as expressed below.

> *The violations include*:
> Fraud,
> Denial of guaranteed Constitutional rights,
> Confiscation of private property,
> Right to contract (or not),
> Color of Law,
> Conspiracy,
> Attempt to sell into involuntary servitude and/or bondage,
> Exercise of guaranteed constitutional right being made a crime,
> Denial of use of private property,
> Deliberately enacting ordinances that are contrary to guaranteed constitutional rights,
> Threatening monetary punishment for failure to pay extortion,
> Disregarding their responsibility and the people's sovereignty as the only proper constituted authority.

Facts of Complaint:

The former Mayor of the Town of Ocean View, Gary Meredith, over the last 6 plus years, enacted ordinances in contravention of the Constitution, as well as neglected to adhere to his oath, and responsibility (Malfeasance, Misprision).  These ordinances have been enacted without proper authority.  While these ordinances are arrived at without proper authority, many cause undo harm.  Among these illegal ordinances and actions, one in particular is so repugnant and deceitful as to be especially harmful to numerous (Constitutional) citizens residing in Ocean View in uncontestable contravention of the constitution.

1

The former Mayor, Gary Meredith, arranged for a survey under the guise of a vote for the purpose of getting a count with the intent of developing a basis for pursuing a public water company. A Cooperative Public Water Company had previously been arranged for, but was deliberately discarded. Using the results as permission, the former Mayor of the Town of Ocean View, Gary Meredith, then, against specific instructions to not act as he was, acted in a manner to cause the people harm in that he proceeded to arrange for the creation of a "Public Water Company". Public participation via stocks and/or bonds was then denied which eliminated the public from participation. The creation was stated as filling a need, while in fact it first denied the residents their right to contract, then denied their right to use their property as they desired.

Despite numerous complaints and being specifically ordered not to, Gary Meredith took it upon himself to then contract for funding which further caused hardship upon the people. As his previous actions had caused his self-dismissal, he alone is responsible for repayment of any funding and expenditures. However, despite being so told, the former Mayor of the Town of Ocean View instead refused to step down, stating that as the Elected Mayor, he (and the council) alone were entitled. Their oligarchic behavior further was repugnant to the duly constituted authority, and the constitution itself.

Instead, he further enacted ordinances restricting the rights of the people, including a request to the State of Delaware Public Service Commission to forbid the residents from exercising their existing right to "Opt out" of any water system, demanded mandatory connection (despite the people currently exercising their right), including the confiscation of private property; demand for payment (Or else), and in all intentions acted as an oligarchy demanding the surrender of rights guaranteed under the constitution.

Those violations of rights are listed above. The supporting statutes and case law are cited below. The then Mayor (Chairman of the Town Council) was personally informed over the years both publicly and privately, with both speech and in writing, as to the extent of those criminal actions. The Mayor, Gary Meredith, (with the town council) in all ways acted as a private club.

Yes, some people want a source of water other than or in addition to their personal well. Many others have demanded that the choice to participate (To contract or not to contract) remain their own. Most want to exercise their right to say no without punishment. Still others do not want any association with the actions of the Town Council of Ocean View in any way. In any case, almost all the people want them held solely responsible for their actions.

The then elected Mayor of the Town of Ocean View's response, uttered by the Town council's attorney on their behalf (Himself included), was "Really, I don't care." As a direct result of those actions, the town is now next to bankrupt, the guarantees of the constitution are being deliberately denied, and the people are suffering both financial hardship and threats to force compliance. The only people responsible for those actions and their debts is the then Mayor of the Town of Ocean View, Gary Meredith, acting on behalf of and as the chairman of the Town Council.

Regardless of the straw that broke this citizens patience, the fact that the then elected Mayor and chairman of the Ocean View Town Council, Gary Meredith, has, and until the end of his term of office, did continue to violate the constitution, and the guaranteed rights of all the people of Ocean View, is in and of itself grounds to demand he be held accountable. The then elected Mayor, Gary Meredith, has provably violated all those points as listed under the supporting information section, including appropriate and <u>uncontestable U.S. Supreme Court decisions</u> which alone make their actions a violation, at the end of this motion. The section above restates those crimes as annotated under the supporting information.

*Supporting information regarding the extent of the violations*:

Preamble of all,
Constitution of the Republic of the United States of America
Constitution of the State of Delaware
Charter of the Town of Ocean View (Not the Founding Charter)

| | |
|---|---|
| Article 4, Section 4 | (Only acceptable form of government to be practiced by ALL Levels of government) |
| Article 1 | (Limitations of Congress) |
| Article 2 | (Limitations on Executive) |
| Article 3 | (Limitations on Judicial) |

3

| | |
|---|---|
| Article 6 | (Supreme law of the land, no rule to be in contradiction) |
| Amendment 4 | (Secure in Person, Property, Possessions) |
| Amendment 5 | (Private property for public use and proper remuneration) |
| Amendment 9 | (All rights not specifically mentioned still reside with the citizen) |
| Amendment 10 | (All rights not enumerated to the Federal government are retained by the citizen and then the state) |
| NOTE: | (Amendment 9 is before Amendment 10) |
| Amendment 13 | (Involuntary Servitude) |
| Amendment 14 | (Equal protection) |

| | |
|---|---|
| Civil Rights Act 1866, 1877, et. al. | (Denial of rights) |
| 16 C.J.S. Constitutional Law, section 202, p. 987 | (Guarantees of Constitution) |
| 16 Am. Jur. 2nd, section 70 | (Guarantees of constitution) |
| Bouvier's Law Dictionary, 1870 pp 622-625 | (Rights granted, State (Town) cannot Deny) |
| 23 Am Jur 2d | (Fraud) |
| Black's Law Dictionary 594 (5th ed. 1979) | (Fraud) |
| 16 Am Jur 2d, Sec. 177 late 2d 256 | (No one is bound to obey an unconstitutional act…& it cannot be Enforced) |

*Black's Law Dictionary, Seventh Edition: Constructive Notice* – Notice arising by Presumption of law from the existence of facts and circumstances that a party had a Duty to take notice of…notice presumed by law to have been acquired by a person and thus imputed to that person. The elected, upon hearing the truth, had a duty to obey that truth.

~ **Uncontestable Case Law**: ~

*Sovereignty, Proper Government*:

**Chisholm v Georgia, 2 U.S. 419, 421- (1793)** "As a citizen, I know the government of that state to be *Republican*; and my short definition of such a government is, one construed on the principle that the *Supreme Power resides with the body of the people*."

"We, the People of the United States, do hereby ordain and establish this constitution. Here we see the people acting *as Sovereigns of the country*; and in a language of *Sovereignty*, establishing a constitution by which it was their will that the *State Governments (therefore the town) should be bound, and need to conform*."

"The *Sovereignty* of the nation is in the people of the nation, and the residuary

4

*Sovereignty of each state is in the people of each state.*"

"At the revolution, the *Sovereignty devolved on the people, and they are the sovereigns of the country.*"

The people of the nation, the states, the counties, the towns, are the Sovereigns; and no one may in any way deny that fact.

"There can be *no limit* on the power of *the people* of the United States. *By their authority* the state constitutions were made, and *by their authority* the constitution of the United States was established."

**Miranda v Arizona, 384 U.S. 436, 491 (1966)** "Where rights secured by the Constitution are involved, *there can be no rule or legislation which would abrogate them.*"

**Hertado v California, 110 US 516** *"The state (Town) cannot diminish rights of the people."*

*Right to own & use of property, Sacred and Inviolable*:

**Redfield v Fisher, 135 Or. 180 292 P. 813, 819 (1930)** "The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the *individual rights to live and own property are natural rights* for the enjoyment of which a tax cannot be imposed."

**Jerome H. Sheip Co. v Amos, 100 Fla 863, 130 So. 699, 705 (1930)** "A man is free to lay his hand upon his own property. *To acquire and possess property is a right, not a privilege...*" Property includes money.

**Butchers Union v Crescent City, 111 US 746, 756 (1884)** "It has been well said that the property which every man has is his own labor, as it is the original foundation of all other property, *so it is the most sacred and inviolable.*" Money is property.

**Barbour v Connolly, 113 US 27, 31** "There should be no *arbitrary depravation* of Life

5

or Liberty…" Yick Wo v Hopkins, 118 US 356

**Davis v Massachusetts, 167 US 43** "Moreover, a distinction must be observed between the regulation of an activity *which may be engaged in as a matter of right* and one carried on by a government sufferance of permission." Pachard v Banton, supra

*Deliberately acting outside their jurisdiction is called Treason*:

**US v Will, 449 US 200** "We have no more right to decline the exercise of jurisdiction which is given, *than to usurp that which is not given*. The one or the other would be *treason to the constitution*."

*Federal & State (Town) may not impede citizen's Rights to own and use property, labor*:

**McCulloch v Maryland, 4 Wheat 316** "The right of the state (Town) to impede or embarrass the constitutional operation of the U.S. Government or *the rights which the citizen holds under it has been uniformly denied*."

**Harmon v Forennius, 380 U.S. 528, 540-541 (1965)** "It has long been established that a state (Anyone) *may not impose a penalty upon those who exercise a right guaranteed by the constitution*."

**Hoke v Henderson, 15 NC 15** "To be that statute which would *deprive a Citizen of the rights of person or property*, without a regular trial, *according to the course and usage of the common law, would not be the law of the land*."

*Fraud and Deceit*:

**Morrison v Coddington, 662 P. 2d. 155, 135 Ariz. 480 (1983)** "Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking an untruth."

**U.S. v Prudden, 424 F. 2d. 1021; & U.S. v Tweed, 550 F. 2d. 297, 299, 300 (1977)** "Silence can only be equated with fraud when there is a legal and moral duty to speak or when

6

an inquiry left unanswered would be intentionally misleading… *This sort of deception will not be tolerated and should <u>be corrected immediately</u>."*

**Norton V Shelby County, 118 US 425 p358** "This is the approach that has been taken by each of the Courts of Appeals that has addressed this issue: *<u>schemes to defraud include those designed to deprive individuals, the people, or the government of intangible rights, such as the right to have public officials perform their duties honestly."</u>* U.S. v Clapps, 732 F.2d 1148, 1152 (CA3 1984) U.S. v States, 488 F2d 761, 764 (CA8 1973)

McInnes v Sutliff, 241 111 521, 89 NE 651 "Fraud destroys the validity of everything into which it enters."

**Nudd v Barrows, 91 US 426** "Fraud vitiates everything."

**Boyce v Grundy, 3 Pet, 210** "Fraud vitiates the most solemn contracts, documents and even judgments." U.S. v Throckmorton, 98 US 6   Shushan v US, 117 F.2d 110 (CAS)

*Unconstitutional legislation not valid*:

**Marbury v Madison, 5 U.S. 137 (1803)** 'The powers of the legislature are defined and limited, and that *those limits may not be mistaken, or forgotten, <u>the constitution is written</u>.*" "A act repugnant to the constitution is void, and the courts, *<u>as well as other departments</u>, are **bound** by that instrument."*

Nothing uttered is legal where it violates the constitution. Not then, not now. Especially where the form of government being used is repugnant. Job #1 of every branch and level of government is the guarantee of the citizens sovereignty without infringement (*Insure Domestic Tranquility*). Any attempt, every attempt to usurp those citizens guarantees and the limits of government *is treason*.

**Frost & Frost Trucking Co. v Railroad Comm'n of California, 271 U.S. 583**
*"Constitutional rights would be of little value if they could be… indirectly denied."*

7

**Smith v Allwright, 321 U.S. 649, 664** *"manipulated out of existence."*

**Norton v Shelby County, 118 US 425 p442** *"An unconstitutional Act is NOT law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation as inoperative as though it had never been passed."*

**Bennett v Boggs, 1 Baldw 60** *"Statutes that violate the plain and obvious principles of common right and common reason are null and void."*

**Slote v Examination, 112 ALR 660** *"Disobedience or evasion of a Constitutional Mandate cannot be tolerated, even though such disobedience may, at least temporarily, promise in some respect the best interests of the public."* (ex: A "Public Water Company")

**Riley v Carter, 79 ALR 1018** *"Economic necessity cannot justify a disregard of Constitutional guarantee."* 16 Am.Jur. (2nd), Const. Law, Sect. 81

**Watson v Memphis, 375 US 526** *"Constitutional Rights cannot be denied simply because of hostility to their assertions and exercise; vindication of conceded Constitutional Rights cannot be made dependent upon any theory that it is less expensive to deny them than to afford them."*

*Right to Contract (or not), Associate*:

**Coppage v State of Kansas, 236 U.S. 1, 23-24 (1915)** "The court held it unconstitutional, saying: The right to follow any lawful vocation and to make contracts (Or not) is as completely within the protection of the constitution as *the right to hold property free from unwarranted seizures*, or the liberty to go when and where one will. One of the ways of obtaining property is to contract. The right, therefore, to contract (or not) *cannot be infringed by the legislature without violating the letter and spirit of the constitution.* Every citizen is protected in his right to work where and for whom he will. He may select not only his employer, *but also his associates*."

8

**Meyer v State of Nebraska, 262 U.S. 390, 399 (1923)** "Without doubt, it denotes not merely freedom from bodily restraint but *also the right of the individual to contract*, to engage in any lawful common occupation of life..."

**Hale v Henkle, 201 U.S. 43 at 74** "The individual may stand upon his <u>constitutional rights as a citizen.</u> He is entitled to carry on *his private business in his own way*. His power to contract (or not) *is unlimited*."

**Truax v Corrigan, 257 U.S. 312, 348 (1921)** "That the right to contract a lawful business, and thereby acquire pecuniary profits, is property, *is indisputable*." Money is property.

**Adair v US, 293, 208 U.S. 161 (1908)** 'The right of a person to sell his labor upon such terms as he deems proper is, in essence, the same as the right of the purchaser of labor to prescribe the conditions upon which he will accept such labor from the person offering to sell it."

*Related:*
Gitlow v New York, 268 US 652
Palako v Connecticut, 302 US 319, 324
Cantwell v Connecticut, 310 US 296, 303
Staub v City of Baxley, 355 US 313, 321
Regenold v Baby Fold Inc., 68 ILL.2d 419, 435

*No office or level of government may charge a fee for the enjoyment of a Right:*

**McGoldrick v Berwind-White Minning Co., 309 US 33 56-58** <u>"A county (Town) may not impose a charge for the enjoyment of a right granted by the United States constitution."</u>

**Murdock v Commonwealth of Penn., 319 US 105, at 113; 63 S Ct at 875; 87 L Ed at 1298 (1943)** <u>"A state (Town) may not impose a charge for the enjoyment of a right granted by the federal constitution."</u>

*Exercise of a Right cannot be made a crime:*

**Miller v US, F. 486, 489** <u>"The claim and exercise of a constitutional right cannot be</u>

9

*converted into a crime."*

**Boyd v US, 116 US 616 (1885)** "Constitutional provisions for security of persons and property should *be liberally construed*. It is the duty of the courts to be watchful for the constitutional rights of the citizens, *and against stealthy encroachments thereon*."

**Snerer v Cullen, 481 F. 946** *"There can be no sanction or penalty imposed upon one because of this exercise of constitutional Rights."*

*United States Code supporting the Constitutional limits of government*

United States Code Title 5, section 301, 559 Cl.2  (Statute may Not operate in derogation Of the Constitution)
United States Code Title 18, section 241   (Conspiracy to Deny Rights)
United States Code Title 18, section 242   (Color of Law)
United States Code Title 18, section 1584  (Involuntary servitude)
United States Code Title 18, section 1589  (Forced Labor)
United States Code Title 18, section 1985(3) (Threat of deprivation of right)
United States Code Title 42, section 1983  (Civil action for depravation of Rights)
United States Code Title 42, section 2000d (Right to Contract)

Uniform Commercial Code section 1-201   (Right to Contract) (ex: 2, 17, 20, 41)
Uniform Commercial Code section 1-201   (1-43; No obligation)
Uniform Commercial Code section 1-202   (All applicable acting ref: without authority)
Uniform Commercial Code section 1-      (All applicable sections ref: unauthorized Contract)

*Related information*
Annual written Notice of Retention of Rights delivered to the Ocean View Town Council
History of Complaints Ref: Violation of Rights
Related Motion to Dismiss
Liberty Water Contract
State and Town preamble
Racketeer Influenced Corrupt Officials act   (RICO)

*Possible future notices depending on research:*

United States Code Title 42, section 1982, 3631, 1441
Unconstitutional collection of taxes and fees.

We therefore are petitioning the court for an answer from the former Mayor on the Motion to Show Cause, PERSONALLY, for the purpose of explaining to this court his actions, and the

10

resultant preservation of our Civil Liberties as guaranteed by the constitution, without fear or punishment, declaring those action performed by the former Mayor Null and Void, and our continued existence in freedom and Liberty, to live as free citizen as the constitution guarantees.

"The people never give up their liberties but under some delusion." Edmund Burke, (1784)

Respectfully, The Plaintiffs

All rights Reserved Without Prejudice

Walter Brown
Lloyd Roberts
Sondra Waite
William Hoffman
Joseph Cane
Edward B. Walsh

U.S. POSTAGE PAID
OCEAN VIEW, DE
AUG 26, '08
AMOUNT
$5.35
00011938-04

7008 0150 0002 3074 5998

CERTIFIED MAIL

From: W. Brown
4 New Castle Ct
Ocean View De
19970

To: Office of the Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, De 19801-3570

att. JJF

ReadyPost
Mailer